conspired to design and implement, designed and implemented, an intentional plan to scheme and disrupt the economic relations between DWM and its current or prospective customers.

110. DWM is informed and believes and based thereon alleges that such wrongful conduct of DEFENDANTS includes but is not limited to engaging in a business in competition with DWM with a malicious intent and design of obstructing and interfering with the successful operation of DWM's business.

111. DWM is informed and believes, and based thereon alleges that DEFENDANTS, and each of them, knew that their wrongful conduct would damage or destroy DWM's relationship with current customers, and would likely deter potential future customers from business interaction with DWM and further would damage or destroy DWM's business reputation and good will.

112. The wrongful conduct of DEFENDANTS and each of them has resulted in substantial harm to DWM's business.

113. As a direct and proximate result of DEFENDANTS' conduct, DWM has suffered injury and damage, including, but not limited to, injury to its trade, business, good will, and reputation.

---

COMPLAINT FOR WILLFUL COPYRIGHT INFRINGEMENT; STATUTORY UNFAIR COMPETITION; COMMON LAW UNFAIR COMPETITION; INTENTIONAL INTERFERENCE WITH PROSPECTIVE ECONOMIC ADVANTAGE; NEGLIGENT INTERFERENCE WITH PROSPECTIVE ECONOMIC ADVANTAGE; BREACH OF CONTRACT; ACCOUNTING; PERMANENT INJUNCTION, and DEMAND FOR JURY TRIAL

- 22

114. DWM is informed and believes, and based thereon alleges, that the aforementioned acts by DEFENDANTS were willful, oppressive, and malicious.  DWM therefore, is entitled to an award of punitive damages.


## FIFTH CLAIM FOR RELIEF

### NEGLIGENT INTERFERENCE WITH PROSPECTIVE ECONOMIC ADVANTAGE

115. DWM realleges each and every allegation set forth in paragraphs 1 through 114, inclusive, and incorporates them herein by this reference.

116. Jurisdiction is conferred upon the account by 28 U.S.C. § 1338(b) and the Doctrine of Pendant Jurisdiction.

117. DWM is and has been engaged in on-going business which involves acquiring the trust and confidence of customers and prospective customers and negotiating and performing contracts, developing relationships leading to the sale of DWM video products, and maintaining a valuable and substantial patronage and good will, and the resultant expectation of receiving future business out of said business relationships.

118. DEFENDANTS were aware of the substantial probability of future economic benefit to DWM as a result of such

relationships.  DEFENDANTS, and each of them, also knew that causing to and interfering with these relationships would result in substantial damage to DWM.

119. DWM is informed and believes and based thereon alleges that on dates unknown to DWM that DEFENDANTS and each of them conspired to design and implement, designed and implemented, an intentional plan to scheme and disrupt the economic relations between DWM and its current or prospective customers.

120. DWM is informed and believes and thereon alleges that such wrongful conduct of DEFENDANTS includes but is not limited to engaging in a business in competition with DWM with a malicious intent and design of obstructing and interfering with the successful operation of DWM's business.

121. DWM is informed and believes, and thereon based thereon alleges that DEFENDANTS, and each of them, knew that their wrongful conduct would damage or destroy DWM's relationship with customers, and would likely deter potential future customers from business interaction with DWM and further would damage or destroy DWM's business reputation and good will.

122. The wrongful or negligent conduct of DEFENDANTS and each of them has resulted in substantial harm to DWM's business.

123. As a direct and proximate result of DEFENDANTS' conduct, DWM has suffered injury and damage, including, but not limited to, injury to their trade, business, good will, and reputation.

## SIXTH CLAIM FOR RELIEF

### BREACH OF CONTRACT

124. DWM realleges each and every allegation set forth in paragraphs 1 through 123, inclusive, and incorporates them herein by this reference.

125. Keller entered into a Settlement Agreement with DWM on or about January 2003, attached as Exhibit 8.

126. Keller has failed to abide by the terms of that Settlement Agreement by resuming the copying and sales of unauthorized duplicates of DWM video products.

127. Keller's failure to abide by the terms of the Settlement Agreement constitutes a breach of that Agreement.

128. DWM is entitled to an award of Attorney's Fees as provided for in Paragraph 10 of the Settlement Agreement.

## SEVENTH CLAIM FOR RELIEF

### ACCOUNTING

129. DWM realleges each and every allegation set forth in paragraphs 1 through 128, inclusive, and incorporates them herein by this reference.

130. DEFENDANTS, and each of them, have engaged in numerous acts of copyright infringement and unfair competition.

131. DWM is entitled to an accounting of all DEFENDANTS' sales of DWM video products.

132. DWM is entitled to an accounting for all profits to DEFENDANTS from the sale of counterfeit DWM video products.

**EIGHTH CLAIM FOR RELIEF**

**PRELIMINARY AND PERMANENT INJUNCTIONS, SEIZURE AND DAMAGES**

133. DWM realleges each and every allegation set forth in paragraphs 1 through 132, inclusive, and incorporates them herein by this reference.

134. As is alleged in greater detail above, DEFENDANTS are selling, and will continue to sell, video products which are unauthorized duplicates of DWM's video products, and which infringe on DWM's copyrights.

135. By reason of the acts of DEFENDANTS, DWM will continue to suffer irreparable harm and, unless DEFENDANTS are restrained from continuing their wrongful acts, damage to DWM will increase.

136. Due to Keller's proven propensity for copying and
     distributing counterfeit video products, DWM asserts that
     issuance of an immediate Temporary Restraining Order
     enjoining DEFENDANTS' ongoing infringing activities is
     warranted.

137. Further, due to the highly portable nature of digital video
     data, and Keller's propensity for copying and distributing
     counterfeit video products embodying this digital video
     data, Keller is likely to flee, hide, or otherwise conceal
     the whereabouts of such digital video data, and thus an
     immediate SEIZURE ORDER is warranted providing DWM
     immediate access to DEFENDANTS' tools of infringement.

///

///

///

///

///

///

///

///

///

///

///

**Wherefore, DWM prays for judgment as follows:**

### FIRST CLAIM FOR RELIEF

1.  That Defendants' actions be adjudged in violation of the laws of the Copyright Laws of the United States of America, Title 17, United States Code;

2.  That judgment be entered for DWM against Defendants for statutory damages based upon Defendants' acts of infringement pursuant to the Copyright Act of 1976, 17 U.S.C. §§ 101 et. seq., and that said statutory damage award be increased to the Statutory Maximum of $150,000 per instance of infringement on all twenty one (21) DWM titles pursuant to 17 U.S.C. §504(C)(2) due to Defendants' willful infringement, for a total statutory damage award of $3,150,000;

3.  That judgment be entered for DWM and against Defendants for DWM's actual damages according to proof, and for any profits attributable to infringements of DWM's copyrights in accordance with proof;

4.  That Defendants be required to account for all gains, profits, and advantages derived from their acts of infringement and for their other violations of law;

5.  That all of the gains, profits, and advantages derived by Defendants from their acts of infringement and other

violation of law be deemed to be held in constructive trust for the benefit of DWM; and

6. That Defendants pay to DWM the cost of this action and reasonable attorney's fees to be allowed to DWM by the Court.

## SECOND CLAIM FOR RELIEF

1. That Defendants' actions be adjudged in violation of the laws of Federal Unfair Competition;

2. That Defendants be required to account of all gains, profits, and advantages derived from their acts of infringement and for their other violations of law;

3. That all of the gains, profits, and advantages derived by DEFENDANTS from their acts of infringement and for their other violations of law be deemed to be held under constructive trust for the benefit of DWM;

4. That DEFENDANTS pay to DWM the cost of this action and reasonable attorney's fees to be allowed to DWM by this Court; and

5. That DWM have such other relief as is just.

## THIRD CLAIM FOR RELIEF

1. That Defendants' actions be adjudged in violation of the common law principles of Unfair Competition;

2      That judgment be entered for DWM and against DEFENDANTS for DWM's actual damages according to proof and for any profits attributable to infringements of DWM's copyrights, and according to proof;

3.     That DEFENDANTS be required to account for all gains, profits, and advantages derived by DEFENDANTS from their acts of infringement and other violations of law;

4.     That all of the gains, profits, and advantages derived by DEFENDANTS from their acts of infringement and other violations of law be deemed to be held in constructive trust for the benefit of DWM;

5.     For an award of punitive damages and amounts sufficient to punish DEFENDANTS and to make an example of them to deter future like conduct;

