-----------------Individual Item Breakdown-----------------

Item Ref.   Price ea.   Qty.   Description

| V9CNTSC | $109.00 | 1 | SOME PIGS TWO-VOLUME SET |

------------------------End of Order----------------------

## Customer Service

**From:**             Americart [americart@cartserver.com]
**Sent:**              Saturday, December 30, 2000 10:44 AM
**To:**                rainer@waterboys.com
**Cc:**                dan@waterboys.com
**Subject:**         Americart id:a-2199 order:1630-3215-0514

\*Credit Card Order # 1630-3215-0514 Received by Americart\*

Always verify price accuracy. Order from IP# 152.163.205.14

-------------------Payment Information--------------------

Name on Card:  Marc Keller
Card Type:     visa
Card Number:   4430680030_____
          https://www.cartserver.com/sc/lastsix.html
Expiry Month:  07
Expiry Year:   03

-------------------Shipping Information--------------------

Customer Address:
Name:  Marc Keller
Addr:  c/o Telerx
Addr:  723 Dresher Road
Addr:  Horsham, PA 19044

Customer Email:  tooz4321@cs.com
Customer Phone:  215-489-1968
Day/Night Phone: day

--------------------Order Summary-----------------------

Item Subtotal:   $79.00
Shipping Cost:   $7.00
GRAND TOTAL:      $86.00
NOTE:Customer declared exemption from 6.12 sales tax.

Shipping Method:   UPS Ground Trac (US residents only)
Shipping Weight:   1.00

--------------------Special Instructions-------------------


-----------------Individual Item Breakdown-----------------

Item Ref.  Price ea.  Qty.  Description

| Item Ref. | Price ea. | Qty. | Description |
|-----------|-----------|------|-------------|
| V7NTSC | $79.00 | 1 | BAREBACK II (Crime Pays) NTSC |

Complaint Exhibit 6

## Customer Service

**From:** Americart [americart@cartserver.com]
**Sent:** Wednesday, January 03, 2001 4:21 PM
**To:** rainer@waterboys.com
**Cc:** dan@waterboys.com
**Subject:** Americart id:a-3316 order:1630-9340-4178

*Credit Card Order # 1630-9340-4178 Received by Americart*

Always verify price accuracy. Order from IP# 152.163.204.178

-------------------Payment Information--------------------

Name on Card:  Marc D. Keller
Card Type:    visa
Card Number:  4430680030_____
         https://www.cartserver.com/sc/lastsix.html
Expiry Month:  07
Expiry Year:  03

-----------------Shipping Information------------------

Customer Address:
Name:  Marc Keller
Addr:  c/o Telerx
Addr:  723 Dresher Road
Addr:  Horsham, PA 19044

Customer Email:  tooz4321@cs.com
Customer Phone:  215-347-5792
Day/Night Phone: day

-------------------Order Summary----------------------

Item Subtotal:   $237.00
Shipping Cost:   $9.00
GRAND TOTAL:     $246.00
Includes 0.00 sales tax (if applicable)

Shipping Method:  LUFTPOST

-------------------Special Instructions------------------

If you can, please ship to

Marc Keller
PO Box 695
Doylestown, PA 18901

I would prefer this address if at all possible.  if not, ship to the address I input in the shipping fields,
but PLEASE ship to this address!

Complaint Exhibit 7

Also, please DO NOT put me on a mailing list!

-----------------Individual Item Breakdown-----------------

| Item Ref. | Price ea. | Qty. | Description |
|-----------|-----------|------|-------------|
| V12NTSC | $79.00 | 1 | GLUTEUS MAXXXIMUS VHS |
| V1NTSC | $79.00 | 1 | NYPD VHS |
| V2NTSC | $79.00 | 1 | LAPD VHS |

-----------------------End of Order-----------------------

# SETTLEMENT AGREEMENT

DW Media, LLC ("DWM"), on the one hand, and Marc Keller, individually ("Keller"), on the other hand, hereby agree to settle and release certain claims against each other relating to willful acts of copyright infringement (the "Infringement").

1. **Effective Date.** Upon due execution and delivery of this Settlement Agreement (the "Agreement"), the Agreement shall be deemed effective as of the signing by the respective parties of the Agreement, notwithstanding that fact that the parties negotiated their tentative settlement prior to the Effective Date.

2. **Binding Agreement.** This Agreement contemplates that the parties will mutually cooperate in good faith to prepare and/or execute certain documents (e.g., instruments and agreement). However, in the event the parties cannot agree upon the form of those additional documents, this Agreement is intended to be, and shall be construed to be, a final and binding agreement.

3. **Releases.**

a. The release set forth below in Paragraphs 4b and 4c (the "Released Claims") shall automatically become effective upon receipt of the total sum of $12,575.20 (the "Settlement Amount"), by cashiers check or other form of certifiable funds payable to WALSH & ASSOCIATES ESCROW ACCOUNT, which check shall be delivered from Keller, by express courier service, to counsel for DWM.

b. Subject to other provisions of Paragraph 4, DWM releases Keller from all claims, liabilities and causes of action which would arise out of or relate to the subject matter of the infringement, including any such obligations or injuries which were known or unknown, suspected or unsuspected, anticipated or unanticipated, direct or indirect, absolute or contingent as of the Effective Date. In addition to Keller, the release in this Paragraph 4b also extends to Keller's employees, agents, representatives, attorneys, and their respective heirs, administrators, executors, trustees, successors and assigns of Keller.

c. Subject to other provisions of paragraph 4, Keller releases DWM from all claims, liabilities and causes of action which arise out of or relate to the Infringement, including any such obligations or injuries which were known or unknown, suspected or unsuspected, anticipated or unanticipated, direct or indirect, absolute or contingent as of the Effective Date. In addition to DWM, the release in this Paragraph 4c shall be deemed to also apply to and benefit any and all of DWM's officers, directors, employees, agents, representatives and attorneys, and their respective heirs, administrators, executors, trustees, successors and assigns.

Complaint Exhibit 8

P9 1/4

d. The parties hereby acknowledge that the basis, nature and extent of the underlying Infringement are not capable of being fully known, understood, anticipated or appreciated at this time, but that the parties nevertheless each have agreed to enter into this Agreement and to generally release all such claims in order to buy their peace.

e. This Release is for defendant Marc Keller, individually.

f. Nothing in Paragraphs 4b or 4c shall be deemed to constitute a release of any of the following:

    (1)    Rights and/or claims to enforce the terms of the Agreement.

    (2)    Rights and/or claims to the extent they are based on conduct taking place after the Effective Date.

4. **Payment of Settlement Proceeds and Delivery**. Upon execution of the Agreement, Keller shall pay DWM the total sum of $12,575.20, by cashiers check or other form of certifiable funds payable to WALSH & ASSOCIATES ESCROW ACCOUNT, which check shall be delivered by express courier service to counsel for DWM. Keller hereby agrees to pay the Settlement Amount by or before January 31, 2003. Concurrent with receipt of the Settlement Amount, the release set forth above in Paragraphs 3b and 3c (the "Released Claims") shall automatically become effective.

5. **Agreement Not Subject to Rescission**. The Parties' remedies for the breach of this Agreement may include actual damages and injunctive relief, if appropriate, but shall not include rescission of the Agreement.

6. **Confidentiality**. Except as may reasonably be required by law, court order, or enforcement or enjoyment of the provisions hereof, or as may be reasonably required by the auditors, accountants, lenders or insurers of the respective parties, the parties represent they shall not intentionally initiate the publication or broadcast of the terms of this Agreement through direct action, or through authorizing or encouraging the actions of others.

7. **Interpretation: Integrated Agreement**.

a. This Settlement Agreement shall be interpreted under California law, shall be reasonably interpreted to accomplish the intentions of the parties, and shall be construed as being jointly drafted by the parties.

b. Each party understands and acknowledges to the other that no party has entered into the Agreement in reliance upon any understanding, agreement, representation, promise or inducement not set forth in, or referred to in, this Agreement, and that this Agreement supersedes

any and all prior understandings, agreements, representations, promises or inducements made in connection with this Agreement or the negotiation of this settlement, whether oral or written, not set forth in, referred to in, or reserved or preserved in this Agreement.

8. **Venue**. The parties hereby agree that any disputes relating to the validity, interpretation or enforcement of this Agreement, and any action arising under this Agreement, shall be litigated solely in San Diego County, State of California.

9. **Waiver, Modification and Amendment**. No provision of this Agreement may be waived unless in writing and signed by the party or parties whose rights are thereby waived. Waiver of any one provision herein shall not be deemed a waiver of any other provision herein. This Agreement may be modified or amended only by written agreement executed by all the parties hereto. The provisions of this Agreement shall be construed to make such provisions enforceable. If any provision is found unenforceable in part or whole, it shall not render the Agreement unenforceable unless the parties are thereby deprived of the primary benefits of this Agreement.

10. **Attorneys' Fees**. Each party to this Agreement shall bear all of its respective attorneys' fees and costs incurred in connection with the Agreement. Nothing in this Paragraph 10 shall restrict or prevent DWM from allocating a portion or all of the Settlement Amount to offset or reimburse DWM for attorneys' fees and/or costs. In the event any party hereto commences any action arising out of this Agreement, including without limitation an action to enforce or interpret this Agreement, the prevailing party in such action shall be entitled to recover its reasonable attorneys' fees and other expenses incurred in such litigation.

11. **Keller Availability As a Witness**.

a. In the event an action is brought to hearing, trial, or other proceeding, whether it be in a Federal or State Court action, at an Arbitration or Mediation, Keller agrees to appear at such hearing, trial, arbitration, mediation or proceeding upon reasonable notice without the necessity of being personally served with a subpoena. Upon being notified of the trial date, if any, set by the Court in the Action, Keller agrees to make reasonable efforts to remain available to testify at the trial and also agrees to remain available to be served personally. It is expressly understood that Keller will complete any and all necessary actions to verify the accuracy of any deposition testimony of Keller taken pursuant to an action to the extent any such action has not been completed upon the Effective Date, including but not limited to declaring under penalty of perjury that such transcripts are accurate.

b. Keller agrees to provide his residence and work addresses to Walsh & Associates and to notify Walsh & Associates of any change in address in order to effectuate Paragraphs 4 and 11 of the Agreement.

**IT IS SO AGREED**.

IN WITNESS WHEREOF, each of the undersigned has entered into this Agreement on the date shown below.

Dated: January 28, 2003                    MARC KELLER, individually

By_____
                                                    Marc Keller

Dated: January ___, 2003                    DW Media, LLC

By_____
                                                    Daniel Guida, Managing Member

Customer Details                                    http://www.dickwa...etish.com/online/3_po_bw.asp?order=56472

# Invoice

| Your Company |
| LOGO Here |

Date: October 4, 2006

## YourCompany Corporation
**2300 Your Company Road, Suite 101**
**Anywhere CA 94555**

**Bill To:** MarcKeller                              **Ship To:** MarcKeller

3763 Swetland Drive                                 3763 Swetland Drive
Doylestown , PA    18901                             Doylestown , PA    18901
US                                                   US
US                                                   US

**Pay By:**                                          **Email:** tooz123@aol.com
**Email:** tooz123@aol.com                           **Phone:**
**Phone:**                                           **Fax:**
**Fax:**
                                                     **Order Date:** 6/5/2006 / 4:55:31 AM
**Credit Card:** VISA                                **Merchant:** 0
**Name on Card:** Marc D. Keller
**Card Number:** 4104139110569418                    **Shipping Details:**
**Expiration Date:** 0806                            **Type:** none selected
**Security Number:** 083                             **Service:** none selected
                                                     **Cost:**  $ 0
**Bank Name/Checks:**                                **Account#:**
**ABA Code:**                                        **Name:**
**Checking Acct:**
**Checking Acct ABA:**                               **Password:**
**Check Number:**                                    **Mailing List:** Yes
**Drivers License:**                                 **Gift Message:**

## Order Details

| Quantity | Item | Description | Price | Discount | Item Total | Tax | Sub Total |
|----------|------|-------------|-------|----------|------------|-----|-----------|
| 1 | V29 | Ambush on the Rocks, DVD $79.00 *Comment:* | $79 | 0 % | $79.00 | $0.00 | $79.00 |
| 1 | V28 | Cocks on the Rocks, DVD $79.00 *Comment:* | $79 | 0 % | $79.00 | $0.00 | $79.00 |
| 1 | V15 | Niggas' Revenge, DVD $79.00 *Comment:* | $79 | 0 % | $79.00 | $0.00 | $79.00 |
| 1 | V21 | Stump, DVD $79.00 *Comment:* | $79 | 0 % | $79.00 | $0.00 | $79.00 |

## Order Summary

Shipping Cost: $ 0
Total Taxes: $ 0
**Grand Total: $ 316**

IP Address Identifier: 152.163.100.65.6/5/20064:53:27 AM          Order ID:
                                                                  56472

Automatically G...