6.     That DEFENDANTS pay to DWM the costs of this action and reasonable attorney's fees to be allowed to DWM by the Court; and

7.     That DWM have such other relief as is just.


**FOURTH CLAIM FOR RELIEF**

1.     That Defendants' actions be adjudged to be an intentional interference with prospective economic advantage;

2.     That judgment be entered for DWM and against DEFENDANTS for DWM's actual damages according to proof and for any profits

attributable to infringement of DWM's copyrights and

according to proof;

3.    That Defendants be required to account for all gains,

profits, and advantages derived by defendants from their

acts of infringement and other violations of law;

4.    That all of the gains, profits, and advantages derived by

DEFENDANTS from their acts of infringement and other

violations of law be deemed to be held into constructive

trust for the benefit of DWM;

5.    That DEFENDANTS pay to DWM the costs of this action and

reasonable attorney's fees to be allowed to DWM by the

Court; and

6.    That DWM have such other relief as is just.


## FIFTH CLAIM FOR RELIEF

1.    That Defendants' actions be adjudged to be a negligent

interference with prospective economic advantage;

2.    That judgment be entered for DWM and against DEFENDANTS for

DWM's actual damages according to proof and for any profits

attributable to infringement of DWM copyrights and

according to proof;

3.    That Defendants be required to account for all gains,

profits, and advantages derived by defendants from their

acts of infringement and other violations of law;

4.   That all of the gains, profits, and advantages derived by DEFENDANTS from their acts of infringement and other violations of law be deemed to be held into constructive trust for the benefit of DWM;

5.   That DEFENDANTS pay to DWM the costs of this action and reasonable attorney's fees to be allowed to DWM by the Court; and

6.   That DWM have such other relief as is just.


### SIXTH CLAIM FOR RELIEF

1.   That Defendants' actions be adjudged to be a breach of the Settlement Agreement;

2.   That judgment be entered for DWM and against DEFENDANTS for DWM's actual damages according to proof and for any profits attributable to infringement of DWM copyrights and according to proof;

3.   That Defendants be required to account for all gains, profits, and advantages derived by Defendants from their acts of infringement and other violations of law;

4.   That all of the gains, profits, and advantages derived by DEFENDANTS from their acts of infringement and other violations of law be deemed to be held into constructive trust for the benefit of DWM;

5.   That DEFENDANTS pay to DWM the costs of this action and
     reasonable attorney's fees to be allowed to DWM by the
     Court; and

6.   That DWM have such other relief as is just.


### SEVENTH CLAIM FOR RELIEF

1.   That Defendants' actions be adjudged to entitle DWM with an
     accounting for profits and damages against DEFENDANTS;

2.   That judgment be entered for DWM and against DEFENDANTS for
     DWM's actual damages according to proof and for any profits
     attributable to infringement of DWM copyrights and
     according to proof;

3.   That Defendants be required to account for all gains,
     profits, and advantages derived by defendants from their
     acts of infringement and other violations of law;

4.   That all of the gains, profits, and advantages derived by
     DEFENDANTS from their acts of infringement and other
     violations of law be deemed to be held into constructive
     trust for the benefit of DWM;

5.   That DEFENDANTS pay to DWM the costs of this action and
     reasonable attorney's fees to be allowed to DWM by the
     Court; and

6.   That DWM have such other relief as is just.

## EIGHTH CLAIM FOR RELIEF

1.  For an Order instructing the SEIZURE and IMPOUND of all counterfeit DWM materials in the possession or under the control of DEFENDANTS;

2.  For an Order instructing the SEIZURE and IMPOUND of all computer hardware, computer software, and other electronic equipment and materials used in the process of duplicating video products in the possession or under the control of DEFENDANTS.

3.  For a preliminary injunction, and permanent injunction enjoining ALL DEFENDANTS and each of them and their agents, servants, and employees, and all persons  acting under, and in concert with them, from copying, reproducing, preparing derivative works, printing, selling or otherwise distributing, any video product, or any other material which infringes upon DWM's copyrights.

Dated: 4/17/08

Vincent Subia
for Plaintiff
DW Media, LLC

1

## **JURY TRIAL DEMANDED**

2

3

4    Plaintiff hereby requests trial by jury on all counts of this
    complaint.

5

6

7

8    Dated: 4/17/08

9    Vincent Subia
    for Plaintiff
10    DW Media, LLC

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

| DW MEDIA TITLES ALPHA SORT | TITLE # | INITIAL REG'N # PA- | SUPPLEMENTAL REG'N # PA- | ORIGINAL REG'N DATE |
|---|---|---|---|---|
| Ambush on the Rocks | 29 | 1-315-900 | | 2/13/2006 |
| Bareback | 5 | 1-125-604 | 1-329-605 | 10/23/2002 |
| Bareback II (Crime Pays) | 7 | 1-125-605 | 1-329-606 | 10/23/2002 |
| Bareback III (Bet Yer Ass) | 11 | 1-125-613 | 1-329-614 | 10/23/2002 |
| Bareback IV (Huge Poles, Hungry Holes) | 14 | 1-125-602 | 1-329-603 | 10/23/2002 |
| Barebackin' At the Troff (BB5) | 16 | 1-125-602 | 1-329-603 | 10/23/2002 |
| Bay of Pigs | 26 | 1-300-770 | | 11/9/2005 |
| Cocks on the Rocks | 28 | 1-315-902 | | 2/13/2006 |
| Forced, Used & Hammered (BB6) | 17 | 1-329-610 | | 10/23/2002 |
| Glory Hole Pigs | 4 | 1-125-601 | 1-329-602 | 10/23/2002 |
| Gluteus MaXXximus | 12 | 1-125-612 | 1-329-613 | 10/23/2002 |
| Hard Hat Pigs | 19 | 1-194-493 | 1-329-620 | 7/31/2003 |
| Hog Heaven | 20 | 1-194-491 | 1-329-618 | 7/31/2003 |
| Jackhammered | 27 | 1-300-769 | | 11/9/2005 |
| LAPD | 2 | 1-125-603 | 1-329-604 | 10/23/2002 |
| Niggas' Revenge | 15 | 1-125-615 | 1-329-616 | 10/23/2002 |
| NYPD | 1 | 1-125-606 | 1-329-607 | 10/23/2002 |
| Palm Springs Wet Dream | 10 | 1-125-608 | 1-329-609 | 10/23/2002 |
| Pigs at the Hoist | 18 | 1-194-492 | 1-329-619 | 7/31/2003 |
| Pigs at the Troff | 13 | 1-125-607 | 1-329-608 | 10/23/2002 |
| Power Pissing | 3 | 1-125-614 | 1-329-615 | 10/23/2002 |
| Shaved, Hosed & Barebacked | 6 | 1-125-611 | 1-329-612 | 10/23/2002 |
| Some Pigs Set | 8,9 | 1-125-616 | 1-329-617 | 10/23/2002 |
| Stump | 21 | 1-210-251 | 1-329-622 | 12/11/2003 |
| Wet, Raw & Deep | 22 | 1-210-247 | 1-329-621 | 12/11/2003 |

Complaint Exhibit 1

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form PA**
For a Work of Performing Arts
UNITED STATES COPYRIGHT OFFICE

**PA 1-315-900**



EFFECTIVE DATE OF REGISTRATION
Feb 13, 2006
Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

TITLE OF THIS WORK ▼
_Ambush on the Rocks_

PREVIOUS OR ALTERNATIVE TITLES ▼

NATURE OF THIS WORK ▼ See Instructions
Audio visual work (currently in video and DVD formats)

**2**

**a** NAME OF AUTHOR ▼
DW Media, LLC

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ___USA___
Domiciled in ___

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
Motion Picture

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ___
Domiciled in ___

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ___
Domiciled in ___

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3**

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given
2005    Year in all cases.

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information Month ___July___ Day __23__ Year __2005__
ONLY if this work has been published.    Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
DW Media, LLC
7918 N. El Cajon Blvd. #308
La Mesa, CA 91941

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
FEB 13 2006
ONE DEPOSIT RECEIVED
FEB 13 2006  DVD(s)
TWO DEPOSITS RECEIVED

---

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

Complaint Exhibit 2
pg 1/40

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

**REGISTRATION NUMBER**

**PA 1-329-605**

| TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE |

**EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION**

*12        28        2005*
Month     Day     Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**A**

**Title of Work ▼** *BAREBACK*

| **Registration Number of the Basic Registration ▼** *PA1-126-604* | **Year of Basic Registration ▼** *2002* |
|---|---|
| **Name(s) of Author(s) ▼** Daniel Guida, Jr. | **Name(s) of Copyright Claimant(s) ▼** Daniel Guida, Jr. |

**B**

**Location and Nature of Incorrect Information in Basic Registration ▼**

Line Number ___2a___          Line Heading or Description  Name of Author

**Incorrect Information as It Appears in Basic Registration ▼**

Daniel Guida, Jr.