Complaint Exhibit 9.

## Customer Service

**From:** cs@dickwaddfetish.com
**Sent:** Tuesday, June 13, 2006 7:35 PM
**To:** webmaster@dickwaddfetish.com; orders@dickwaddfetish.com; cs@dickwaddfetish.com
**Subject:** Order to-be-processed from Dick Wadd Fetish

Thank you very much for your order

Order Shipping Information
ShipTo Name:  marc Keller
Company:
Shipping Address:  3763 Swetland Drive; Doylestown, PA, 18901 Shipping Phone:
Shipping Fax:
Ship Via:  Ground Shipping

------------------------------------------------------

Order Billing Information
BillTo Name:  marc Keller
Company:
Address:  3763 Swetland Drive; Doylestown, PA, 18901
Phone:
Fax:
Email:  tooz123@aol.com
Credit Card Name:  Marc D. Keller
Credit Card Type:  MasterCard, Number: 5329064895559143, Expire: 02/09

------------------------------------------------------

Order Details
Order #:  56717
Subtotal:  $316.00
Taxes:  $0.00
Shipping:  $13.00
GrandTotal:  $329.00

Username:  tooz123@aol.com
Password:

The items in your order are as follows:
  -Sending 1 of Item # V30; PIGS AT THE ZONE, DVD $79.00
  Comments: none, Giftmessage: none, Subtotal: $79.00, Taxes: $0.00, Shipping Cost: $0.00

  -Sending 1 of Item # V08/9; SOME PIGS DVD $79.00
  Comments: none, Giftmessage: none, Subtotal: $79.00, Taxes: $0.00, Shipping Cost: $0.00

Complaint Exhibit 10
pq 1/7

-Sending 1 of Item # V10; Palm Springs, DVD $79.00
Comments: none, Giftmessage: none, Subtotal: $79.00, Taxes: $0.00, Shipping Cost: $0.00

-Sending 1 of Item # V12; Gluteus Maxxximus, DVD $79.00
Comments: none, Giftmessage: none, Subtotal: $79.00, Taxes: $0.00, Shipping Cost: $0.00


Thank You again for your order.
We look forward to serving you again in the future.

Dick

Customer Details

http://www.dickw.etish.com/online/3_po_bw.asp?order=58605

# Invoice

```
Your Company
LOGO Here
```

Date: October 4, 2006

## YourCompany Corporation

2300 Your Company Road, Suite 101
Anywhere CA 94555

Bill To: MarcKeller                              Ship To: MarcKeller

PO Box 695                                        3763 Swetland Drive
Doylestown , PA    18901                          Doylestown , PA    18901
US                                                US
US                                                US

Pay By:                                           Email: tooz123@aol.com
Email: tooz123@aol.com                            Phone:
Phone:                                            Fax:
Fax:
                                                  Order Date: 8/6/2006 / 1:11:46 PM
Credit Card: VISA                                 Merchant: 0
Name on Card: Marc D. Keller
Card Number: 4003442642818853                     Shipping Details:
Expiration Date: 04/10                            Type: Ground Shipping
Security Number: 085                              Service: US
                                                  Cost: $ 10.00
Bank Name/Checks:                                 Account# :
ABA Code:                                         Name:
Checking Acct:
Checking Acct ABA:                                Password:
Check Number:                                     Mailing List: Yes
Drivers License:                                  Gift Message:

## Order Details

| Quantity | Item | Description | Price | Discount | Item Total | Tax | Sub Total |
|----------|------|-------------|-------|----------|-----------|-----|-----------|
| 1 | V28 | Pigs at the Zone, DVD $79.00 | $79 | 0 % | $79.00 | $0.00 | $79.00 |
|   |     | *Comment:* | | | | | |
| 1 | V26 | Bay of Pigs, DVD $79.00 | $79 | 0 % | $79.00 | $0.00 | $79.00 |
|   |     | *Comment:* | | | | | |

## Order Summary

Shipping Cost: $ 10.00
Total Taxes: $ 0
Grand Total: $ 168

IP Address Identifier: 209.194.185.2.8/6/20061:11:08 PM

Order ID:
58605

Automatically Generated by SalesCart Online Order System
Copyright © 1995-2001 by ComCity® Corporation

Complaint Exhibit 11

Customer Details

# Invoice

**Your Company
LOGO Here**

Date: October 4, 2006

## YourCompany Corporation
**2300 Your Company Road, Suite 101
Anywhere CA 94555**

**Bill To:** MarcKeller        **Ship To:** MarcKeller

| | |
|---|---|
| 3763 Swetland Drive | 3763 Swetland Drive |
| Doylestown , PA    18901 | Doylestown , PA    18901 |
| US | US |
| US | US |

**Pay By:**
**Email:** tooz123@aol.com
**Phone:**
**Fax:**

**Credit Card:** VISA
**Name on Card:** Marc D. Keller
**Card Number:** 4430680020365566
**Expiration Date:** 08/08
**Security Number:** 702

**Bank Name/Checks:**
**ABA Code:**
**Checking Acct:**
**Checking Acct ABA:**
**Check Number:**
**Drivers License:**

**Email:** tooz123@aol.com
**Phone:**
**Fax:**

**Order Date:** 8/29/2006 / 3:39:38 PM
**Merchant:** 0

**Shipping Details:**
**Type:** Ground Shipping
**Service:** US
**Cost:** $ 10.00
**Account# :**
**Name:**

**Password:**
**Mailing List:** Yes
**Gift Message:**

## Order Details

| Quantity | Item | Description | Price | Discount | Item Total | Tax | Sub Total |
|---|---|---|---|---|---|---|---|
| 1 | V26 | Bay of Pigs, DVD $79.00<br>*Comment:* | $79 | 0 % | $79.00 | $0.00 | $79.00 |
| 1 | V28 | Pigs at the Zone, DVD $79.00<br>*Comment:* | $79 | 0 % | $79.00 | $0.00 | $79.00 |

## Order Summary

**Shipping Cost: $ 10.00**
**Total Taxes: $ 0**
**Grand Total: $ 168**

IP Address Identifier: 64.12.116.11.8/29/20063:39:22 PM

**Order ID:**
59092

Automatically Generated by SalesCart Online Order System
**Copyright © 1995-2001 by ComCity® Corporation**

Complaint Exhibit 12

ADULT AUCTIONS by naughtybids.com                    http://www.    aughtybids.com/bid.aspx?auctionid=3609806



**Pigs At The Troff-Vile Gay Bondage Club! Ass Stretching! Man Juice!**

Category: Fetish

| | | | |
|---|---|---|---|
| Currently: | $40.00    $45.00 Buy Now | Item Number: | 3609806 |
| Quantity: | 1 | # of Bids: | 0 Bid History |
| High Bidder: | | Auction Type: | Normal |
| Seller: | peelover (1187) STORE | | |
| Started: | 3/20/2006 6:04:22 PM CST | Location: | United States |
| Ends: | 3/27/2006 6:04:22 PM CST | Will Ship Item Internationally: | Yes |
| Payment: | , Online, Money Order/Cashiers Check, Cash, Personal Checks | Time Now: | 3/25/2006 10:17:14 AM CST |
| Shipping: | Buyer pays shipping. | Time Left: | 2 days 7 hours 47 min |

*All start and end times are central time zone*

**Options**

Add seller to favorites | View sellers other auctions | Ask seller a question | Watch this item

**Description**

A hot and nasty video from Dick Wadd. This is an original video with its original spine label and box. A hot nasty leather sex club with slings, a bathtub for wet play and a stockade to restrain nasty pigs in to fuck them any way you want! Hot dildo play, ass stretching, man juice spraying and bareback fucking. A disgustingly hot video. THIS VIDEO RETAILS FOR $79.00. This item is a manufacturer original item produced by the copyright holder and not in any way a copy of an original for which I do not hold the copyright. Contact information for the manufacturer is provied either on the label or on the video itself. All participants are age 18 or older.



Complaint Exhibit 13

Pg 1/3

ADULT AUCTIONS by naughtybids.com

http://www.. aghtybids.com/bid.aspx?auctionid=3633078

# NaughtyBids.com

HOME | YOUR ACCOUNT | LOGOUT | PLACE LISTING | FAQ's

**Pigs At The Troff-Vile Gay Bondage Club! Ass Stretching! Man Juice!**

Category: Fetish

| | | | |
|---|---|---|---|
| ANIME | | | |
| AUTOGRAPHS | Currently: | $40.00 | Item Number: 3633078 |
| BONDAGE | Quantity: | 1 | # of Bids: 0 **Bid History** |
| BOOKS | High Bidder: | | Auction Type: Normal |
| BULK LOTS | | | |
| CD-ROMS | Seller: | **peelover (1193)** STORE | |
| CELEBRITIES | | | |
| CLOTHING | Started: | 3/27/2006 9:32:10 PM CST | Location: United States |
| COLLECTOR CARD | | | |
| DOMAIN NAMES | Ends: | 4/3/2006 9:32:10 PM CST | Will Ship Item |
| DVD's | | | Internationally: Yes |
| EROTIC ART | | , Online, Money Order/Cashiers | |
| FIGURINES | Payment: | Check, Cash, Personal Checks | Time Now: 4/4/2006 1:37:17 PM CST |
| FOR WOMEN | | | |
| GAY | Shipping: | Buyer pays shipping. | Time Left: This auction has ended |
| JEWELRY | | | |
| MAGAZINES | | | |
| MISCELLANEOUS | | *All start and end times are central time zone* | |
| NON ADULT | | **Options** | |
| NOVELTIES | | | |
| & PANTIES | | | |
| PERSONAL SVCS | Add seller to favorites | View sellers other auctions | Ask seller a question | Watch this item | |
| PHOTOGRAPHS | | | |
| SEXUAL AIDS | | | |
| TOYS | | | |
| UNDERWEAR | | | |
| VIDEOS | | | |

**Description**

A hot and nasty video from Dick Wadd. This is an original video with its original spine label and box. A hot nasty leather sex club with slings, a bathtub for wet play and a stockade to restrain nasty pigs in to fuck them any way you want! Hot dildo play, ass stretching, man juice spraying and bareback fucking. A disgustingly hot video. THIS VIDEO RETAILS FOR $79.00. This item is a manufacturer original item produced by the copyright holder and not in any way a copy of an original for which I do not hold the copyright. Contact information for the manufacturer is provied either on the label or on the video itself. All participants are age 18 or older.