**Corrected Information ▼**

DW Media, LLC

**Explanation of Correction ▼**

This was a work for hire. Daniel Guida, Jr. was a contributor. The correct author (DW Media, LLC) appears on the original work submitted to the copyright office. THe "for hire" question in 2a should have been answered "Yes."

**C**

**Location and Nature of Information in Basic Registration to be Amplified ▼**

Line Number _____          Line Heading or Description _____

**Amplified Information and Explanation of Information ▼**

---

**MORE ON BACK ▶**  • Complete all applicable spaces (D-G) on the reverse side of this page.
• See detailed instructions.   • Sign the form at Space F.

**DO NOT WRITE HERE**

Page ___ of ___

# CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
*United States of America*

## FORM PA
For a Work of the Performing Arts
UNITED STATES COPYRIGHT OFFICE
R

**PA 1-125-604**

EFFECTIVE DATE OF REGISTRATION

*10    23    02*

Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**TITLE OF THIS WORK ▼**
Bareback

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF THIS WORK ▼ See instructions**
Audio visual work (currently in video and DVD formats)

**2**

**a** **NAME OF AUTHOR ▼**
Daniel Guida, Jr

**DATES OF BIRTH AND DEATH**
Year Born ▼ 1954   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of USA
Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
MOTION PICTURE

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____
Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____
Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3**

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given Year in all cases.
1998

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month JUNE   Day 26   Year 1998
USA   Nation

**4**

See instructions before completing this space.

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Daniel Guida Jr.
8548 Boulder Drive
La Mesa, CA  91941

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
JAN 06 2003
ONE DEPOSIT RECEIVED
JAN 06 2003  10-23-02
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

**REGISTRATION NUMBER**

**PA 1–329–606**

| TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE |

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

12    28    2005
Month   Day   Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**Title of Work ▼**
BARE BACK II    (CLAIME PAS)

**Registration Number of the Basic Registration ▼**
P.A. 1–125–605

**Year of Basic Registration ▼**
2002

**Name(s) of Author(s) ▼**
Daniel Guida, Jr.

**Name(s) of Copyright Claimant(s) ▼**
Daniel Guida, Jr.

---

**Location and Nature of Incorrect Information in Basic Registration ▼**

Line Number    2a    Line Heading or Description    Name of Author

**Incorrect Information as It Appears In Basic Registration ▼**

Daniel Guida, Jr.

**Corrected Information ▼**

DW Media, LLC

**Explanation of Correction ▼**

This was a work for hire. Daniel Guida, Jr. was a contributor. The correct author (DW Media, LLC) appears on the original work submitted to the copyright office. THe "for hire" question in 2a should have been answered "Yes."

**Location and Nature of Information in Basic Registration to be Amplified ▼**

Line Number _____ Line Heading or Description _____

**Amplified Information and Explanation of Information ▼**

---

**MORE ON BACK ▶**    • Complete all applicable spaces (D-G) on the reverse side of this page.
• See detailed instructions.    • Sign the form at Space F.
DO NOT WRITE HERE

# CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
*United States of America*

**FORM PA**
For a Work of the Performing Arts
UNITED STATES COPYRIGHT OFFICE
RI

**PA 1-125-605**

EFFECTIVE DATE OF REGISTRATION

10   23   02
Month   Day   Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

TITLE OF THIS WORK ▼

Bareback II (Crime Pays)

PREVIOUS OR ALTERNATIVE TITLES ▼

NATURE OF THIS WORK ▼ See instructions

Audio visual work (currently in video and DVD formats)

## 2

**a** NAME OF AUTHOR ▼

Daniel Guida, Jr

DATES OF BIRTH AND DEATH
Year Born ▼ 1954    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of USA
Domiciled in

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
MOTION PICTURE

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of
Domiciled in

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of
Domiciled in

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

## 3

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given Year in all cases.
1999

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK Complete this information ONLY if this work has been published.
Month Feb    Day 27    Year 1999
USA    Nation

## 4

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Daniel Guida Jr.
8548 Boulder Drive
La Mesa, CA 91941

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
*illegible* 2003
ONE DEPOSIT RECEIVED
10-23-02
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of __7__ pages

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form CA**
For Supplementary Registration
**UNITED STATES COPYRIGHT OFFICE**

REGISTRATION NUMBER

**PA 1-329-614**

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

12   28   2005
Month   Day   Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

Title of Work ▼
BARE BACK III    (BET YER ASS)

Registration Number of the Basic Registration ▼
PA1-108 613

Year of Basic Registration ▼
2002

Name(s) of Author(s) ▼
Daniel Guida, Jr.

Name(s) of Copyright Claimant(s) ▼
Daniel Guida, Jr.

Location and Nature of Incorrect Information in Basic Registration ▼

Line Number ___2a___    Line Heading or Description  Name of Author

Incorrect Information as It Appears in Basic Registration ▼

Daniel Guida, Jr.

Corrected Information ▼

DW Media, LLC

Explanation of Correction ▼

This was a work for hire. Daniel Guida, Jr. was a contributor. The correct author (DW Media, LLC) appears on the original work submitted to the copyright office. The "for hire" question in 2a should have been answered "Yes."

Location and Nature of Information in Basic Registration to be Amplified ▼

Line Number _____    Line Heading or Description _____

Amplified Information and Explanation of Information ▼

# CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
*United States of America*

**FORM PA**
For a Work of the Performing Arts
UNITED STATES COPYRIGHT OFFICE
RE
**PA 1-125-613**

EFFECTIVE DATE OF REGISTRATION

10    23    02
Month    Day    Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

TITLE OF THIS WORK ▼

Bareback III (Bet Yer Ass)

PREVIOUS OR ALTERNATIVE TITLES ▼

NATURE OF THIS WORK ▼ See instructions

Audio visual work (currently in video and DVD formats)

---

**2** **a**

NAME OF AUTHOR ▼
Daniel Guida, Jr

DATES OF BIRTH AND DEATH
Year Born ▼ 1954    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of **USA**
{ Domiciled in _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
MOTION PICTURE

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of _____
{ Domiciled in _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of _____
{ Domiciled in _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

---

**3** **a**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given in all cases.
1999 Year

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month NOV Day 20 Year 1999
USA Nation

---

**4**

See instructions before completing this space.

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Daniel Guida Jr.
9548 Boulder Drive
La Mesa, CA 91941

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
ONE DEPOSIT RECEIVED 10-25-02
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

---

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

**REGISTRATION NUMBER**

**PA 1-329-611**

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

12   28   2005
Month   Day   Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

Title of Work ▼

BARE BACK 4 (HIGH POLES, HUNGRY HOLES)

Registration Number of the Basic Registration ▼

PA1-125 610

Year of Basic Registration ▼

2002

Name(s) of Author(s) ▼

Daniel Guida, Jr.

Name(s) of Copyright Claimant(s) ▼

Daniel Guida, Jr.

---

Location and Nature of Incorrect Information in Basic Registration ▼

Line Number   2a   Line Heading or Description   Name of Author

Incorrect Information as It Appears in Basic Registration ▼

Daniel Guida, Jr.

Corrected Information ▼

DW Media, LLC

Explanation of Correction ▼

This was a work for hire. Daniel Guida, Jr. was a contributor. The correct author (DW Media, LLC) appears on the original work submitted to the copyright office. THe "for hire" question in 2a should have been answered "Yes."