ADULT AUCTIONS by naughtybids.com

http://www.....ughtybids.com/bid.aspx?auctionid=3647563

# NaughtyBids.com

HOME | YOUR ACCOUNT | LOGOUT | PLACE LISTING | FAQ's

| | |
|---|---|
| ANIME | |
| AUTOGRAPHS | |
| BONDAGE | |
| BOOKS | |
| BULK LOTS | |
| CD-ROMS | |
| CELEBRITIES | |
| CLOTHING | |
| COLLECTOR CARD | |
| DOMAIN NAMES | |
| DVD'S | |
| EROTIC ART | |
| FIGURINES | |
| FOR WOMEN | |
| GAY | |
| JEWELRY | |
| MAGAZINES | |
| MISCELLANEOUS | |
| NON ADULT | |
| NOVELTICS | |
| & PANTIES | |
| PERSONAL SVCS | |
| PHOTOGRAPHS | |
| SEXUAL AIDS | |
| TOYS | |
| UNDERWEAR | |
| VIDEOS | |
| SEARCH | |
| CONTACT | |

**Pigs At The Troff-Vile Gay Bondage Club! Ass Stretching! Man Juice!**

Category: Fetish

| | | | |
|---|---|---|---|
| Currently: | $40.00   $45.00 Buy Now | Item Number: | 3647563 |
| Quantity: | 1 | # of Bids: | 0 **Bid History** |
| High Bidder: | | Auction Type: | Normal |
| Seller: | **peelover (1193)** STORE | | |
| Started: | 4/3/2006 9:44:48 PM CST | Location: | United States |
| Ends: | 4/10/2006 9:44:48 PM CST | Will Ship Item Internationally: | Yes |
| Payment: | , Online, Money Order/Cashiers Check, Cash, Personal Checks | Time Now: | 4/4/2006 2:28:47 PM CST |
| Shipping: | Buyer pays shipping. | Time Left: | 6 days 7 hours 16 min |

*All start and end times are central time zone*

**Options**

Add seller to favorites | View sellers other auctions  |  Ask seller a question  | Watch this item

**Description**

A hot and nasty video from Dick Wadd. This is an original video with its original spine label and box. A hot nasty leather sex club with slings, a bathtub for wet play and a stockade to restrain nasty pigs in to fuck them any way you want! Hot dildo play, ass stretching, man juice spraying and bareback fucking. A disgustingly hot video. THIS VIDEO RETAILS FOR $79.00. This item is a manufacturer original item produced by the copyright holder and not in any way a copy of an original for which I do not hold the copyright. Contact information for the manufacturer is provied either on the label or on the video itself. All participants are age 18 or older.



ADULT AUCTIONS by naughtybids.com

http://www.naughtybids.com/bid.aspx?auctionid=3631834

## Naughty Bids.com

HOME | YOUR ACCOUNT | LOGOUT | PLACE LISTING | FAQ's

ANIME
AUTOGRAPHS
BONDAGE
BOOKS
BULK LOTS
CD-ROMS
CELEBRITIES
CLOTHING
COLLECTOR CARD
DOMAIN NAMES
DVD'S
EROTIC ART
FIGURINES
FOR WOMEN
GAY
JEWELRY
MAGAZINES
MISCELLANEOUS
NON ADULT
NOVELTIES
& PANTIES
PERSONAL SVCS
PHOTOGRAPHS
SEXUAL AIDS
TOYS
UNDERWEAR
VIDEOS

SEARCH
CONTACT

**STUMP-Vile Fucking Club! Bareback! Man Juice! Amputee Kidnap & Fuck**

Category: Fetish

| | | | |
|---|---|---|---|
| Currently: | $40.00 | Item Number: | 3631834 |
| Quantity: | 1 | # of Bids: | 0 Bid History |
| High Bidder: | | Auction Type: | Normal |
| Seller: | peelover (1193) STORE | | |
| Started: | 3/26/2006 10:48:14 PM CST | Location: | United States |
| Ends: | 4/2/2006 10:48:14 PM CST | Will Ship Item Internationally: | Yes |
| Payment: | , Online, Money Order/Cashiers Check, Cash, Personal Checks | Time Now: | 4/4/2006 1:27:25 PM CST |
| Shipping: | Buyer pays shipping. | Time Left: | This auction has ended |

*All start and end times are central time zone*

**Options**

Add seller to favorites | View sellers other auctions | Ask seller a question | Watch this item

**Description**

A hot and nasty video from Dick Wadd. This is an original video with its original spine label and box. A hot nasty leather sex club with rough sex, hot cocks, hairy bodies, hot bareback fuck play, man juice spraying and bareback fucking. A amputee is kidnapped and caged and hosed down by his captures. They proceed to fuck and suck each other, stretching their assholes really wide while he watched and jerks off. Soon he is dragged out of the cage and brutally fucked (with a rubber). Soon he is shoving his stump inside another's man cunt. A disgustingly hot video. THIS VIDEO RETAILS FOR $79.00. This item is a manufacturer original item produced by the copyright holder and not in any way a copy of an original for which I do not hold the copyright. Contact information for the manufacturer is provied either on the label or on the video itself. All participants are age 18 or older.

Complaint Exhibit 14

P9 1/2

ADULT AUCTIONS by naughtybids.com

http://www.     naughtybids.com/bid.aspx?auctionid=3643614



**Naughty.Bids.com**   HOME | YOUR ACCOUNT | LOGOUT | PLACE LISTING | FAQ's

ANIME
AUTOGRAPHS
BONDAGE
BOOKS
BULK LOTS
CD-ROMS
CELEBRITIES
CLOTHING
COLLECTOR CARD
DOMAIN NAMES
DVD'S
EROTIC ART
FIGURINES
FOR WOMEN
GAY
JEWELRY
MAGAZINES
MISCELLANEOUS
NON ADULT
NOVELTIES
& PANTIES
PERSONAL SVCS
PHOTOGRAPHS
SEXUAL AIDS
TOYS
UNDERWEAR
VIDEOS

SEARCH
CONTACT

## STUMP-Vile Fucking Club! Bareback! Man Juice! Amputee Kidnap & Fuck

**Category:** Fetish

| | | | |
|---|---|---|---|
| Currently: | $40.00   $45.00 Buy Now | Item Number: | 3643614 |
| Quantity: | 1 | # of Bids: | 0 Bid History |
| High Bidder: | | Auction Type: | Normal |
| Seller: | peelover (1193) STORE | | |
| Started: | 4/3/2006 6:45:08 AM CST | Location: | United States |
| Ends: | 4/10/2006 6:45:08 AM CST | Will Ship Item Internationally: | Yes |
| Payment: | , Online, Money Order/Cashiers Check, Cash, Personal Checks | Time Now: | 4/4/2006 2:12:47 PM CST |
| Shipping: | Buyer pays shipping. | Time Left: | 5 days 16 hours 32 min |

*All start and end times are central time zone*

**Options**

Add seller to favorites | View sellers other auctions | Ask seller a question | Watch this item

### Description

A hot and nasty video from Dick Wadd. This is an original video with its original spine label and box. A hot nasty leather sex club with rough sex, hot cocks, hairy bodies, hot bareback fuck play, man juice spraying and bareback fucking. A amputee is kidnapped and caged and hosed down by his captures. They proceed to fuck and suck each other, stretching their assholes really wide while he watched and jerks off. Soon he is dragged out of the cage and brutally fucked (with a rubber). Soon he is shoving his stump inside another's man cunt. A disgustingly hot video. THIS VIDEO RETAILS FOR $79.00. This item is a manufacturer original item produced by the copyright holder and not in any way a copy of an original for which I do not hold the copyright. Contact information for the manufacturer is provied either on the label or on the video itself. All participants are age 18 or older.

ADULT AUCTIONS by naughtybids.com

http://www...ughtybids.com/bid.aspx?auctionid=3605692



**NaughtyBids.com**

HOME | YOUR ACCOUNT | LOGOUT | PLACE LISTING | FAQ's

ANIME
AUTOGRAPHS
BONDAGE
BOOKS
BULK LOTS
CD-ROMS
CELEBRITIES
CLOTHING
COLLECTOR CARD
DOMAIN NAMES
DVD'S
EROTIC ART
FIGURINES
FOR WOMEN
GAY
JEWELRY
MAGAZINES
MISCELLANEOUS
NON ADULT
NOVELTIES
& PANTIES
PERSONAL SVCS
PHOTOGRAPHS
SEXUAL AIDS
TOYS
UNDERWEAR
VIDEOS

SEARCH
CONTACT

**Wet Raw & Deep-Hot Barebacking Club! Thick Cum!**

Category: Fetish

| | | | |
|---|---|---|---|
| Currently: | $40.00  $45.00 Buy Now | Item Number: | 3605692 |
| Quantity: | 1 | # of Bids: | 0 Bid History |
| High Bidder: | | Auction Type: | Normal |
| Seller: | peelover (1183) STORE | | |
| Started: | 3/19/2006 8:18:29 PM CST | Location: | United States |
| Ends: | 3/26/2006 8:18:29 PM CST | Will Ship Item Internationally: | Yes |
| Payment: | , Online, Money Order/Cashiers Check, Cash, Personal Checks | Time Now: | 3/20/2006 7:28:34 PM CST |
| Shipping: | Buyer pays shipping. | Time Left: | 6 days 0 hours 49 min |

*All start and end times are central time zone*

**Options**

Add seller to favorites | View sellers other auctions | Ask seller a question | Watch this item

**Description**

A hot video with hot men who enjoy hot wet sex bareback style - hot bondage, stockades, bareback fucking, hot man juice spraying! This item is a manufacturer original item produced by the copyright holder and not in any way a copy of an original for which I do not hold the copyright. Contact information for the manufacturer is provied either on the label or on the video itself. All participants are age 18 or older.



Complaint Exhibit 15

Pg 1/3

ADULT AUCTIONS by naughtybids.com

http://www.    ghtybids.com/bid.aspx?auctionid=3627967



**Wet Raw & Deep-Hot Barebacking Club! Thick Cum!**

Category:  Fetish

| | |
|---|---|
| Currently: | $40.00 |
| Quantity: | 1 |
| High Bidder: | |
| Seller: | peelover (1193) |
| Started: | 3/26/2006 8:36:48 PM CST |
| Ends: | 4/2/2006 8:36:48 PM CST |
| Payment: | , Online, Money Order/Cashiers Check, Cash, Personal Checks |
| Shipping: | Buyer pays shipping. |

| | |
|---|---|
| Item Number: | 3627967 |
| # of Bids: | 0 **Bid History** |
| Auction Type: | Normal |
| Location: | United States |
| Will Ship Item Internationally: | Yes |
| Time Now: | 4/4/2006 10:27:52 AM CST |
| Time Left: | *This auction has ended* |

*All start and end times are central time zone*

**Options**

Add seller to favorites | View sellers other auctions  |  Ask seller a question   | Watch this item

**Description**

A hot video with hot men who enjoy hot wet sex bareback style - hot bondage, stockades, bareback fucking, hot man juice spraying! This item is a manufacturer original item produced by the copyright holder and not in any way a copy of an original for which I do not hold the copyright. Contact information for the manufacturer is provied either on the label or on the video itself. All participants are age 18 or older.

ADULT AUCTIONS by naughtybids.com

http://www.    .ghtybids.com/bid.aspx?auctionid=3642403



HOME    YOUR ACCOUNT    LOGOUT    PLACE LISTING    FAQ's

### Wet Raw & Deep-Hot Barebacking Club! Thick Cum!

**Category:** Fetish

| | | | |
|---|---|---|---|
| Currently: | $40.00   $45.00 Buy Now | Item Number: | 3642403 |
| Quantity: | 1 | # of Bids: | 0  **Bid History** |
| High Bidder: | | Auction Type: | Normal |
| Seller: | **peelover (1193)** STORE | | |
| Started: | 4/2/2006 9:12:00 PM CST | Location: | 🇺🇸 United States |
| Ends: | 4/9/2006 9:12:00 PM CST | Will Ship Item Internationally: | Yes |
| Payment: | , Online, Money Order/Cashiers Check, Cash, Personal Checks | Time Now: | 4/4/2006 1:58:44 PM CST |
| Shipping: | Buyer pays shipping. | Time Left: | 5 days 7 hours 13 min |

*All start and end times are central time zone*

**Options**

Add seller to favorites | View sellers other auctions | Ask seller a question   | Watch this item

**Description**

A hot video with hot men who enjoy hot wet sex bareback style - hot bondage, stockades, bareback fucking, hot man juice spraying! This item is a manufacturer original item produced by the copyright holder and not in any way a copy of an original for which I do not hold the copyright. Contact information for the manufacturer is provied either on the label or on the video itself. All participants are age 18 or older.