Location and Nature of Information in Basic Registration to be Amplified ▼

Line Number _____ Line Heading or Description _____

Amplified Information and Explanation of Information ▼

---

# CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
*United States of America*

**FORM PA**
For a Work of the Performing Arts
UN
RE

**PA 1-125-610**

EFFECTIVE DATE OF REGISTRATION

10    3    02
Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

TITLE OF THIS WORK ▼

Bareback 4 (Huge Poles, Hungry Holes)

PREVIOUS OR ALTERNATIVE TITLES ▼

NATURE OF THIS WORK ▼ See instructions

Audio visual work (currently in video and DVD formats)

## 2

a  NAME OF AUTHOR ▼  Daniel Guida, Jr

DATES OF BIRTH AND DEATH
Year Born ▼  1954    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of __USA__
Domiciled in _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
MOTION PICTURE

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

b  NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of _____
Domiciled in _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

c  NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of _____
Domiciled in _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

## 3

a  YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED  2000  Year  This information must be given in all cases.

b  DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK  Complete this information ONLY if this work has been published.  Month Sept  Day 15  Year 2000  Nation USA

## 4

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Daniel Guida Jr.
9548 Boulder Drive
La Mesa, CA 91941

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED

ONE DEPOSIT RECEIVED
10-23-02

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

---

MORE ON BACK ▶  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.  • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ 2 ___ pages

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, United States Code,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form CA**
For Supplementary Registration
**UNITED STATES COPYRIGHT OFFICE**

REGISTRATION NUMBER

**PA 1-329-603**

PA PAU PA PAU VA VAU SR SRU RE

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

12    28    2005
Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

Title of Work ▼

BARE BACKIN" AT THE TROSS    (BARE BOOK 5)

| Registration Number of the Basic Registration ▼ | Year of Basic Registration ▼ |
|---|---|
| PA1 - 125 - 602 | 2002 |

| Name(s) of Author(s) ▼ | Name(s) of Copyright Claimant(s) ▼ |
|---|---|
| Daniel Guida, Jr. | Daniel Guida, Jr. |

Location and Nature of Incorrect Information in Basic Registration ▼

Line Number    2a    Line Heading or Description   Name of Author

Incorrect Information as It Appears in Basic Registration ▼

Daniel Guida, Jr.

Corrected Information ▼

DW Media, LLC

Explanation of Correction ▼

This was a work for hire. Daniel Guida, Jr. was a contributor. The correct author
(DW Media, LLC) appears on the original work submitted to the copyright office. THe
"for hire" question in 2a should have been answered "Yes."

Location and Nature of Information in Basic Registration to be Amplified ▼

Line Number _____    Line Heading or Description _____

Amplified Information and Explanation of Information ▼

---

**MORE ON BACK ▶**   • Complete all applicable spaces (D-G) on the reverse side of this page.
• See detailed instructions.   • Sign the form at Space F.

DO NOT WRITE HERE

7

# CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
*United States of America*

## FORM PA

For a Work of the Performing Arts

PA 1-125-602

EFFECTIVE DATE OF REGISTRATION

10    23    02
Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1** TITLE OF THIS WORK ▼

Barebackin' at the Troff (Bareback 5)

PREVIOUS OR ALTERNATIVE TITLES ▼

NATURE OF THIS WORK ▼ See instructions

Audio visual work (currently in video and DVD formats)

---

**2** NAME OF AUTHOR ▼
**a** Daniel Guida, Jr

DATES OF BIRTH AND DEATH
Year Born ▼ 1954    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of USA
     Domiciled in

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
MOTION PICTURE

NAME OF AUTHOR ▼
**b**

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of
     Domiciled in

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

NAME OF AUTHOR ▼
**c**

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of
     Domiciled in

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

---

**3** **a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given ONLY if this work has been published.
2000 Year in all cases.

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Month JULY Day 29 Year 2000
USA Nation

---

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Daniel Guida, Jr.
8548 Boulder Drive
La Mesa, CA 91941

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
ONE DEPOSIT RECEIVED 10-23-02
J.N.C.E. 03 (½) VT-D
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

---

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions. • Sign the form at line 8.

See instructions before completing this space.

DO NOT WRITE HERE
Page 1 of 2 pages

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form PA**
For a Work of Performing Arts
UNITED STATES COPYRIGHT OFFICE

**PA 1–300–770**

EFFECTIVE DATE OF REGISTRATION

**NOV - 9 2005**

| Month | Day | Year |

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**

Bay of Pigs

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF THIS WORK ▼ See Instructions**

Audio visual work  (currently in video and DVD formats)

## 2

**a**

**NAME OF AUTHOR ▼**

D W Media, LLC

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ___USA___
Domiciled in ___

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
If the answer to either of these questions is "Yes," see detailed instructions.
Anonymous?    ☐ Yes ☑ No
Pseudonymous?  ☐ Yes ☑ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

Motion Picture

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ___
Domiciled in ___

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
If the answer to either of these questions is "Yes," see detailed instructions.
Anonymous?    ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ___
Domiciled in ___

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
If the answer to either of these questions is "Yes," see detailed instructions.
Anonymous?    ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

## 3

**a**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.

2004 Year

**b**

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.

Month November  Day 20  Year 2004
USA  Nation

## 4

See instructions before completing this space.

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

D W Media, LLC
7918 N. El Cajon Blvd.  #308
La Mesa, CA  91941

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
NOV 0 9 2005

ONE DEPOSIT RECEIVED
NOV 0 9 2005

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DVD/D

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*MaryBeth Peters*

Register of Copyrights, United States of America

**Form PA**
For a Work of Performing Arts
UNITED STATES COPYRIGHT OFFICE

REG **PA 1-315-902**

EFFECTIVE DATE OF REGISTRATION

Feb 13, 2006
Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

TITLE OF THIS WORK ▼

COCKS ON THE ROCKS

PREVIOUS OR ALTERNATIVE TITLES ▼

NATURE OF THIS WORK ▼ See instructions

Audio visual work (currently in video and DVD formats)

**2** **a** NAME OF AUTHOR ▼

DW Media, LLC

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of USA
Domiciled in

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

Motion Picture

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of
Domiciled in

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of
Domiciled in

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3** **a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given in all cases.

2005 Year

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.

Month JUNE Day 15 Year 2005
Nation

**4**

See instructions before completing this space.

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

DW Media, LLC
7918 N. El Cajon Blvd. #308
La Mesa, CA 91941

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
FEB 13 2006
ONE DEPOSIT RECEIVED
FEB 13 2006
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

DVD/D

---

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 7 pages

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**PA 1-329-610**

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

12  28  2005
Month  Day  Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

Title of Work ▼

*FORCED, USED & HAMMERED (BAREBACK 6)*

Registration Number of the Basic Registration ▼

*PA1-125 609*

Year of Basic Registration ▼

*2002*

Name(s) of Author(s) ▼

Daniel Guida, Jr.

Name(s) of Copyright Claimant(s) ▼

Daniel Guida, Jr.

Location and Nature of Incorrect Information in Basic Registration ▼

Line Number ___2a___    Line Heading or Description  Name of Author

Incorrect Information as It Appears in Basic Registration ▼

Daniel Guida, Jr.

Corrected Information ▼

DW Media, LLC

Explanation of Correction ▼

This was a work for hire. Daniel Guida, Jr. was a contributor. The correct author (DW Media, LLC) appears on the original work submitted to the copyright office. The "for hire" question in 2a should have been answered "Yes."

Location and Nature of Information in Basic Registration to be Amplified ▼

Line Number _____    Line Heading or Description _____

Amplified Information and Explanation of Information ▼

---

MORE ON BACK ▶ • Complete all applicable spaces (D-G) on the reverse side of this page.
• See detailed instructions.    • Sign the form at Space F.

DO NOT WRITE HERE

Page 1 of 2 pages

# CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
*United States of America*

**FORM PA**
For a Work of the Performing Arts
UNITED STATES COPYRIGHT OFFICE

**PA 1-125-609**

EFFECTIVE DATE OF REGISTRATION

10   23   02
Month   Day   Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**
TITLE OF THIS WORK ▼
Forced, Used & Hammered (Bareback 6)

PREVIOUS OR ALTERNATIVE TITLES ▼

NATURE OF THIS WORK ▼ See instructions
Audio visual work (currently in video and DVD formats)

**2**
**a**
NAME OF AUTHOR ▼
Daniel Guida, Jr

DATES OF BIRTH AND DEATH
Year Born ▼ 1954    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of _USA_
Domiciled in _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
MOTION PICTURE

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**
NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of _____
Domiciled in _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**
NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of _____
Domiciled in _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3**
**a**
YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given
2000 Year In all cases.

**b**
DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month MARCH   Day 4   Year 2000
Nation USA

**4**
COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Daniel Guida Jr.
8548 Boulder Drive
La Mesa, CA 91941

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

See instructions before completing this space.

APPLICATION RECEIVED
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED 10-23-02
FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

---

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

**REGISTRATION NUMBER**

**PA 1-329-602**

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

*12   28   2005*
Month   Day   Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**A**

Title of Work ▼  *Glory Hole Pigs*

Registration Number of the Basic Registration ▼  *PA 1-125-601*

Year of Basic Registration ▼  *2002*

Name(s) of Author(s) ▼  Daniel Guida, Jr.