ADULT AUCTIONS by naughtybids.com                    http://www.naughtybids.com/bid.aspx?auctionid=3643392



**LAPD-Nasty Gay Bareback Ass Stretching! Man Juice! Vile!**

Category: Fetish

| | | | |
|---|---|---|---|
| Currently: | $40.00   $45.00 Buy Now | Item Number: | 3643392 |
| Quantity: | 1 | # of Bids: | 0 **Bid History** |
| High Bidder: | | Auction Type: | Normal |
| Seller: | peelover (1193) STORE | | |
| Started: | 4/3/2006 6:41:27 AM CST | Location: | United States |
| Ends: | 4/10/2006 6:41:27 AM CST | Will Ship Item Internationally: | Yes |
| Payment: | , Online, Money Order/Cashiers Check, Cash, Personal Checks | Time Now: | 4/4/2006 2:09:03 PM CST |
| Shipping: | Buyer pays shipping. | Time Left: | 5 days 16 hours 32 min |

*All start and end times are central time zone*

**Options**

Add seller to favorites | View sellers other auctions | Ask seller a question | Watch this item |

**Description**

A hot and nasty video from Dick Wadd. This is an original video with its original spine label and box. A hot nasty group of pigs that love man juice and bareback fucking! Great cocks, piercings, thick cum and hot barebacking. THIS VIDEO RETAILS FOR $79.00. This item is a manufacturer original item produced by the copyright holder and not in any way a copy of an original for which I do not hold the copyright. Contact information for the manufacturer is provied either on the label or on the video itself. All participants are age 18 or older.

Complaint Exhibit 16

Pg 1/3



## Naughty.Bids.com

HOME  YOUR ACCOUNT  LOGOUT  PLACE LISTING  FAQ's

ANIME
AUTOGRAPHS
BONDAGE
BOOKS
BULK LOTS
CD-ROMS
CELEBRITIES
CLOTHING
COLLECTOR CARD
DOMAIN NAMES
DVD'S
EROTIC ART
FIGURINES
FOR WOMEN
GAY
JEWELRY
MAGAZINES
MISCELLANEOUS
NON ADULT
NOVELTIES
& PANTIES
PERSONAL SVCS
PHOTOGRAPHS
SEXUAL AIDS
TOYS
UNDERWEAR
VIDEOS

SEARCH
CONTACT

### LAPD-Nasty Gay Bareback Ass Stretching! Man Juice! Vile!

Category: Fetish

| | | | |
|---|---|---|---|
| Currently: | $40.00  $45.00 Buy Now | Item Number: | 3606536 |
| Quantity: | 1 | # of Bids: | 0 Bid History |
| High Bidder: | | Auction Type: | Normal |
| Seller: | peelover (1183)  STORE | | |
| Started: | 3/19/2006 10:38:31 PM CST | Location: | United States |
| Ends: | 3/26/2006 10:38:31 PM CST | Will Ship Item Internationally: | Yes |
| Payment: | , Online, Money Order/Cashiers Check, Cash, Personal Checks | Time Now: | 3/20/2006 7:30:08 PM CST |
| Shipping: | Buyer pays shipping. | Time Left: | 6 days 3 hours 8 min |

*All start and end times are central time zone*

### Options

Add seller to favorites | View sellers other auctions  |  Ask seller a question  | Watch this item

### Description

A hot and nasty video from Dick Wadd. This is an original video with its original spine label and box. A hot nasty group of pigs that love man juice and bareback fucking! Great cocks, piercings, thick cum and hot barebacking. THIS VIDEO RETAILS FOR $79.00. This item is a manufacturer original item produced by the copyright holder and not in any way a copy of an original for which I do not hold the copyright. Contact information for the manufacturer is provied either on the label or on the video itself. All participants are age 18 or older.

ADULT AUCTIONS by naughtybids.com                http://www.naughtybids.com/bid.aspx?auctionid=3631610

## NaughtyBids.com

HOME | YOUR ACCOUNT | LOGOUT | PLACE LISTING | FAQ's

| ANIME |
| AUTOGRAPHS |
| BONDAGE |
| BOOKS |
| BULK LOTS |
| CD-ROMS |
| CELEBRITIES |
| CLOTHING |
| COLLECTOR CARD |
| DOMAIN NAMES |
| DVDS |
| EROTIC ART |
| FIGURINES |
| FOR WOMEN |
| GAY |
| JEWELRY |
| MAGAZINES |
| MISCELLANEOUS |
| NON ADULT |
| NOVELTIES |
| & PANTIES |
| PERSONAL SVCS |
| PHOTOGRAPHS |
| SEXUAL AIDS |
| TOYS |
| UNDERWEAR |
| VIDEOS |
| SEARCH |
| CONTACT |

### LAPD-Nasty Gay Bareback Ass Stretching! Man Juice! Vile!

Category: Fetish

| | | | |
|---|---|---|---|
| Currently: | $40.00 | Item Number: | 3631610 |
| Quantity: | 1 | # of Bids: | 0 Bid History |
| High Bidder: | | Auction Type: | Normal |
| Seller: | peelover (1193) STORE | | |
| Started: | 3/26/2006 10:44:07 PM CST | Location: | United States |
| Ends: | 4/2/2006 10:44:07 PM CST | Will Ship Item Internationally: | Yes |
| Payment: | , Online, Money Order/Cashiers Check, Cash, Personal Checks | Time Now: | 4/4/2006 1:23:29 PM CST |
| Shipping: | Buyer pays shipping. | Time Left: | This auction has ended |

*All start and end times are central time zone*

**Options**

Add seller to favorites | View sellers other auctions | Ask seller a question | Watch this item

### Description

A hot and nasty video from Dick Wadd. This is an original video with its original spine label and box. A hot nasty group of pigs that love man juice and bareback fucking! Great cocks, piercings, thick cum and hot barebacking. THIS VIDEO RETAILS FOR $79.00. This item is a manufacturer original item produced by the copyright holder and not in any way a copy of an original for which I do not hold the copyright. Contact information for the manufacturer is provied either on the label or on the video itself. All participants are age 18 or older.

ADULT AUCTIONS by naughtybids.com

http://www.naughtybids.com/bid.aspx?auctionid=360657



**Naughty.Bids.com**

HOME | YOUR ACCOUNT | LOGOUT | PLACE LISTING | FAQ's

ANIME
AUTOGRAPHS
BONDAGE
BOOKS
BULK LOTS
CD-ROMS
CELEBRITIES
CLOTHING
COLLECTOR CARD
DOMAIN NAMES
DVD'S
EROTIC ART
FIGURINES
FOR WOMEN
GAY
JEWELRY
MAGAZINES
MISCELLANEOUS
NON ADULT
NOVELTIES
& PANTIES
PERSONAL SVCS
PHOTOGRAPHS
SEXUAL AIDS
TOYS
UNDERWEAR
VIDEOS

SEARCH
CONTACT

### NYPD-Nasty Gay Bareback Ass Stretching! Man Juice! Vile! Enemas

Category:  Fetish

| | | | |
|---|---|---|---|
| Currently: | $40.00 | Item Number: | 3606572 |
| Quantity: | 1 | # of Bids: | 0 **Bid History** |
| High Bidder: | | Auction Type: | Normal |
| Seller: | **peelover (1190)** STORE | | |
| Started: | 3/19/2006 10:38:52 PM CST | Location: | United States |
| Ends: | 3/26/2006 10:38:52 PM CST | Will Ship Item Internationally: | Yes |
| Payment: | , Online, Money Order/Cashiers Check, Cash, Personal Checks | Time Now: | 3/29/2006 1:15:22 PM CST |
| Shipping: | Buyer pays shipping. | Time Left: | *This auction has ended* |

*All start and end times are central time zone*

Options

Add seller to favorites | View sellers other auctions  |  Ask seller a question   | Watch this item

### Description

A hot and nasty video from Dick Wadd. This is an original video with its original spine label and box. A hot nasty group of pigs that love man juice and bareback fucking! Great cocks, piercings, stockade, sling, fuck bench, thick cum and hot barebacking. THIS VIDEO RETAILS FOR $79.00. This item is a manufacturer original item produced by the copyright holder and not in any way a copy of an original for which I do not hold the copyright. Contact information for the manufacturer is provied either on the label or on the video itself. All participants are age 18 or older.

Complaint Exhibit 17

pg 1/3

ADULT AUCTIONS by naughtybids.com                    http://www.naughtybids.com/bid.aspx?auctionid=3631646



Naughty-Bids-com    HOME | YOUR ACCOUNT | LOGOUT | PLACE LISTING | FAQ's

ANIME
AUTOGRAPHS
BONDAGE
BOOKS
BULK LOTS
CD-ROMS
CELEBRITIES
CLOTHING
COLLECTOR CARD
DOMAIN NAMES
DVDS
EROTIC ART
FIGURINES
FOR WOMEN
GAY
JEWELRY
MAGAZINES
MISCELLANEOUS
NON ADULT
NOVELTIES
& PANTIES
PERSONAL SVCS
PHOTOGRAPHS
SEXUAL AIDS
TOYS
UNDERWEAR
VIDEOS

SEARCH
CONTACT

### NYPD-Nasty Gay Bareback Ass Stretching! Man Juice! Vile! Enemas

Category: Fetish

| | | | |
|---|---|---|---|
| Currently: | $40.00 | Item Number: | 3631646 |
| Quantity: | 1 | # of Bids: | 0 Bid History |
| High Bidder: | | Auction Type: | Normal |
| Seller: | **peelover (1193)** STORE | | |
| Started: | 3/26/2006 10:45:01 PM CST | Location: | United States |
| Ends: | 4/2/2006 10:45:01 PM CST | Will Ship Item Internationally: | Yes |
| Payment: | , Online, Money Order/Cashiers Check, Cash, Personal Checks | Time Now: | 4/4/2006 1:25:03 PM CST |
| Shipping: | Buyer pays shipping. | Time Left: | *This auction has ended* |

*All start and end times are central time zone*

**Options**

Add seller to favorites | View sellers other auctions | Ask seller a question | Watch this item

### Description

A hot and nasty video from Dick Wadd. This is an original video with its original spine label and box. A hot nasty group of pigs that love man juice and bareback fucking! Great cocks, piercings, stockade, sling, fuck bench, thick cum and hot barebacking. THIS VIDEO RETAILS FOR $79.00. This item is a manufacturer original item produced by the copyright holder and not in any way a copy of an original for which I do not hold the copyright. Contact information for the manufacturer is provied either on the label or on the video itself. All participants are age 18 or older.