Name(s) of Copyright Claimant(s) ▼  Daniel Guida, Jr.

**B**

Location and Nature of Incorrect Information in Basic Registration ▼

Line Number   2a   Line Heading or Description   Name of Author

Incorrect Information as It Appears in Basic Registration ▼

Daniel Guida, Jr.

Corrected Information ▼

DW Media, LLC

Explanation of Correction ▼

This was a work for hire.  Daniel Guida, Jr. was a contributor.  The correct author (DW Media, LLC) appears on the original work submitted to the copyright office. THe "for hire" question in 2a should have been answered "Yes."

**C**

Location and Nature of Information in Basic Registration to be Amplified ▼

Line Number _____ Line Heading or Description _____

Amplified Information and Explanation of Information ▼

---

# CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
*United States of America*

## FORM PA
For a Work of the Performing Arts

**PA 1-125-601**

EFFECTIVE DATE OF REGISTRATION

10   23   02
Month   Day   Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**

Glory Hole Pigs

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF THIS WORK ▼** See instructions

Audio visual work (currently in video and DVD formats)

## 2

**a**

**NAME OF AUTHOR ▼**

Daniel Guida, Jr

**DATES OF BIRTH AND DEATH**
Year Born ▼ 1954    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of USA
{ Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
If the answer to either of these questions is "Yes," see detailed instructions.
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
MOTION PICTURE

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____
{ Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
If the answer to either of these questions is "Yes," see detailed instructions.
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____
{ Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
If the answer to either of these questions is "Yes," see detailed instructions.
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

## 3

**a**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given ONLY if this work has been published.
1998 Year in all cases.

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month June    Day 26    Year 1998    Nation USA

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Daniel Guida Jr.
8548 Boulder Drive
La Mesa, CA 91941

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
JUN 03 2003

ONE DEPOSIT RECEIVED
JUN 03 2003 (3/2) Ur-D   10-23-02

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

**DO NOT WRITE HERE OFFICE USE ONLY**

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.  • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**Form CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**PA 1-329-613**

PA 1329613

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

*12   28   2005*

Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

Title of Work ▼

*GLUTEUS MAXXXI MUS*

Registration Number of the Basic Registration ▼   *PA1-125-612*

Year of Basic Registration ▼   *2002*

Name(s) of Author(s) ▼   Daniel Guida, Jr.

Name(s) of Copyright Claimant(s) ▼   Daniel Guida, Jr.

Location and Nature of Incorrect Information in Basic Registration ▼

Line Number ___2a___   Line Heading or Description   Name of Author

Incorrect Information as It Appears in Basic Registration ▼

Daniel Guida, Jr.

Corrected Information ▼

DW Media, LLC

Explanation of Correction ▼

This was a work for hire. Daniel Guida, Jr. was a contributor. The correct author (DW Media, LLC) appears on the original work submitted to the copyright office. The "for hire" question in 2a should have been answered "Yes."

Location and Nature of Information in Basic Registration to be Amplified ▼

Line Number _____   Line Heading or Description _____

Amplified Information and Explanation of Information ▼

---

**MORE ON BACK ▶**   • Complete all applicable spaces (D-G) on the reverse side of this page.   • See detailed instructions.   • Sign the form at Space F.

**DO NOT WRITE HERE**

# CERTIFICATE OF REGISTRATION



**UNITED STATES COPYRIGHT OFFICE**
**THE LIBRARY OF CONGRESS**

OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
*United States of America*

## FORM PA
For a Work of the Performing Arts
UNITED STATES COPYRIGHT OFFICE

**PA 1 – 125 – 612**

EFFECTIVE DATE OF REGISTRATION

10    23    02
Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

TITLE OF THIS WORK ▼

Gluteus Maxxximus

PREVIOUS OR ALTERNATIVE TITLES ▼

NATURE OF THIS WORK ▼ See instructions

Audio visual work (currently in video and DVD formats)

---

**2**

**a**
NAME OF AUTHOR ▼

Daniel Guida, Jr

DATES OF BIRTH AND DEATH
Year Born ▼ 1954    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ___ USA
Domiciled in ___

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
MOTION PICTURE

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**
NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ___
Domiciled in ___

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**
NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ___
Domiciled in ___

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

---

**3**

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given in all cases.
1999 Year

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK Complete this information ONLY if this work has been published.
Month June Day 22 Year 1999
USA Nation

---

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼

Daniel Guida Jr.
9548 Boulder Drive
La Mesa, CA 91941

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

See instructions before completing this space.

APPLICATION RECEIVED
ONE DEPOSIT RECEIVED 10-23-02 (h)VT-D
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

---

MORE ON BACK ▶ · Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
· See detailed instructions. · Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Ⓒ Form CA**
For Supplementary Registration
**UNITED STATES COPYRIGHT OFFICE**

REGISTRATION NUMBER

**PA 1-329-620**

| TX | TAU | PA | PAU | VA | VAU | SR | SRU | RE |

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

12  28  2000
Month  Day  Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

Title of Work ▼ *HARD HAT PIGS*

Registration Number of the Basic Registration ▼ *PA1-194-493*

Year of Basic Registration ▼ *2003*

Name(s) of Author(s) ▼

Daniel Guida, Jr.

Name(s) of Copyright Claimant(s) ▼

Daniel Guida, Jr.

Location and Nature of Incorrect Information in Basic Registration ▼

Line Number ___2a___    Line Heading or Description  Name of Author

Incorrect Information as It Appears in Basic Registration ▼

Daniel Guida, Jr.

Corrected Information ▼

DW Media, LLC

Explanation of Correction ▼

This was a work for hire: Daniel Guida, Jr. was a contributor.  The correct author (DW Media, LLC) appears on the original work submitted to the copyright office. THe "for hire" question in 2a should have been answered "Yes."

Location and Nature of Information in Basic Registration to be Amplified ▼

Line Number _____    Line Heading or Description _____

Amplified Information and Explanation of Information ▼

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**PA 1-329-618**

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

12     28     2005
Month     Day     Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**Title of Work ▼**

HOG HEAVEN

| Registration Number of the Basic Registration ▼ | Year of Basic Registration ▼ |
|---|---|
| PA1-194-491 | 2003 |

| Name(s) of Author(s) ▼ | Name(s) of Copyright Claimant(s) ▼ |
|---|---|
| Daniel Guida, Jr. | Daniel Guida, Jr. |

**Location and Nature of Incorrect Information in Basic Registration ▼**

Line Number ___2a___     Line Heading or Description  Name of Author

**Incorrect Information as It Appears in Basic Registration ▼**

Daniel Guida, Jr.

**Corrected Information ▼**

DW Media, LLC

**Explanation of Correction ▼**

This was a work for hire. Daniel Guida, Jr. was a contributor. The correct author (DW Media, LLC) appears on the original work submitted to the copyright office. The "for hire" question in 2a should have been answered "Yes."

**Location and Nature of Information in Basic Registration to be Amplified ▼**

Line Number _____     Line Heading or Description _____

**Amplified Information and Explanation of Information ▼**

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM PA**
For a Work of the Performing Arts
UNITED STATES COPYRIGHT OFFICE



**PA 1-194-491**

EFFECTIVE DATE OF REGISTRATION

July 31 2003

Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

TITLE OF THIS WORK ▼

Hog Heaven

PREVIOUS OR ALTERNATIVE TITLES ▼

NATURE OF THIS WORK ▼ See instructions

Audio Visual Work (CURRENTLY IN VIDEO + DVD FORMATS)

**2**

**a** NAME OF AUTHOR ▼

DANIEL GUIDA JR

DATES OF BIRTH AND DEATH
Year Born ▼ 1954    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of USA
Domiciled in

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
MOTION PICTURE

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of USA
Domiciled in

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of
Domiciled in

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3**

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given Year in all cases.
2003

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month May Day 02 Year 2003
USA    Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

DANIEL GUIDA JR
8548 BOULDER DRIVE
LA MESA, CA 91941

APPLICATION RECEIVED
JUL 31 2003
ONE DEPOSIT RECEIVED
JUL 31 2003 ½" VTO
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

See instructions before completing this space.