ADULT AUCTIONS by naughtybids.com                    http://www.naughtybids.com/bid.aspx?auctionid=3643427

**NaughtyBids.com**

HOME | YOUR ACCOUNT | LOGOUT | PLACE LISTING | FAQ's

ANIME
AUTOGRAPHS
BONDAGE
BOOKS
BULK LOTS
CD-ROMS
CELEBRITIES
CLOTHING
COLLECTOR CARD
DOMAIN NAMES
DVD'S
EROTIC ART
FIGURINES
FOR WOMEN
GAY
JEWELRY
MAGAZINES
MISCELLANEOUS
NON ADULT
NOVELTIES
PANTIES
PERSONAL SVCS
PHOTOGRAPHS
SEXUAL AIDS
TOYS
UNDERWEAR
VIDEOS

SEARCH
CONTACT

## NYPD-Nasty Gay Bareback Ass Stretching! Man Juice! Vile! Enemas

Category: Fetish

| | | | |
|---|---|---|---|
| Currently: | $40.00   $45.00 Buy Now | Item Number: | 3643427 |
| Quantity: | 1 | # of Bids: | 0 Bid History |
| High Bidder: | | Auction Type: | Normal |
| Seller: | peelover (1193) STORE | | |
| Started: | 4/3/2006 6:41:46 AM CST | Location: | United States |
| Ends: | 4/10/2006 6:41:46 AM CST | Will Ship Item Internationally: | Yes |
| Payment: | , Online, Money Order/Cashiers Check, Cash, Personal Checks | Time Now: | 4/4/2006 2:09:40 PM CST |
| Shipping: | Buyer pays shipping. | Time Left: | 5 days 16 hours 32 min |

*All start and end times are central time zone*

**Options**

Add seller to favorites | View sellers other auctions | Ask seller a question | Watch this item |

### Description

A hot and nasty video from Dick Wadd. This is an original video with its original spine label and box. A hot nasty group of pigs that love man juice and bareback fucking! Great cocks, piercings, stockade, sling, fuck bench, thick cum and hot barebacking. THIS VIDEO RETAILS FOR $79.00. This item is a manufacturer original item produced by the copyright holder and not in any way a copy of an original for which I do not hold the copyright. Contact information for the manufacturer is provied either on the label or on the video itself. All participants are age 18 or older.

ADULT AUCTIONS by naughtybids.com

http://www.___.naughtybids.com/bid.aspx?auctionid=3606531



**Naughty.Bids.com**   HOME  YOUR ACCOUNT  LOGOUT  PLACE LISTING  FAQ's

ANIME
AUTOGRAPHS
BONDAGE
BOOKS
BULK LOTS
CD-ROMS
CELEBRITIES
CLOTHING
COLLECTOR CARD
DOMAIN NAMES
DVD'S
EROTIC ART
FIGURINES
FOR WOMEN
GAY
JEWELRY
MAGAZINES
MISCELLANEOUS
NON ADULT
NOVELTIES
& PANTIES
PERSONAL SVCS
PHOTOGRAPHS
SEXUAL AIDS
TOYS
UNDERWEAR
VIDEOS

SEARCH
CONTACT

### Wet Power Fucking-Nasty Gay Ass Stretching! Man Juice! Billiard Ball!

Category: Fetish

| | | | |
|---|---|---|---|
| Currently: | $40.00  $45.00 Buy Now | Item Number: | 3606531 |
| Quantity: | 1 | # of Bids: | 0 Bid History |
| High Bidder: | | Auction Type: | Normal |
| Seller: | **peelover (1183)** STORE | | |
| Started: | 3/19/2006 10:38:31 PM CST | Location: | United States |
| Ends: | 3/26/2006 10:38:31 PM CST | Will Ship Item Internationally: | Yes |
| Payment: | , Online, Money Order/Cashiers Check, Cash, Personal Checks | Time Now: | 3/20/2006 7:29:42 PM CST |
| Shipping: | Buyer pays shipping. | Time Left: | 6 days 3 hours 8 min |

*All start and end times are central time zone*

Options

Add seller to favorites | View sellers other auctions  |  Ask seller a question   | Watch this item

### Description

A hot and nasty video from Dick Wadd. This is an original video with its original spine label and box. A hot nasty leather sex club with a pool table, a bathtub for wet play and lots of cue sticks and billiard balls to insert into hot assholes. Lots of bareback fucking! One pig is lubed up, sprayed with man juice, lubed, fingered, fucked with a cue stick and billiard balls! THIS VIDEO RETAILS FOR $79.00. This item is a manufacturer original item produced by the copyright holder and not in any way a copy of an original for which I do not hold the copyright. Contact information for the manufacturer is provied either on the label or on the video itself. All participants are age 18 or older.

Complaint Exhibit 18

Pg 1/3

ADULT AUCTIONS by naughtybids.com

http://www.naughtybids.com/bid.aspx?auctionid=3631605

## NaughtyBids.com

HOME | YOUR ACCOUNT | LOGOUT | PLACE LISTING | FAQ's

ANIME
AUTOGRAPHS
BONDAGE
BOOKS
BULK LOTS
CD-ROMS
CELEBRITIES
CLOTHING
COLLECTOR CARD
DOMAIN NAMES
DVD'S
EROTIC ART
FIGURINES
FOR WOMEN
GAY
JEWELRY
MAGAZINES
MISCELLANEOUS
NON ADULT
NOVELTIES
& PANTIES
PERSONAL SVCS
PHOTOGRAPHS
SEXUAL AIDS
TOYS
UNDERWEAR
VIDEOS

SEARCH
CONTACT

### Wet Power Fucking-Nasty Gay Ass Stretching! Man Juice! Billiard Ball!

Category:  Fetish

| | | | |
|---|---|---|---|
| Currently: | $40.00 | Item Number: | 3631605 |
| Quantity: | 1 | # of Bids: | 0 Bid History |
| High Bidder: | | Auction Type: | Normal |
| Seller: | peelover (1193)  STORE | | |
| Started: | 3/26/2006 10:44:07 PM CST | Location: | United States |
| Ends: | 4/2/2006 10:44:07 PM CST | Will Ship Item Internationally: | Yes |
| Payment: | , Online, Money Order/Cashiers Check, Cash, Personal Checks | Time Now: | 4/4/2006 1:23:06 PM CST |
| Shipping: | Buyer pays shipping. | Time Left: | This auction has ended |

*All start and end times are central time zone*

**Options**

Add seller to favorites | View sellers other auctions  |  Ask seller a question   | Watch this item
|

**Description**

A hot and nasty video from Dick Wadd. This is an original video with its original spine label and box. A hot nasty leather sex club with a pool table, a bathtub for wet play and lots of cue sticks and billiard balls to insert into hot assholes. Lots of bareback fucking! One pig is lubed up, sprayed with man juice, lubed, fingered, fucked with a cue stick and billiard balls! THIS VIDEO RETAILS FOR $79.00. This item is a manufacturer original item produced by the copyright holder and not in any way a copy of an original for which I do not hold the copyright. Contact information for the manufacturer is provied either on the label or on the video itself. All participants are age 18 or older.

ADULT AUCTIONS by naughtybids.com

http://www.naughtybids.com/bid.aspx?auctionid=3643387



**NaughtyBids.com**

HOME | YOUR ACCOUNT | LOGOUT | PLACE LISTING | FAQ's

ANIME
AUTOGRAPHS
BONDAGE
BOOKS
BULK LOTS
CD-ROMS
CELEBRITIES
CLOTHING
COLLECTOR CARD
DOMAIN NAMES
DVDS
EROTIC ART
FIGURINES
FOR WOMEN
GAY
JEWELRY
MAGAZINES
MISCELLANEOUS
NON ADULT
NOVELTIES
& PANTIES
PERSONAL SVCS
PHOTOGRAPHS
SEXUAL AIDS
TOYS
UNDERWEAR
VIDEOS

SEARCH
CONTACT

**Wet Power Fucking-Nasty Gay Ass Stretching! Man Juice! Billiard Ball!**

Category:  Fetish

| | | | |
|---|---|---|---|
| Currently: | $40.00  $45.00 Buy Now | Item Number: | 3643387 |
| Quantity: | 1 | # of Bids: | 0  **Bid History** |
| High Bidder: | | Auction Type: | Normal |
| Seller: | **peelover (1193)**  STORE | | |
| Started: | 4/3/2006 6:41:09 AM CST | Location: | United States |
| Ends: | 4/10/2006 6:41:09 AM CST | Will Ship Item Internationally: | Yes |
| Payment: | , Online, Money Order/Cashiers Check, Cash, Personal Checks | Time Now: | 4/4/2006 2:08:35 PM CST |
| Shipping: | Buyer pays shipping. | Time Left: | 5 days 16 hours 32 min |

*All start and end times are central time zone*

**Options**

Add seller to favorites | View sellers other auctions | Ask seller a question | Watch this item

**Description**

A hot and nasty video from Dick Wadd. This is an original video with its original spine label and box. A hot nasty leather sex club with a pool table, a bathtub for wet play and lots of cue sticks and billiard balls to insert into hot assholes. Lots of bareback fucking! One pig is lubed up, sprayed with man juice, lubed, fingered, fucked with a cue stick and billiard balls! THIS VIDEO RETAILS FOR $79.00. This item is a manufacturer original item produced by the copyright holder and not in any way a copy of an original for which I do not hold the copyright. Contact information for the manufacturer is provied either on the label or on the video itself. All participants are age 18 or older.

# Naughty.Bids.com

## Ambush On The Rocks-Hot Rough Barebacking! Dick Wadd

**Category:    Bondage**

| | | | |
|---|---|---|---|
| Currently: | $55.00 | Item Number: | 3925075 |
| Quantity: | 1 | # of Bids: | 1 Bid Histo |
| High Bidder: | michaelm10 (19) | Auction Type: | Normal |
| Seller: | peelover (1277) STORE | | |
| Started: | 8/3/2006 6:05:25 PM CST | Location: | Unite |
| Ends: | 8/7/2006 4:37:44 PM CST | Will Ship Item Internationally: | Yes |
| Payment: | . Online, Money Order/Cashiers Check, Cash, Personal Checks | Time Now: | 9/13/2006 |
| Shipping: | Buyer pays shipping. | Time Left: | *This auction* |

*All start and end times are central time zone*

### Options

Add seller to favorites | View sellers other auctions | Ask seller a question | Watch this item

### Description

AMBUSH ON THE ROCKS Two cadets on furlough are caught fucking on the hosed down and forced to be cocksuckin' cum receptacles by big dicked, testos blown a load in weeks. Seeding, double breeding, ass licking, self sucking, jizz to-man action are the order of the day. Original DVD with original box. THIS V This item is a manufacturer original item produced by the copyright holder an original for which I do not hold the copyright. Contact information for the manuf label or on the video itself. All participants are age 18 o

NAUGHTY BIDS COUNTER    17
NAUGHTY BIDS WATCH COUNTER    1

**Payment Information**

| | |
|---|---|
| Shipping & Handling | $6.00 |
| S & H each additional item | $1.00 |
| Shipping Insurance ( Optional) | $0.00 |

**Payment Information**

PLEASE NOTE THAT I WILL BE AWAY ON THROUGH 8/18. PAYMENTS AND ORDER WILL BE PROCESSED AFTER 8/19. IF YO UNTIL THAT TIME, PLEASE FEEL FREE A INCONVENIENCE. NO PAYPAL! CHECK, I UNION TRANSFER ONLY.

**Bidding**

Click here view the bidders for this auction Bid Histo

## THE AUCTION HAS ENDED.

# NaughtyBids.com

HOME | YOUR ACCOUNT | LOGOUT | PLACE LISTING

ANIME
AUTOGRAPHS
BONDAGE
BOOKS
BULK LOTS
CD-ROMS
CELEBRITIES
CLOTHING
COLLECTOR CARD
DOMAIN NAMES
DVD'S
EROTICA ART
FIGURINES
FOR WOMEN
GAY
JEWELRY
MAGAZINES
MISCELLANEOUS
NON ADULT
NOVELTIES
& PANTIES
PERSONAL SVCS
PHOTOGRAPHS
SEXUAL AIDS
TOYS
UNDERWEAR
VIDEOS

SEARCH
CONTACT

## STUMP-Vile Fucking Club! Bareback! Man Juice! Amputee
### Category: Fetish

| | | | |
|---|---|---|---|
| Currently: | $45.00 | Item Number: | 3948661 |
| Quantity: | 1 | # of Bids: | 1 Bid Histo |
| High Bidder: | Rossman (155) | Auction Type: | Normal |
| Seller: | peelover (1277) | | |
| Started: | 8/14/2006 8:00:09 AM CST | Location: | Unite |
| Ends: | 8/18/2006 5:05:42 PM CST | Will Ship Item Internationally: | Yes |
| Payment: | , Online, Money Order/Cashiers Check, Cash, Personal Checks | Time Now: | 9/15/2006 |
| Shipping: | Buyer pays shipping. | ,Time Left: | This auction |

*All start and end times are central time zone*

**Options**

Add seller to favorites | View sellers other auctions | Ask seller a question | Watch this item

### Description

A hot and nasty video from Dick Wadd. This is an original video with its origin nasty leather sex club with rough sex, hot cocks, hairy bodies, hot bareback fuc bareback fucking. A amputee is kidnapped and caged and hosed down by his c and suck each other, stretching their assholes really wide while he watched an out of the cage and brutally fucked (with a rubber). Soon he is shoving his stum disgustingly hot video. THIS VIDEO RETAILS FOR $79.00. This item is a manu by the copyright holder and not in any way a copy of an original for which I do r information for the manufacturer is provied either on the label or on the video it: or older.