DO NOT WRITE HERE OFFICE USE ONLY

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**Form PA**
For a Work of Performing Arts
UNITED STATES COPYRIGHT OFFICE

**PA 1-300-769**

NOV - 9 2005
Month          Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**
TITLE OF THIS WORK ▼
  Jackhammered

PREVIOUS OR ALTERNATIVE TITLES ▼

NATURE OF THIS WORK ▼ See instructions
  Audio visual work (currently in video and DVD formats)

**2**

**a**  NAME OF AUTHOR ▼
  D W Media, LLC

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of _____ USA
     Domiciled in _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?     ☐ Yes ☑ No
Pseudonymous?  ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
  Motion Picture

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**  NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of _____
     Domiciled in _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?     ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**  NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of _____
     Domiciled in _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?     ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3**

**a**  YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given in all cases.
  2005 Year

**b**  DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK Complete this information ONLY if this work has been published.
  Month May  Day 7  Year 2005
  USA  Nation

**4**
COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
  D W Media, LLC
  7918 N. El Cajon Blvd., #308
  La Mesa, CA 91941

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
NOV 0 9 2005
ONE DEPOSIT RECEIVED
NOV 0 9 2005        DVD/D
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

---

MORE ON BACK ▶  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
                • See detailed instructions.        • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of _____ pages

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**PA 1–329–604**

| TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE |

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

12   28   2005
Month   Day   Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

Title of Work ▼  *L A P D*

Registration Number of the Basic Registration ▼  *PA 1-125 - 603*

Year of Basic Registration ▼  *2002*

Name(s) of Author(s) ▼  Daniel Guida, Jr.

Name(s) of Copyright Claimant(s) ▼  Daniel Guida, Jr.

---

Location and Nature of Incorrect Information in Basic Registration ▼

Line Number _____ 2a _____   Line Heading or Description  Name of Author

Incorrect Information as It Appears in Basic Registration ▼

Daniel Guida, Jr.

Corrected Information ▼

DW Media, LLC

Explanation of Correction ▼

This was a work for hire. Daniel Guida, Jr. was a contributor. The correct author (DW Media, LLC) appears on the original work submitted to the copyright office. THe "for hire" question in 2a should have been answered "Yes."

Location and Nature of Information in Basic Registration to be Amplified ▼

Line Number _____   Line Heading or Description _____

Amplified Information and Explanation of Information ▼

---

# CERTIFICATE OF REGISTRATION



**OFFICIAL SEAL**

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
*United States of America*

**FORM PA**
For a Work of the Performing Arts
UNITED STATES COPYRIGHT OFFICE

**PA 1-125-603**

EFFECTIVE DATE OF REGISTRATION

10      23      02
Month     Day     Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**
TITLE OF THIS WORK ▼
LAPD

PREVIOUS OR ALTERNATIVE TITLES ▼

NATURE OF THIS WORK ▼ See instructions
Audio visual work (currently in video and DVD formats)

**2** **a**
NAME OF AUTHOR ▼
Daniel Guida, Jr

DATES OF BIRTH AND DEATH
Year Born ▼ 1954   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of USA
    { Domiciled in

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed. ▼
MOTION PICTURE

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**
NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of
    { Domiciled in

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed.

**c**
NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of
    { Domiciled in

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed.

**3** **a**
YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED  This information must be given in all cases.
1997

**b**
DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month Dec   Day 6   Year 1997
Nation USA

**4**
COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼
Daniel Guida Jr.
8548 Boulder Drive
La Mesa, CA 91941

*See instructions before completing this space.*

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

APPLICATION RECEIVED
ONE DEPOSIT RECEIVED 10-23-02
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

---

MORE ON BACK ▶  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.  • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**Form CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**PA 1-329-607**

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

12    28    2005
Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

Title of Work ▼

*N Y PD*

Registration Number of the Basic Registration ▼

*PA1-125-606*

Year of Basic Registration ▼

*2002*

Name(s) of Author(s) ▼

Daniel Guida, Jr.

Name(s) of Copyright Claimant(s) ▼

Daniel Guida, Jr.

Location and Nature of Incorrect Information in Basic Registration ▼

Line Number _____2a_____    Line Heading or Description  Name of Author

Incorrect Information as It Appears in Basic Registration ▼

Daniel Guida, Jr.

Corrected Information ▼

DW Media, LLC

Explanation of Correction ▼

This was a work for hire. Daniel Guida, Jr. was a contributor. The correct author (DW Media, LLC) appears on the original work submitted to the copyright office. The "for hire" question in 2a should have been answered "Yes."

Location and Nature of Information in Basic Registration to be Amplified ▼

Line Number _____    Line Heading or Description _____

Amplified Information and Explanation of Information ▼

# CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
*United States of America*

## FORM PA
For a Work of the Performing Arts
UNITED STATES COPYRIGHT OFFICE

REGI

**PA 1-125-606**

EFFECTIVE DATE OF REGISTRATION

10   23   02
Month   Day   Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**TITLE OF THIS WORK ▼**

NYPD

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF THIS WORK ▼ See instructions**

Audio visual work (currently in video and DVD formats)

---

**2**

**a**   **NAME OF AUTHOR ▼**

Daniel Guida, Jr

**DATES OF BIRTH AND DEATH**
Year Born ▼ 1954    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of   USA
Domiciled in

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
MOTION PICTURE

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**   **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of
Domiciled in

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**   **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of
Domiciled in

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

---

**3**

**a**   **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given ONLY if this work has been published.
1997   Year in all cases.

**b**   **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month JULY   Day 05   Year 1997
Nation USA

---

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Daniel Guida Jr.
8548 Boulder Drive
La Mesa, CA  91941

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED

ONE DEPOSIT RECEIVED
10-23-02   (2) VT-D

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

---

**MORE ON BACK ▶**   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of 2 pages

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**Form CA**
For Supplementary Registration
**UNITED STATES COPYRIGHT OFFICE**

REGISTRATION NUMBER

**PA 1-329-616**

| TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE |

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

*12 - 28 - 2005*
Month   Day   Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

Title of Work ▼

*NIGGAS' REVENGE*

Registration Number of the Basic Registration ▼

*PA1- 125 - 615 .*

Year of Basic Registration ▼

*2002*

Name(s) of Author(s) ▼

Daniel Guida, Jr.

Name(s) of Copyright Claimant(s) ▼

Daniel Guida, Jr.

---

Location and Nature of Incorrect Information in Basic Registration ▼

Line Number _____ 2a _____    Line Heading or Description  Name of Author

Incorrect Information as It Appears in Basic Registration ▼

Daniel Guida, Jr.

Corrected Information ▼

DW Media, LLC

Explanation of Correction ▼

This was a work for hire.  Daniel Guida, Jr. was a contributor.  The correct author (DW Media, LLC) appears on the original work submitted to the copyright office. THe for hire" question in 2a should have been answered "Yes."

Location and Nature of Information in Basic Registration to be Amplified ▼

Line Number _____    Line Heading or Description _____

Amplified Information and Explanation of Information ▼

---

**MORE ON BACK ▶**  • Complete all applicable spaces (D-G) on the reverse side of this page.
• See detailed instructions.   • Sign the form at Space F.

**DO NOT WRITE HERE**
Page 1 of _2_ pages

# CERTIFICATE OF REGISTRATION



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
*United States of America*

OFFICIAL SEAL

# FORM PA
For a Work of the Performing Arts
UNITED STATES COPYRIGHT OFFICE

**PA 1-125-615**



EFFECTIVE DATE OF REGISTRATION

1C    23    02
Month    Day    Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**  TITLE OF THIS WORK ▼
Niggas' Revenge

PREVIOUS OR ALTERNATIVE TITLES ▼

NATURE OF THIS WORK ▼ See instructions
Audio visual work (currently in video and DVD formats)

**2 a**  NAME OF AUTHOR ▼
Daniel Guida, Jr

DATES OF BIRTH AND DEATH
Year Born ▼ 1954   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of _USA_
Domiciled in _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
MOTION PICTURE

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**  NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of _____
Domiciled in _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**  NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of _____
Domiciled in _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3 a**  YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given Year in all cases.
2001

**b**  DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK Complete this information ONLY if this work has been published.
Month _JAN_ Day _27_ Year _2001_
_USA_ Nation

**4**  COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Daniel Guida Jr.
9548 Boulder Drive
La Mesa, CA 91941

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 is(are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
ONE DEPOSIT RECEIVED 1C-23-02
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

---

MORE ON BACK ▶  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions    Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**Form CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

**REGISTRATION NUMBER**

**PA 1-329-609**

T.                            [TAG] SM [SKU [RE]
EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

12    28    2005
Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**Title of Work ▼**

PALM SPRINGS WET DREAM

**Registration Number of the Basic Registration ▼**

PA 1-125 608

**Year of Basic Registration ▼**

2002

**Name(s) of Author(s) ▼**

Daniel Guida, Jr.