**Sorry, this image is currently unavailable. Please check back later**

Click to view supersized image

Complaint Exhibit 20

**Gary Gorham**

| | |
|---|---|
| **From:** | Gary Gorham [ggorham@lkglaw.com] |
| **Sent:** | Friday, September 08, 2006 10:22 AM |
| **To:** | 'webmaster@naughtybids.com' |
| **Subject:** | RE: SPAM:: RE: SPAM:: RE: *** ISSUE REPORT from ***Copyright violations |

Dear Webmaster:

Yes.  He cc'd me.  The problem is, as I pointed out to him in my reply, that he is lying.
I am in possession of DVD-Rs burned and sold by Mr. Keller for $33 per unit.  I have the
discs and the payment documentation.

If it would help, I would be glad to provide you with the evidence in my possession.  It
consists of two burned discs, a receipt for a money order made out to Mr. Keller, and the
envelope in which the discs were mailed, containing a return address of "Keller, PO Box
695, Doylestown PA 18901."

Again, thanks for you assistance.  Please advise what I can do to shut down this
infringement.

Gary J. Gorham
Leader Kozmor Gorham LLP
1990 South Bundy Drive, Suite 390
Los Angeles, CA  90025
(t) 310-696-3300
(f) 310-696-3305
(c) 310-890-1028
-----Original Message-----
From: Webmaster [mailto:webmaster@naughtybids.com]
Sent: Friday, September 08, 2006 10:17 AM
To: 'Gary Gorham'
Subject: SPAM:: RE: SPAM:: RE: *** ISSUE REPORT from ***Copyright violations

Did this seller contact you?  We received two emails from this seller which look to be
cc'd to you.


-Webmaster

-----Original Message-----
From: Gary Gorham [mailto:ggorham@lkglaw.com]
Sent: Friday, September 08, 2006 12:03 PM
To: webmaster@naughtybids.com
Subject: RE: SPAM:: RE: *** ISSUE REPORT from ***Copyright violations

Webmaster

Thank you for your prompt response.

To start, we know of Item Nos. 3627967, 3631605, 3631610, 3631646, 3631834, 363078,
3642403, 3643387, 3643392,3643427, 3643614, 3647563,3605692, 3606531, 3606536, 3606572,
3609806.

We believe there are many more.


Gary J. Gorham
Leader Kozmor Gorham LLP
1990 South Bundy Drive, Suite 390
Los Angeles, CA  90025
(t) 310-696-3300
(f) 310-696-3305
(c) 310-890-1028

Complaint Exhibit 21

P9 1/11

1

-----Original Message-----
From: Webmaster [mailto:webmaster@naughtybids.com]
Sent: Friday, September 08, 2006 6:15 AM
To: ggorham@lkglaw.com
Subject: SPAM:: RE: *** ISSUE REPORT from ***Copyright violations

We have forwarded your complaint to the seller and instructed him to contact you. Are
there specific auction numbers where this user has sold copies of copyrighted items that
we can look up? You can easily pull up a complete sales history for this user by doing a
search by seller name and specifying completed items. This will return all items the user
has sold in the system.


-Webmaster

-----Original Message-----
From: ggorham@lkglaw.com [mailto:ggorham@lkglaw.com]
Sent: Friday, September 08, 2006 12:51 AM
To: webmaster@naughtybids.com
Subject: *** ISSUE REPORT from ***Copyright violations

****************************
*** Browser=Mozilla/5.0 (Windows; U; Windows NT 5.1; en-US; rv:1.7.12)
Gecko/20050915 Firefox/1.0.7
*** Cookies=True
*** Javascript=True
*** Platform=WinXP
*** DOMVersion=0.0
*** IP Address=208.57.74.114
****************************


Dear Webmaster:

I am a lawyer representign DW Media, LLC, owner of the copyright of various adult titles.

We have documentary evidence that a user of your site -- username PEELOVER, actual name
Marc Keller -- has been selling DW Media films using Naughybids auctions.

Mr. Keller has sold at least the following DW Media titles: Wet Raw & Deep, Wet Power
Fucking, LAPD, NYPD, Stump, Pigs at the Troff.

I ask that you please forward an inquiry to Mr. Keller per NaughtyBids.com policy, and
that Mr. Keller be denied privileges on your site.

I also request that you provide to me the auction history for the username PEELOVER.

I very much appreciate your immediate attention to this matter.

Gary J. Gorham
Leader Kozmor Gorham LLP
1990 South Bundy Drive, Suite 390
Los Angeles, CA  90025
(t) 310-696-3300
(f) 310-696-3305
(c) 310-890-1028

## Gary Gorham

| | |
|---|---|
| **From:** | Gary Gorham [ggorham@lkglaw.com] |
| **Sent:** | Friday, September 08, 2006 10:03 AM |
| **To:** | 'webmaster@naughtybids.com' |
| **Subject:** | RE: SPAM:: RE: *** ISSUE REPORT from ***Copyright violations |

Webmaster

Thank you for your prompt response.

To start, we know of Item Nos. 3627967, 3631605, 3631610, 3631646, 3631834, 363078, 3642403, 3643387, 3643392,3643427, 3643614, 3647563,3605692, 3606531, 3606536, 3606572, 3609806.

We believe there are many more.


Gary J. Gorham
Leader Kozmor Gorham LLP
1990 South Bundy Drive, Suite 390
Los Angeles, CA  90025
(t) 310-696-3300
(f) 310-696-3305
(c) 310-890-1028

-----Original Message-----
From: Webmaster [mailto:webmaster@naughtybids.com]
Sent: Friday, September 08, 2006 6:15 AM
To: ggorham@lkglaw.com
Subject: SPAM:: RE: *** ISSUE REPORT from ***Copyright violations

We have forwarded your complaint to the seller and instructed him to contact you.  Are there specific auction numbers where this user has sold copies of copyrighted items that we can look up?  You can easily pull up a complete sales history for this user by doing a search by seller name and specifying completed items.  This will return all items the user has sold in the system.


-Webmaster

-----Original Message-----
From: ggorham@lkglaw.com [mailto:ggorham@lkglaw.com]
Sent: Friday, September 08, 2006 12:51 AM
To: webmaster@naughtybids.com
Subject: *** ISSUE REPORT from ***Copyright violations

****************************
*** Browser=Mozilla/5.0 (Windows; U; Windows NT 5.1; en-US; rv:1.7.12)
Gecko/20050915 Firefox/1.0.7
*** Cookies=True
*** Javascript=True
*** Platform=WinXP
*** DOMVersion=0.0
*** IP Address=208.57.74.114
****************************


Dear Webmaster:

I am a lawyer representign DW Media, LLC, owner of the copyright of various adult titles.

We have documentary evidence that a user of your site -- username PEELOVER, actual name Marc Keller -- has been selling DW Media films using Naughybids auctions.

3

Mr. Keller has sold at least the following DW Media titles: Wet Raw & Deep, Wet Power Fucking, LAPD, NYPD, Stump, Pigs at the Troff.

I ask that you please forward an inquiry to Mr. Keller per NaughtyBids.com policy, and that Mr. Keller be denied privileges on your site.

I also request that you provide to me the auction history for the username PEELOVER.

I very much appreciate your immediate attention to this matter.

Gary J. Gorham
Leader Kozmor Gorham LLP
1990 South Bundy Drive, Suite 390
Los Angeles, CA  90025
(t) 310-696-3300
(f) 310-696-3305
(c) 310-890-1028

## Gary Gorham

| | |
|---|---|
| **From:** | Gary Gorham [ggorham@lkglaw.com] |
| **Sent:** | Friday, September 08, 2006 10:15 AM |
| **To:** | 'baddadnpa@aol.com' |
| **Subject:** | RE: *** ISSUE REPORT from ***Copyright violations |

Dear Sir:

You will receive my demand letter later today.

I don't know who you are trying to fool, but I have evidence on my desk that proves what you stated to the Naughtybids webmaster are lies. You are burning DVDs of my client's products and selling them for profit. You are selling multiple copies of DVDs you burned. You should immediately seek legal representation, because the consequences of your deliberate violation of federal law are very serious.

Nothing in this email should be construed as waiving any of DW Media's rights at law or in equity. All of those are reserved.

Gary J. Gorham

Leader Kozmor Gorham LLP

1990 South Bundy Drive, Suite 390

Los Angeles, CA 90025

(t) 310-696-3300

(f) 310-696-3305

(c) 310-890-1028

---

**From:** baddadnpa@aol.com [mailto:baddadnpa@aol.com]
**Sent:** Friday, September 08, 2006 6:20 AM
**To:** webmaster@naughtybids.com

**Cc:** ggorham@lkglaw.com
**Subject:** Re: *** ISSUE REPORT from ***Copyright violations

Also, some of the items are VHS, with the original spine glossy-type label with their original boxes, purchased directly by me from an adult book store in NY. I am not duping Dick Wadd videos, not selling authorized versions of Dick Wadd videos, not selling multiple copies of Dick Wadd videos.

-----Original Message-----
From: webmaster@naughtybids.com
To: baddadnpa@aol.com
Cc: ggorham@lkglaw.com
Sent: Fri, 8 Sep 2006 9:13 AM
Subject: RE: *** ISSUE REPORT from ***Copyright violations

We have received the following complaint on your auctions alleging copyright

infringement. If you believe this complaint to be incorrect and you are the

copyright owner on these items you may fax the records required by United States

Code Title 18, Part 1, Chapter 110, Sec 2257 to 281-397-6765 and we will

disregard the complaint. Otherwise you need to contact the complainant and

resolve this matter. If you do not contact the complainant to resolve this

matter and the complainant does not email us stating such and we receive an

additional complaint on your account of this nature it will result in the

immediate and permanent suspension of your account.

-Webmaster

-----Original Message-----

From: ggorham@lkglaw.com [mailto:ggorham@lkglaw.com]

Sent: Friday, September 08, 2006 12:51 AM

To: webmaster@naughtybids.com

Subject: *** ISSUE REPORT from ***Copyright violations

```
***************************
*** Browser=Mozilla/5.0 (Windows; U; Windows NT 5.1; en-US; rv:1.7.12)
Gecko/20050915 Firefox/1.0.7
*** Cookies=True
*** Javascript=True
*** Platform=WinXP
*** DOMVersion=0.0
*** IP Address=208.57.74.114
***************************
```

Dear Webmaster:

I am a lawyer representign DW Media, LLC, owner of the copyright of various adult titles.

We have documentary evidence that a user of your site -- username PEELOVER, actual name Marc Keller -- has been selling DW Media films using Naughybids auctions.

Mr. Keller has sold at least the following DW Media titles: Wet Raw & Deep, Wet Power Fucking, LAPD, NYPD, Stump, Pigs at the Troff.

I ask that you please forward an inquiry to Mr. Keller per NaughtyBids.com policy, and that Mr. Keller be denied privileges on your site.

I also request that you provide to me the auction history for the username PEELOVER.

I very much appreciate your immediate attention to this matter.