**Name(s) of Copyright Claimant(s) ▼**

Daniel Guida, Jr.

**Location and Nature of Incorrect Information in Basic Registration ▼**

Line Number ___2a___    Line Heading or Description Name of Author

**Incorrect Information as It Appears in Basic Registration ▼**

Daniel Guida, Jr.

**Corrected Information ▼**

DW Media, LLC

**Explanation of Correction ▼**

This was a work for hire. Daniel Guida, Jr. was a contributor. The correct author (DW Media, LLC) appears on the original work submitted to the copyright office. THe "for hire" question in 2a should have been answered "Yes."

**Location and Nature of Information in Basic Registration to be Amplified ▼**

Line Number _____    Line Heading or Description _____

**Amplified Information and Explanation of Information ▼**

MORE ON BACK ▶    • Complete all applicable spaces (D-G) on the reverse side of this page.
• See detailed instructions.    • Sign the form at Space F.

DO NOT WRITE HERE

# CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
*United States of America*

**FORM PA**

For a Work of the Performing Arts
UNITED STATES COPYRIGHT OFFICE
RE

**PA 1-125-608**

EFFECTIVE DATE OF REGISTRATION

10 / 23 / 02
Month / Day / Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**

Palm Springs Wet Dream

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF THIS WORK ▼** See Instructions

Audio visual work (currently in video and DVD formats)

## 2

**a**

**NAME OF AUTHOR ▼**

Daniel Guida, Jr

**DATES OF BIRTH AND DEATH**
Year Born ▼ 1954    Year Died ▼

**Was this contribution to the work a "work made for hire"?**
☐ Yes
☑ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of USA
Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
MOTION PICTURE

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

**Was this contribution to the work a "work made for hire"?**
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____
Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

**Was this contribution to the work a "work made for hire"?**
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____
Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

## 3

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given Year in all cases.
1999

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month JULY Day 15 Year 1999
USA Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Daniel Guida Jr.
8548 Boulder Drive
La Mesa, CA 91941

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

See instructions before completing this space.

APPLICATION RECEIVED
ONE DEPOSIT RECEIVED 10-23-02 (½) UT-D
TWO DEPOSITS RECEIVED
10-23-02
FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

**REGISTRATION NUMBER**

**PA 1-329-619**

#PA00013296194

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

*12    28    2005*
Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**Title of Work ▼**  PiGS  AT THE  HoiST

**Registration Number of the Basic Registration ▼**  PA 1-194-498

**Year of Basic Registration ▼**  2003

**Name(s) of Author(s) ▼**  Daniel Guida, Jr.

**Name(s) of Copyright Claimant(s) ▼**  Daniel Guida, Jr.

---

**Location and Nature of Incorrect Information in Basic Registration ▼**

Line Number ___2a___    Line Heading or Description  Name of Author

**Incorrect Information as It Appears in Basic Registration ▼**

Daniel Guida, Jr.

**Corrected Information ▼**

DW Media, LLC

**Explanation of Correction ▼**

This was a work for hire. Daniel Guida, Jr. was a contributor. The correct author (DW Media, LLC) appears on the original work submitted to the copyright office. THe "for hire" question in 2a should have been answered "Yes."

**Location and Nature of Information in Basic Registration to be Amplified ▼**

Line Number _____    Line Heading or Description _____

**Amplified Information and Explanation of Information ▼**

---

**MORE ON BACK ▶**    • Complete all applicable spaces (D-G) on the reverse side of this page.
• See detailed instructions.    • Sign the form at Space F.

**DO NOT WRITE HERE**

Page 9 ___

# CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
*United States of America*

**FORM PA**
For a Work of the Performing Arts

**PA 1-125-611**

EFFECTIVE DATE OF REGISTRATION

10    23    02
Month    Day    Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** TITLE OF THIS WORK ▼

Shaved, Hosed and Barebacked

PREVIOUS OR ALTERNATIVE TITLES ▼

NATURE OF THIS WORK ▼ See instructions

Audio visual work (currently in video and DVD formats)

---

**2 a** NAME OF AUTHOR ▼
Daniel Guida, Jr

DATES OF BIRTH AND DEATH
Year Born ▼ 1954    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of USA
Domiciled in

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
MOTION PICTURE

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of
Domiciled in

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of
Domiciled in

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

---

**3 a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given Year in all cases.
1998

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information Month May Day 9 Year 1998
ONLY if this work has been published.    Nation USA

---

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼
Daniel Guida Jr.
8548 Boulder Drive
La Mesa, CA 91941

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

APPLICATION RECEIVED
ONE DEPOSIT RECEIVED
10-23-02
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

---

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**PA 1−329−617**

*PA00013296170*

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

12  28  2005
Month  Day  Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

Title of Work ▼ *Some Pigs*

Registration Number of the Basic Registration ▼ *PA1-125-616*

Year of Basic Registration ▼ *2002*

Name(s) of Author(s) ▼

Daniel Guida, Jr.

Name(s) of Copyright Claimant(s) ▼

Daniel Guida, Jr.

---

Location and Nature of Incorrect Information in Basic Registration ▼

Line Number _____ 2a _____  Line Heading or Description _____ Name of Author _____

Incorrect Information as It Appears in Basic Registration ▼

Daniel Guida, Jr.

Corrected Information ▼

DW Media, LLC

Explanation of Correction ▼

This was a work for hire.  Daniel Guida, Jr. was a contributor.  The correct author (DW Media, LLC) appears on the original work submitted to the copyright office. The "for hire" question in 2a should have been answered "Yes."

Location and Nature of Information in Basic Registration to be Amplified ▼

Line Number _____  Line Heading or Description _____

Amplified Information and Explanation of Information ▼

---

# CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
*United States of America*

**FORM PA**
For a Work of the Performing Arts
UNITED STATES COPYRIGHT OFFICE

PA 1-125-616
#PA000112 116#

EFFECTIVE DATE OF REGISTRATION

10    23    02
Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**
TITLE OF THIS WORK ▼
Some Pigs

PREVIOUS OR ALTERNATIVE TITLES ▼

NATURE OF THIS WORK ▼ See instructions
Audio visual work (currently in video and DVD formats)

**2 a**
NAME OF AUTHOR ▼
Daniel Guida, Jr

DATES OF BIRTH AND DEATH
Year Born ▼  1954    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of _USA_
Domiciled in

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
MOTION PICTURE

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**
NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of
Domiciled in

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**
NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of
Domiciled in

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3 a**
YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given in all cases.
Year  1998

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK Complete this information ONLY if this work has been published.
Month OCT Day 24 Year 1998
USA    Nation

**4**
COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼
Daniel Guida Jr.
9548 Boulder Drive
La Mesa, CA 91941

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

APPLICATION RECEIVED
ONE DEPOSIT RECEIVED OCT. 23, 02
TWO DEPOSITS RECEIVED (2) (1/2) VT-D
FUNDS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

---

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**PA 1−329−622**

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

12  28  2005
Month  Day  Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

Title of Work ▼

*StUMP -*

Registration Number of the Basic Registration ▼

*PA1- 210 -251*

Year of Basic Registration ▼

*2003*

Name(s) of Author(s) ▼

Daniel Guida, Jr.

Name(s) of Copyright Claimant(s) ▼

Daniel Guida, Jr.

**Location and Nature of Incorrect Information in Basic Registration ▼**

Line Number ___2a___    Line Heading or Description  Name of Author

Incorrect Information as It Appears in Basic Registration ▼

Daniel Guida, Jr.

Corrected Information ▼

DW Media, LLC

Explanation of Correction ▼

This was a work for hire.  Daniel Guida, Jr. was a contributor.  The correct author (DW Media, LLC) appears on the original work submitted to the copyright office. THe "for hire" question in 2a should have been answered "Yes."

Location and Nature of Information in Basic Registration to be Amplified ▼

Line Number _____    Line Heading or Description _____

Amplified Information and Explanation of Information ▼

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

# FORM PA

**For a Work of the Performing Arts**
UNITED STATES COPYRIGHT OFFICE



PA 1—210—251

Month *12*   Day *11*   Year *03*

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET

## 1

**TITLE OF THIS WORK ▼**
*Stump*

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF THIS WORK ▼ See instructions**
*Audio visual work (currently in video and DVD formats)*

## 2

**a**

**NAME OF AUTHOR ▼**
*Daniel Guida, Jr*

**DATES OF BIRTH AND DEATH**
Year Born ▼ *1954*   Year Died ▼

Was this contribution to the work a work made for hire?
☐ Yes
☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of *U.S.A.*
Domiciled in

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼
*Motion Picture*

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a work made for hire?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of
Domiciled in

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

**c**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a work made for hire?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of
Domiciled in

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

## 3

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
*2001*

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month *FEBRUARY*   Day *11*   Year *2001*
Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼
*Daniel Guida Jr*
*8540 Boulder Drive*
*La Mesa, CA 91941*

See instructions before completing this space.