Gary J. Gorham

Leader Kozmor Gorham LLP

1990 South Bundy Drive, Suite 390

Los Angeles, CA  90025

(t) 310-696-3300

(f) 310-696-3305

(c) 310-890-1028

---

size=2 width="100%" align=center>

**Check out AOL.com today**. Breaking news, video search, pictures, email and IM. All on demand. Always Free.

**Gary Gorham**

From:           Gary Gorham [ggorham@lkglaw.com]
Sent:           Friday, September 08, 2006 11:21 AM
To:             'webmaster@naughtybids.com'
Cc:             'baddadnpa@aol.com'
Subject:        RE: SPAM:: RE: SPAM:: RE: SPAM:: RE: *** ISSUE REPORT from ***Copyright violations


Dear Webmaster --

Thank you.  I will send the materials.

Is an auction number the same as the item number?

Gary J. Gorham
Leader Kozmor Gorham LLP
1990 South Bundy Drive, Suite 390
Los Angeles, CA   90025
(t) 310-696-3300
(f) 310-696-3305
(c) 310-890-1028


-----Original Message-----
From: Webmaster [mailto:webmaster@naughtybids.com]
Sent: Friday, September 08, 2006 11:18 AM
To: 'Gary Gorham'
Cc: baddadnpa@aol.com
Subject: SPAM:: RE: SPAM:: RE: SPAM:: RE: *** ISSUE REPORT from ***Copyright violations

That would be great if you can provide that to us.  That would allow us to shut this user
down.  Please send it to:

RCI Internet Services
10959 Cutten Rd.
Houston, TX   77066

In the meantime we wanted to make sure that the auctions you listed below were removed
however I don't find any of these auction numbers in the system.  Are these current
auctions?

Additionally this user has been suspended until such time as we receive the materials
you're sending.


-Webmaster

-----Original Message-----
From: Gary Gorham [mailto:ggorham@lkglaw.com]
Sent: Friday, September 08, 2006 12:22 PM
To: webmaster@naughtybids.com
Subject: RE: SPAM:: RE: SPAM:: RE: *** ISSUE REPORT from ***Copyright violations

Dear Webmaster:

Yes.  He cc'd me.  The problem is, as I pointed out to him in my reply, that he is lying.
I am in possession of DVD-Rs burned and sold by Mr. Keller for
$33 per unit.  I have the discs and the payment documentation.

If it would help, I would be glad to provide you with the evidence in my possession.  It
consists of two burned discs, a receipt for a money order made out to Mr. Keller, and the
envelope in which the discs were mailed, containing a return address of "Keller, PO Box
695, Doylestown PA 18901."

9

Again, thanks for you assistance.   Please advise what I can do to shut down this infringement.

Gary J. Gorham
Leader Kozmor Gorham LLP
1990 South Bundy Drive, Suite 390
Los Angeles, CA   90025
(t) 310-696-3300
(f) 310-696-3305
(c) 310-890-1028
-----Original Message-----
From: Webmaster [mailto:webmaster@naughtybids.com]
Sent: Friday, September 08, 2006 10:17 AM
To: 'Gary Gorham'
Subject: SPAM:: RE: SPAM:: RE: *** ISSUE REPORT from ***Copyright violations

Did this seller contact you?  We received two emails from this seller which look to be cc'd to you.


-Webmaster

-----Original Message-----
From: Gary Gorham [mailto:ggorham@lkglaw.com]
Sent: Friday, September 08, 2006 12:03 PM
To: webmaster@naughtybids.com
Subject: RE: SPAM:: RE: *** ISSUE REPORT from ***Copyright violations

Webmaster

Thank you for your prompt response.

To start, we know of Item Nos. 3627967, 3631605, 3631610, 3631646, 3631834, 363078, 3642403, 3643387, 3643392,3643427, 3643614, 3647563,3605692, 3606531, 3606536, 3606572, 3609806.

We believe there are many more.


Gary J. Gorham
Leader Kozmor Gorham LLP
1990 South Bundy Drive, Suite 390
Los Angeles, CA   90025
(t) 310-696-3300
(f) 310-696-3305
(c) 310-890-1028

-----Original Message-----
From: Webmaster [mailto:webmaster@naughtybids.com]
Sent: Friday, September 08, 2006 6:15 AM
To: ggorham@lkglaw.com
Subject: SPAM:: RE: *** ISSUE REPORT from ***Copyright violations

We have forwarded your complaint to the seller and instructed him to contact you.  Are there specific auction numbers where this user has sold copies of copyrighted items that we can look up?  You can easily pull up a complete sales history for this user by doing a search by seller name and specifying completed items.  This will return all items the user has sold in the system.


-Webmaster

-----Original Message-----
From: ggorham@lkglaw.com [mailto:ggorham@lkglaw.com]
Sent: Friday, September 08, 2006 12:51 AM
To: webmaster@naughtybids.com

Subject: *** ISSUE REPORT from ***Copyright violations

```
****************************
*** Browser=Mozilla/5.0 (Windows; U; Windows NT 5.1; en-US; rv:1.7.12)
Gecko/20050915 Firefox/1.0.7
*** Cookies=True
*** Javascript=True
*** Platform=WinXP
*** DOMVersion=0.0
*** IP Address=208.57.74.114
****************************
```

Dear Webmaster:

I am a lawyer representign DW Media, LLC, owner of the copyright of various adult titles.

We have documentary evidence that a user of your site -- username PEELOVER, actual name Marc Keller -- has been selling DW Media films using Naughybids auctions.

Mr. Keller has sold at least the following DW Media titles: Wet Raw & Deep, Wet Power Fucking, LAPD, NYPD, Stump, Pigs at the Troff.

I ask that you please forward an inquiry to Mr. Keller per NaughtyBids.com policy, and that Mr. Keller be denied privileges on your site.

I also request that you provide to me the auction history for the username PEELOVER.

I very much appreciate your immediate attention to this matter.

Gary J. Gorham
Leader Kozmor Gorham LLP
1990 South Bundy Drive, Suite 390
Los Angeles, CA   90025
(t) 310-696-3300
(f) 310-696-3305
(c) 310-890-1028

Keller
PO Box 695
Doylestown, PA 18901

U.S. POSTAGE
DOYLESTOWN, PA
MAY 18 '07 US
AMOUNT
$0.63
0005389102

Bianca
8914 Cynthia St
W. Hollywood, CA
90069

FIRST CLASS

Complaint Exhibit 22

pg 1/3



From: "Customer Service" <customerservice@dickwadd.com>
To: "'Dick Wadd'" <dick@dickwadd.com>
Subject: FW: spam: More videos he offers

---

**From:** Todd Bianco [mailto:tebianco@adelphia.net]
**Sent:** Sunday, May 07, 2006 12:08 PM
**To:** 'Customer Service'
**Subject:** spam: More videos he offers

Hi Vince,

Here is a list of the additional VHS tapes he offers that I see he will transfer to a DVD-R, I'm sure for extra money.

Some of the tapes may be yours. Check it out.

T

---

**From:** BadDadnPA@aol.com [mailto:BadDadnPA@aol.com]
**Sent:** May 07, 2006 9:23 AM
**To:** tebianco@adelphia.net
**Subject:** Re: Wet Raw & Deep

Thanks for the email.  You should know the item you won is an original VHS - not a DVD.  It is listed in the video section, not the DVD section.

I am able to transfer some stuff onto DVDR if that is ever an option.  Below is my list.

BESTIALITY:
A Boy & His Dog
Dog Piss & Shit Lovers
Gay Horse 1
Gay Horse 2
Men With Animals
Pussy Full Of Mice (2 women slaves, 1 male top)

GAY SCAT (Includes piss in most vids):
All You Can Eat
Andy's Custom Scat Video
Angel In The Morning
Angel In The Afternoon 1 and 2
Angel In the Evening
Angel At Midnight
Basement Raunch
Big Bear Raunch
Big Dump
Bizarre Pleasures of Shit & Piss
Blazing Shits
Brown Out
Carlos
CA Style
Christian
Christopher Rage Scat Video

Complaint Exhibit 23

P9 1/43

Daddy Shit Pig 1 and 2
Dave From Hamburg Video clips - silent - 2 volumes
Dinner For one
Dirty Butt Holes
Dirty Cum Oozing Asshole - just some brown tinged cum from an asshole but bareback action
Dirty Pig Whore
Dog Piss & Shit Lovers
Doo Doo Eater
Down & Brown
Dr. Doo Doo
Dumps & Grunts
Eat Shit 1
Eat Shit 2
Feast For One
Feed The Hungry
Feet & Shit
Filthy
Filthy Pig Whore
German Friends Volumes 1-5
Hard Hat Pigs
Hot Lunch
I Love My Shit
Jack's Shit Hole
Japanese scat 1
Japanese Scat 2
Joseph
Just Desserts
Kink Dad
Kinky Dreams
Kinky Trash
Life As A Toilet
Male Whore
Martins Party 1 and 4
Metamucil Man
Mudslides & Floods
Muscle Man's Homemade Toilet Videos - 3
Muscle Man's Farting Video
My Homemade Scat Videos, Volumes 1-6
Nigga Toilet Slave
Oh Shit
The Phoenix Before
Pig Sty Brown
Raunch Boys, Volumes 1-7
Raunch Friends 1 and 2
Raunch Studs
Russian River Weekend
Scat Man - real branding, scat is hard to see
Scat Poopourri
SF Style
Shit & Piss Treatment
Shit Nasty
Shit Stall 4 - hidden camera
Shit Stall 5 - hidden camera
Steamy Dumps
Steamy Dumps 2
Vomit Slave Boy - also scat
Wet & Messy Men
Wrestling Samari - minor dirty enema scene

GAY RUBBER/LATEX/VINYL FETISH SEX:
The Assimilation

Bound To Please
Inside A-Gent
Mechanical Mania
Metamorphosis
Play Scenes 1
Play Scenes 2
Play Scenes 3
Sucked Down
Taste of Rubber

 HIDDEN CAMERA/PUBLIC AMATEUR FOOTAGE:
2 Hours of Public Peeing - hidden camera (Gay)
Airport Men's Room Stall
Baseball Locker Room 1 and 2 (Gay)
California Nude Beach 2 (Men & Women)
Campus Men's Room (Gay)
Check Out My Furnitur(Gay)
Dorm Room Bathroom (Gay)
Euro Beach 1 (Men & Women)
European Urinal Part 1, 2, 3 (Gay)
Fitness Center Locker Room (Gay)
Gods Of The Stadium 2004
Gods Of The Stadium 2005
Gods Of The Stadium 2006
Gunny's Hefty Instrument
Hidden Massage (Gay)
I Survived 2002 - Part 3 - Mardi Gras - Private Shows
I Survived 2002 - Part 4 - Mardi Gras (Mostly Cock, Some Female Tits)
Lingerie Model Studio Whore House (Straight)
Locker Room 1 through 4 (Gay)
Mardi Gras 1998 - Part 3 - Dancers
Mardi Gras 2000 - Part 3 - Dancers
Mardi Gras 2001 - Private Shows (Gay)
Mardi Gras 2001 - Apocalypse (Gay)
Mardi Gras 2001 - A Day In Sodom (Gay)
Mardi Gras 2000 - Part 3 - Dancers (Gay)
Men of Mardi Gras 1 (Gay)
Neighbor (Gay)
New York Locker Room - some JO'ing (Gay)
Nude Beach 1
Pool Party
Private Acts (Female)
Shit Stall 4 and 5 (Gay)
Sister In Law Fucked In Strip Club VIP Suite 1, 2 (Straight)
Slut Sister In Law Tied, Tormented & Fucked (Straight)
Southern Decadence 1998 (Gay)
Southern Decadence 2 1999 (Gay)
Tension Rod Adjustment (Gay)
Uninals 2 through 4 (Gay)

SOFTCORE:
Broadway Bares 10, 11, 12, 13, 14, 15

GAY FEET:
Barefoot In Prague
Boot Slaves In Bondage 2
Carolina Foot Friends
Cool Feet
Dirty Feet
Feet & Shit - includes scat
Foot Farm