**APPLICATION RECEIVED**

**ONE DEPOSIT RECEIVED**
*½" VHD*

**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

---

**MORE ON BACK ▶** Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
See detailed instructions. Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



*Marybeth Peters*

Register of Copyrights, United States of America

**Form CA**
For Supplementary Registration
**UNITED STATES COPYRIGHT OFFICE**

REGISTRATION NUMBER

**PA 1−329−621**

| TX | TAU | PA | PAU | VA | VAU | SR | SRU | RE |

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

12    28    2005
Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

Title of Work ▼

WET RAW AND DEEP -

Registration Number of the Basic Registration ▼

PA1 - 210 - 247

Year of Basic Registration ▼

2003

Name(s) of Author(s) ▼

Daniel Guida, Jr.

Name(s) of Copyright Claimant(s) ▼

Daniel Guida, Jr.

**Location and Nature of Incorrect Information in Basic Registration ▼**

Line Number ___2a___    Line Heading or Description  Name of Author

**Incorrect Information as It Appears in Basic Registration ▼**

Daniel Guida, Jr.

**Corrected Information ▼**

DW Media, LLC

**Explanation of Correction ▼**

This was a work for hire. Daniel Guida, Jr. was a contributor. The correct author (DW Media, LLC) appears on the original work submitted to the copyright office. THe "for hire" question in 2a should have been answered "Yes."

**Location and Nature of Information in Basic Registration to be Amplified ▼**

Line Number _____    Line Heading or Description _____

**Amplified Information and Explanation of Information ▼**

---

**MORE ON BACK ▶**    • Complete all applicable spaces (D-G) on the reverse side of this page.
• See detailed instructions.    • Sign the form at Space F.

DO NOT WRITE HERE

Page 1 of ___2___    pages

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM PA**
For a Work of the Performing Arts

**PA 1-210-247**



EFFECTIVE DATE OF REGISTRATION

DEC 11 2003

Month    Day    Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET

**1** TITLE OF THIS WORK ▼

Wet, Raw And Deep

PREVIOUS OR ALTERNATIVE TITLES ▼

NATURE OF THIS WORK ▼ See Instructions

Audio visual work (currently in video and DVD formats)

---

**2** **a** NAME OF AUTHOR ▼

Daniel Guida, Jr

DATES OF BIRTH AND DEATH
Year Born ▼ 1954    Year Died ▼

Was this contribution to the work a work made for hire?
☐ Yes
☑ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of U.S.A.
Domiciled in

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was made for hire check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
Motion Picture

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a work made for hire?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of
Domiciled in

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a work made for hire ?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of
Domiciled in

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼

---

**3** **a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED 2003
This information must be given Year in all cases.

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information Month November Day 15 Year 2003
ONLY if this work has been published. Nation

---

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼

Daniel Guida Jr
8540 Boulder Drive
La Mesa, CA 91941

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

APPLICATION RECEIVED DEC 1 1 2003
ONE DEPOSIT RECEIVED DEC 1 1 2003   ½" VT10
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

---

MORE ON BACK ▶   Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
See detailed instructions.   Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

## Customer Service

| | |
|---|---|
| From: | Americart [americart@cartserver.com] |
| Sent: | Monday, December 11, 2000 8:43 PM |
| To: | rainer@waterboys.com |
| Cc: | dan@waterboys.com |
| Subject: | Americart id:a-3316 order:1627-6499-9749 |

*Credit Card Order # 1627-6499-9749 Received by Americart*

Always verify price accuracy. Order from IP# 152.163.197.49

------------------Payment Information--------------------

Name on Card:  Marc Keller
Card Type:     visa
Card Number:   4430680030_____
         https://www.cartserver.com/sc/lastsix.html
Expiry Month:  07
Expiry Year:  03

------------------Shipping Information-------------------

Customer Address:
Name:  Marc Keller
Addr:  PO Box 695
Addr:  Doylestown
Addr:  PA
Addr:  18901 USA

Customer Email:  tooz4321@cs.com
Customer Phone:  215-347-5792
Day/Night Phone: day

--------------------Order Summary-----------------------

Item Subtotal:   $109.00
Shipping Cost:   $9.00
GRAND TOTAL:     $118.00
Includes 0.00 sales tax (if applicable)

Shipping Method:  LUFTPOST

--------------------Special Instructions-------------------


-----------------Individual Item Breakdown----------------

Item Ref.  Price ea.  Qty.  Description

| V9CNTSC | $109.00 | 1 | SOME PIGS TWO-VOLUME SET |

Complaint Exhibit 3

## Customer Service

**From:**          Americart [americart@cartserver.com]
**Sent:**          Thursday, December 21, 2000 5:53 AM
**To:**            rainer@waterboys.com
**Cc:**            dan@waterboys.com
**Subject:**       Americart id:a-2199 order:1628-9964-9831

*Credit Card Order # 1628-9964-9831 Received by Americart*

Always verify price accuracy. Order from IP# 205.188.198.31

-------------------Payment Information---------------------

Name on Card:  Marc D. Keller
Card Type:     visa
Card Number:   4430680030_____
        https://www.cartserver.com/sc/lastsix.html
Expiry Month:  07
Expiry Year:   03

------------------Shipping Information------------------

Customer Address:
Name:  Marc D. Keller
Addr:  c/o Telerx
Addr:  723 Dresher Road
Addr:  Horsham, PA
Addr:  19044

Customer Email:  mkeller565@cs.com
Customer Phone:  215-347-5792
Day/Night Phone:  day

--------------------Order Summary-----------------------

Item Subtotal:  $158.00
Shipping Cost:  $10.00
GRAND TOTAL:    $168.00
NOTE:Customer declared exemption from 12.25 sales tax.

Shipping Method:  UPS Ground Trac (US residents only)
Shipping Weight:  2.00

-------------------Special Instructions-------------------


----------------Individual Item Breakdown----------------

Item Ref.  Price ea.  Qty.  Description

Complaint Exhibit 4
pg ½

| V11NTSC | $79.00 | 1 | BAREBACK III (Bet Yer Ass) NT |

SC

V5NTSC    $79.00    1    BAREBACK NTSC

-----------------------End of Order----------------------

## Customer Service

| | |
|---|---|
| **From:** | Americart [americart@cartserver.com] |
| **Sent:** | Thursday, December 21, 2000 4:57 PM |
| **To:** | rainer@waterboys.com |
| **Cc:** | dan@waterboys.com |
| **Subject:** | Americart id:a-3316 order:1629-0629-9834 |

*Credit Card Order # 1629-0629-9834 Received by Americart*

Always verify price accuracy. Order from IP# 205.188.198.34

------------------Payment Information--------------------

Name on Card:  Marc D. Keller
Card Type:    visa
Card Number:   4430680030_____
        https://www.cartserver.com/sc/lastsix.html
Expiry Month:  07
Expiry Year:   03

------------------Shipping Information------------------

Customer Address:
Name:  Marc Keller
Addr:  c/o Telerx
Addr:  723 Dresher Road
Addr:  Horsham, PA 19044 USA

Customer Email:  tooz4321@cs.com
Customer Phone:  215-347-5792
Day/Night Phone: day

--------------------Order Summary------------------------

Item Subtotal:   $109.00
Shipping Cost:   $9.00
GRAND TOTAL:    $118.00
Includes 0.00 sales tax (if applicable)

Shipping Method:  LUFTPOST

--------------------Special Instructions------------------

please note that I originally ordered this video two weeks ago and was assigned order# 1627-6499-9749.  I asked that it be shipped to PO Box 695, Doylestown, PA 18901.  I found out today that you don't ship to PO Boxes and that this order was cancelled.  IF THAT ORDER WAS PROCESSED AND SHIPPED DO NOT SEND THIS ORDER.  ONLY CHARGE AND SHIP THIS ORDER IF ORDER NO. 1627-6499-9749 WAS CANCELLED.
Thank you.

Marc Keller

Complaint Exhibit 5
P5 1/2

1