Foot Freaks
Foot Patrol
Foot Worshipped Bangers
My Homemade Scat Videos, volumes 1-6 - significant feet action
Pig Players & Navy Feet
Pits Tits & Feet
Private Feet
Suck 10
Sweat Sox 2
Tony's Bare Feet

JAPANESE GAY VIDEOS:
Advantage Game
Follow Me
Japanese Scat 1
Japanese Scat 2
Kaito
Sexual Arrogation
Tarzan
Wrestling Samari

COMMERCIALLY RELEASED GAY VIDEOS:
2nd Intention
9" Muscle Hardon
Abduction Zone
Access All Areas
Action Vacation
Action Vacation 2
After Shock 2
Airbourne
Alabama Takedown
Alex & Jeremy
All About Sex
All American Beauties (solo)
American Bears
American Porn Star
The American Way 2
AMG Resurrection
Anal Associates
Angel Blue
Apartments
Aqua Club
Arabesque
Arabian Knights
Ask Me I'll Tell
At Large
Bachelor Party
Back In The Saddle
The Back Row
Bad Behavior
Bad Moon Rising
Bam
Bang Of Brothers
Banished From Heaven
Barefoot In Prague
Barely Moving
Bathhouse Bears
Bear Cage
Bear Fuzz
Bedrock
Best of Aiden Shaw

Best of Anthony Gallo
Best of Blake Harper
Best of Bobby Blake
Best of Caeser
Best of Cole Tucker
Best of Colton Ford
Best of Drew Andrews
Best of Eduardo
Best of Gianfranco
Best of Hank Hightower
Best of Jason Branch
Best of Jeff Stryker
Best of Jon King
Best of Kevin Williams
Best of Kurt Bauer
Best of Leo Ford
Best of Matt Bradshaw
Best of Michael Brandon
Best of Mike Henson
Best of Ray Harley 1 and 2
Best of Rick Bolton
Best of Rob Cryston
Best of Ryan Yeager
Best of Steve Hurley
Best of Tommy Sax
Best of Tuck Johnson
Best of Zak Spears
Big Bang
Big Guns
Big Guns 2
Big Rig Bears
Biker's Bang 1
Biker's Bang 2
The Bite 1
The Bite 2
Black Ballers 2
Black Daddies & White Sons
Black Ballers
Black Workout 1
Blazing Waters 1
Blazing Waters 2
Blondes & Black Meat 1
Blow Me 1
Bonerable
Bonerfide Studs
Bounce
Bouncer
Boys On The Ranch
Boysex In Italia
Branded
Brazilian Heatwave
Brazilian Rhapsody
Breaking & Entering
Brief Encounters
**Briefs**
The Brotherhood
**Brute**
**Built For Sex**
Bullseye
Buns For Lunch
Bustin' Ass

Butch: Tattooed Excon Biker (solo)
Cat Men Do
The Cell
Channel 1 Releasing Preview
Chapters
Chicago Erection Co
Chiseled
Chute
Cirque Noir
Coach
Cockpit
Confessions
Conquered
Constructing Porn
Convictions
Country Hustlers
Cowboy
Cracked
Craving Foreskin
Crescendo
Cruise Collection 1
Cruise Collection 2
Cum Tub Orgy
Czech Firemen
Daddy Chain
Daddy Please
Daddy's Angels
Dangerous Liaisons
Day Trade
DC Bearfest
Deep South 2
Deeper Throat
Desires Of A Gymnast 1 and 2
Devil Dogs 1
Dick Me!
Dildo Voyeur
Directors Uncut
Dirty Deeds
Dirty Director
Doing The Head Coach
Don Juan
Don't Ask Don't Tell
Double Delights
Double en Jeu
Double Size
Down Right Dangerous
Dreamworld
Drilled
Eager To Sleaze
English Service
Equestrian Club
Euro College Buddies
Euro Scat - no scat
Face Riders
Face Ryders
Fantasies Of A Pig Bottom
Fast Action
Father Knows Best
Field Trip
Fire Island Cruising
Fire Island Cruising 2

Fire Island Cruising 3
FIre Island Cruising 4
Fire Island Cruising 5
Fire Island Cruising 8
First Crush
First Experiences
Five On Top
The Flavor of Men
Floripa 1
Floripa 2
Floripa 3
Floripa 4
Fluid
Folsom Daddies
Foreign Exchange Student
Fortune Nookie
Four Tight Tales
Frenzy
Full Force
Furry Men Do
Gag The Fag
Gambler's Delight
Gay Culture
Gay Dreams
Gay Dreams 2
Gay Fantasies
General's Son
Getting Around
Getting It At The Rave
Getting Off In Palm Springs
Giants 2
Going Deep Down Under
Glory Holes of Chicago
Glory Holes of LA
Glory HOles of NY
Glory Holes of San Francisco
Good Fellas Bad Fellas
Good Men Gone Bad
Graduation Day
Grease Daddies
Groom For Hire
Grope Therapy
Guys In Jockeys
Hail Caeser
Hairy Boyz 1, 2, 3
Hairy 2some
Hairy 3some
Hammam
Hammered
Handsome Devils
Hard As Rock
Hard At Work
Hard Sex
Hard Up
Harley Does The Strip
Harley's Crew
Head Coach
Head Games
Heat
Heaven To Hell
High Sticking

His Terrible Twin
Holler
Homo Erectus
Horsemen
Hostage In The Grand Canyon
Hungarian College Jocks
Hungry Hungarians
Hunk For Hire
Hunt & Plunge
I Dream Of Weenie
I Love My Cock
Idol Hunks
Impromptus
In Bed With
Inn Over His Head
Inside Paris
Interracial Interrogation
Island Daze
It's A Hard Life
Jackhammered
Jawbreaker
Jet Set Video Sampler
Job Wanted
Jockstrap 1
Jockstrap Whores
Just In
Juvie Boys
Key West Voyeur
Kinky Twist
Knight After Night
Kommando X
LA Lust
Laid For Work
Legionnaires
Let Loose
Lewd Developments
Lifestyles
Lighten My Load
Like Father Like Son
The List
Live From Key West
Loco For Latins
Log Jammer
Lost
Lost of Sex Island
Lovers Of Arabia
Lube Job
Lucas Entertainment Sampler
Lucas On Top
Lucky Hustlers
Lucky Luc
Lumber Jocks
Lust Counseling
Magnum's First Time
Male Box
Man Action
Man Driller
Manhattan Heat
Manhunt The Movie
Manifesto
Man2Man

Marc Antony
Manplay Video Sampler
Manville-The City of Men
Mardi Gras Cowboy
Married Cops Do
Matinee Idol
Matrixxx
Med Troopers
Medieval Knights
Mentor
Michael Lucas' Auditions 2
Michael Lucas' Auditions 3
Millennium Men
Misha & Friends
The Missing
Monsters & Size Queens
MSR Promo Video
Muscle Beach Laid In St. Tropez
Muscle Gang
Muscle Heat
Muscle Lust
Muscle Penetentiary
Mustang Studios Sampler
Mutiny
My Best Friend's Lover
My Dick Is Bigger
Nasty Blond Carpenter JO
Naughty & Nice
Naval Force
The Next Big Thing
Nexus
Night Walk
Nob Hill
Nomades
Nomades 2
Nomades 3
Nubian Horses
Nubian Horses 2
Nubian Horses 3
Nude Housekeeping
Nutt Crackers
Nutts Butts & Glory
Oink 2
on The Couch
110 In Tucson
One Handed Fantasies
Other Side of Aspen 3
Other Side of Aspen 4
Other Side Of Aspen 5
Out of Control
Packin Loads
Palm Springs 92264
Palm Springs Paradise
Palm Springs Weekend
Palmer's Lust
Party In The Rear
Passport To Paradise
Perfect Fit
Phoenix Rising
Pick Of The Pack
Pigs In Heaven

Playing With The Monster
Plugged
Poke Prod Penetrate
Pokin In The Boys Room
Polish Pleasures
Pop That Load
Porn Fiction
Porn Noir
A Porn Star Is Born
Porn Zone
Porno Tonight
Pornographer
Practice Makes Perfect
Prague Sex Express
Prick A Porter
Prick Tease
Prince & The Pauper
Principal Of Lust
Probe
Pumping Black
Raging Stallion 2003 Video Catalog
Rags To Riches
Ramrod
Ranch Hand Muscle
Rascal
Rascal Bootcamp
Rear End Collision 1 and 2
Rear Ender Dick Bender
Red Star
Red White & Blue
Resort To Anything
Restless
Return Of The Hotel
Return To Sunsex Blvd
Revenge
Revenge of the Dragon 1 and 2
Rick Bolton's Home Movies
Ride Em Cowboy
Rim Shots - TNT
Risque Today
Road Trip
Rock Off
Rough Trade
Running Wild
RX - Open Wide
Safari City
Sailor In The Wild 1 and 2
Santa's Cummin
Sauna Italia
Scorchers
Screwed
Secret Sex 3
Sex Drive
Sex In Tight Places
Sex Inferno
The Shaft
Size Is Everything
Size It Up
Sizzing Tongues
Ski Fever
Sky's The Limit

Slam
Slick
Slurp
Solo Men 1 through 7
Spanish Fever
Sprung
Spy Quest
Spy Quest 2
Staff Meatings
Steal The Night
Stick It To Mez
Stoked 1
Strangers In The Forest
Strangers Of The Night
Street Date
Strictly For Ladies Only
Studs
Summer Of Sex
Summer Trophies
Sunny Delights
Sunstroke
Sweltering Lake
Sword Master
Tag You're It
Thirst
This Is Obsession Too
To Moscow With Love
To Moscow Wiht Love 2
Tongue Dancing
Tongue Devils
Tough Guys (MSR)
Truck Stop Muscle
Truck Stop On I-95
Trunks 2
Uncovered
Uncut Fuck Buddies
Untamed
Vengeance 1
Vengeance 2
Violation 1
Virtually Yours - Michael Brandon
Voyager
Wet Palms - Season 1, Episode 1
Wet Palms - Season 1, Episode 2
Wet Palms - Season 1, Episode 3
Wet Palms - Season 1, Episode 4
Wet Palms - Season 1, Episode 5
Wet Palms - Season 1, Episode 6
Workout - Director's Cut
Zak Attack

SMOKING:
David Smokes
Hot Tub Smoke
Smokin Brian
Smoking Cop
Smoking Escort

GAY PISS:
Andre's Piss Initiation
Bareback Raunch

Big Volume
Boys In The Attic
Brooklyn Meat Co.
Caged
Chain Gang
Chain Of Command
Chris Rage Hidden Camera
Circus Of Sex
Devil In The Rain
Dog Piss & Shit Lovers
Down & Dirty
Dungeon Ass Poppers
Extreme Jail Barebacking
Filthy Pigs
Fire Water
Fist & Fetishes
Frat Piss - The Hazing Of Kaleb Scott
● **Glory Hole Pigs**
Go For The Flow
● **Hog Heaven**
Hog Wild
HotAsh
**I Love My Piss**
Instant Boner
● **Jackhammered**
John's Nasty Video
● **LAPD**
Lovers
Mellow Yellow
**My Masters**
Nasty Men
● **Nigga's Revenge**
● **NYPD**
Pig Masters
Pig Pen
**Pig Sty Brown**
● **Pigs At The Hoist**
● **Pigs At The Troff**
● **Pigs At The Troff 2**
Piss
Piss Boy Alexander
Piss Challenge
Piss Drinkers & Bareback Fuckers
**Piss Freaks**
**Piss Fuckers**
**Piss Games**
Piss Gang
Piss Heaven
**Piss Hunks**
Piss Hustlers
Piss In Boots
Piss Initiation
Piss Off
Piss Party
**Piss Pigs Fantasies**
**Piss Piss & More Piss**
**Piss Police**
**Piss Sopping Drenched**
Pig Sty Brown
**Piss United**
**Piss Whore**