Piss Wild
Pissed
The Pit & The Pendula
The Pool Pissers
Power Pissing
Raunch
Raunch 2
Raw Wet & Raunchy
Rear Factor
Ricky's Wet Dream/Tampa Bukkake
Sex Colours Yellow
Sex Pigs
The Shaft
Skin Maker
Skinhead Slaves
Slammin Perverts
Slobber
Soaking Wet
Some Pigs
Stump
Summer Gushers
Thirsty
Trash
Triga Piss Tapes 1
Triga Yellow Piss Tapes 2
2 Hours of Public Pissing
Up Your Hole
Urinals 2, 3, 4, 5
Watersports Boys
Wet
Wet New York
Wet Raw & Deep
Wetter
Wettest
Wet Revenge
Wet Wild & Beyond
What A Pisser
What Pigs Do Best

GAY ENEMA:
Anal Wash
Asian Dildo Boy
Asian Enema Boy
Basket Balls
Butt Buddies
Car Wash Hose Out
Drs. Orders - Dilation
Enema Master
Enemas & Anal Toys For Fun
Old Fashioned Remedy
Pump & Fill
Sgt. O'Brien's Secret
S&M Lesson #1
Trash
Watering Hole
Watering Hole 2
Watering Games
Wrestling Samari - brief dirty enema scene

GAY FEET/SOCKS/BOOTS:
Barefoot In Prague

Boston Boot Bottom
Cool Feet
DC Boot Bottom
Dirty Feet
The Flavor of Feet
Foot Farm
Foot Frenzy
Foot Friends
Foot Patrol
Foot Worshipped Bangers
Foot Worship 2
Fraternity Feet Rituals
LA Boot Bottom
Pig Players & Navy Feet
Shower Room Slave
Suck 10
Sweat Socks 2
Tony's Bare Feet
The Wild Ones
Young Barefoot Workout

GAY S&M/BONDAGE/TORTURE/RAPE:
19 Year Old Gets The Paddle
101 Gun Salute
102 Gun Salute
103 Gun Salute
17th Annual International Mr. Leather Contest
Abandoned House Bondage
Abdomination
Abduction In The Park
Abercrombie's Bitch
Academy Training 1 and 2
Aching For Punishment
African King
Agony
All Tied Up
Alley Pigs In Bondage
Ambush
Amsterdam Uncut Dicks
Anal Annihilation
Anal Bondage
Anal Obessesion
Anal Sex Toys
Apollo Does Danny Sommers
Argos
As You Wish
Asian Bound & Gagged
Asian Flogging
Ass Doctor
Assault
Assaulted Nuts
At Paul's House
Auditions 3 - Bishop & Titus
Australian For Leather
Back For More
Back To Basics
Bad As We Outa Be
Bad Puppy
Barback Bondage Bottom
Basic Tit Training
Beach Bondage

Beginner's Luck 1 and 2
Behavioral
Behind The Scenes - From The Archive Collection
Belts Buckles & Boners
Berlin Connection
The Big Tease
Biker Pigs From Hell
Biker Pigs From Hell 2
Biker's Butt Hole
Black Master
Black Rope
Bodybuilder Bondage & Domination
Bodybuilder Bondage Wrestling 1
Bodybuilder Bondage Wrestling 2
Bodybuilder Bondage Wrestling 3
Bodybuilder Bondage Wrestling 4
Bondage Birthday Party
Bondage Boy
Bondage Dreams
Bondage Hangover
Bondage In Oil Tagteam Takedown
Bondage Pick Up
Bondage Pigs
Bondage Reunion 3
Bondage Slaves
Bondage Tease
Bondage Trio
Bondage Tryouts
Bondage Under Construction
Bondage Zone
Bondo Gods 1, 2, 3, 4
Boot Slaves In Bondage
Boot Slaves In Bondage 2
Born To Raise Hell
Boston Boot Bottom
Bottom To Top
Bound & Beaten
Bound & Gagged
Bound Bagged & Gagged
Bound Boys In Slave Hollow
Bound Beaten & Banged
Bound In Servitude
Bound Muscle
Bound & Tickled In NY
Bound Shaved & Enslaved
Bound Together
Boy On Tap
Boynapped (Bijou)
Boynapped (B&G)
Breaking & Entering
Breaking Point
Brute Force
Brutal Kombat
Brutal Passion
Bullies & Victims
Butt Bruisers
Butt Buddies
Caged
Canadian Muscle Hunks
Caned In Prison
Can't Get Enough

Captive
Captive Men 1 through 7
Captured
Catch A Thief
Cat's Cradle
Caught In Mid Air
The Cell
Cell Shocked
Center Of Attention
Chain Gang
Chain of Command
Chained Heroes 3 - No Mercy
Circus Of Sex
Circus Of Torture
Clash Of The Zeus Men
Classics 3
Cock Slavery
College Bound
Commando Torture
Consenting Adults
Constant Hunger
Corrective Training
Cowboy Gets His Ass Beat
Crash Of The Titans
Cum A Thon
Daddy Howard 1 and 2
Daddy Pain & Shit Pig 1 and 2 - includes scat
Daddy Trains
Daddy's Cheese Log
Daddy's Discipline
Dark Italia
DC Boot Bottom
DC Pick Up
Degradation of Michael
The Den
Dildo Pigs
Do It Right
Doctor's Sex Dungeon
Dog Boys
Donny's Dirty Sex Garage
Don't Drink & Drive
Don't Tease Me 1 and 2
Double Bound
Double Trouble
Down & Dirty (Slave & Master Video)
Down In The Dungeon
Dreams of Discipline
Dungeon Play
Dungeon Slave Boys
Eagle
Electro Anal Kink
Electro Bondage
Elecctro Surge
Escapee
Excrutiating Series, 1 through 4
Expect No Mercy
Extreme Boyz Chronicles 1, 2, 3, 4
Extreme Sex Offenders 1-4
Fantasy Boyz Fetish Vol. III
Faultline
Faultline Sextime

Feast
Fetish
Fetish One
Fetish Sex Fights
Filthy Pigs
The Final Link
500 Licks 1 and 2
Fire Power
Fire Water
First Time Broken 4
Fit To Be Tied
Flaming Bondage
The Flavor Of Leather
Floating
Flogged & Fukt
Flying
Flying High
Folsom Street Cruise
Force It Down
Forced Entry Club
Forced Entry Club 3
Freak Police
Fuck Machine Slave
Fuck Me Sir
Full Service
Gag On It
Game Lad
Gay Bizare 5
Gay Bizare 7
Geyser Parade
Given In Bondage
Gladiators
Good Measure
Guys In Bondage
Hard Bargain
Hard Lessons
Hard Use
Held Captive
Hellrazer
Hellrazer 2
Hell Weekend 1 and 2
High Pain Tolerance
High Voltage
Hobbled
Hog Wild
Hole Sex
Horny Novice Trainer
Hot Sex Pickup
Hot Wax Torture
House Of Bondage
House Of Detention
How Do You Like It
Hung Paddled & Plugged
Hunky Carpenter
Hurt Me
Hurts So Good
Hustler's Blues
I Was Born To Serve
I'll Do Anything
I'll Tell Dad
IML Initiation

IML Uncut
In The Name Of Leather
Induction
Initiation
Initiation Rites
The Interrogation
Interrogation In The Eastern Bloc
The Intruder 2
Iron Tits
Jail Bitch
Jail Cell Breakout
Jock Workout
Just Getting Started
Juvie Boys
Kick Em When They're Down
Kickball 1
Kickball 2
Knast
LABD Grey
LA Boot Bottom
Latin Attraction
Leather City
A Leather Dream
Leather Indulgence 1 and 2
Leather N Things
Leather Training Center 1 and 2
Leatherboy Rebellion
Let's Play Doctor
Lick My Balls
Lightning Rod
Lightning Strikes Again
Like Moths To Flame
Link
Link 2 Link
Loose Ends Of The Rope
Low Blows
Low Blows & Big Loads
The Lure
Main Event 2 and 3
Make Me Cum Master
Male Virgin Research Center
Man-Hattan Meat
Marine Bondage
Mario's Boy
Marks Of Pleasure
Master Classes
Master Controls
Masters & Slaves 1 and 2
Masters At The Boots
Masters Of Discipline
The Masters Party
Men Of The Midway
Men With No Name
Mike's Torture
Milking The Mummy
Miscreant Reform
The Missing Link
Mo' Better Butt
More Guys In Bondage
Mr. Sex Wrench
Muscle Bound

Muscle Bound Men 1 and 2
Muscle Butt 1
Muscle Butt 2
Muscle Dad & His Boys
Muscle Match 1
My Masters
Needle Bondage
Needle War
A Night At The Club
No Laughing Matter
No Mercy
No Safeword
No Trespassing
No Turning Back
No Way Out
Nutcracker's Ball
Obedience Training
Obey Your Master
Objects of Desire
The Otherside
Out of Bounds
Paddle Me Please
Paddle Tails
Pain Pig Pickup
Pain Ritual
Painful Endurence
Painful Pleasure
Parade Week Lockdown
Parashoot Training
Paul Baressi Superstar
Perverse Orgy
Pig Ass
Pins - amateur pins through the nuts!
Pirate's Prize
Pits Tits & Feet
Please Sir
Pleasing The Master
Pleasure Torture 1
Pleasure Torture 2
Pleasure Torture 3
Pledging Chi Delta Theta 2
Pledging Chi Delta Theta 3
Porn Struck 2
POW In Pain
Power & Passion
Prism Sex
Prison Master
Prison Of Pain
The Private Alcatraz Club
Prize & Bait
Proper Respect
Prowl 1, 2, 3
Public Submission
The Punished Poolboy
Punishment
Punishment 3
Punishment Asylum
Punishment Chamber
Punishment Contest
Punishment Contest 2
Punishment Contest 3

Punishment Pick Up
Punishment Spanking 1-10
Pushed To The Limit
Physical Exam
Ranch Slave Trainee
Raw Rope
Rawhide
Recaptured
Redneck Fuck
Richie Finally Submits
Righteous Revenge
Ritual
Ritual Spankin Shame
Rookie
Rookie Cop
Rope Burn
Roped & Drilled
Roped & Dumped
Roped & Stripped
Roped & Waxed
Roped & Whipped
Rough Rooftop Sex
Rough Trade
Roughed Up In Boston
Roughed Up In Rotterdam
Roughhouse & Auditions 4
Rubber Revenge
Ruptured
Russo Raw
The Salesman
Scat Man - real branding! Scat is hard to see
The Sex Clubs Of San Francisco
Sex Conquest
Sex Colours Yellow
Sex Hostage
Sexx Pitt
Shaved Like A Pussy
Shaved Submission
Shock Therapy
Shower Room Slave
Slave Auction
Slave Bondage 3
Slave Boys In Training
Slave Camp 1 and 2
Slap Happy
Slave Toy
Slave Trainer
Slave Workshop Boston
Slave Workshop Hamburg
Slave Workshop LA
Slave's Submission
Slave's Torment
Slaves For Sale 2
Slaves In The Dog Cage
S&M Lesson #1
S&M Lesson #2
S&M Lesson #3
S&M Lesson #4
S&M Lesson $5
S&M Lesson #6
S&M Lesson #10

SM Volunteer
Soldiers In The Dungeon
Soma Submission
Spanish Lesson
Spank
Spare The Rod 2
Spreadeagle 1, 2, 3
Stand & Stomp
Steel Dungeon 1
Steel Dungeon 2
Stock Sentenced
Stop Jacking Off
Straight Construction Site
Strapped
Strictly Sex
Suffering Slave Boys
Suspension Tension
Sutton Submits & Case's Audition
Sweet Agony
Switch Hitter
Tag Punished
Tag Tied
Take It All
A Taste of Piggy
A Taste of Torture
3 Knights
This Little Pig
Tied & Tortured
Tightropes 18
Tops & Robbers
Tormented Slaves
Torture By The Numbers
Tortured Loads
Tortured Senseless
Trapped N Trained
Trash
Trash Can 1 and 2
Unleash The Beast
Unleash The Beast 2
Unleash The Beast 3
Vacuum Pumper Studs
Virgin Pain 1, 2, 3
Wax Your Balls
Weekend Sex Camp
Whiplash
Whipped & Creamed
Whipping Master
White Rope
Winner Takes All
Witness To Life
Woodshed 1, 2, 3, 4
Zak Attack

GAY ORGIES/GANG BANGS/GROUP JERK OFF/SOLO JERK OFF:
American Heroes 1 and 2
At Large
Bareback Pool Party
Bear Fuck Party
Black Beach Gang Bang
Black Sex Party 5
Boys Can't Help It

Closed Set
Closed Set - New Crew
Closed Set Tritan Stage One
Cum Rag
Football Orgy 1
Gang Bang Jocks
Gay Boy Gang Bang
Hotel Hell
Interracial Gang Bang 3
Joe Gage Sex Files 1, 2, 3, 4
Kinky Khristmas Karol
LA Sex Party
Load After Load
The Loft Boys
Lumberjack Gangbang
Man Juice
Manhattan Sex Party (Director's Cut)
Manhattan Sex Party 2
Mark's 1st Orgy
Military Manmeat
Orgy
Orgy Of Six
Queer Of The Damned
Psycho Sex Pigs
Santa's Cummin'
Sergeant Dick
Sin
Sleazy Gang Bang
10 Tops One Fuller

REAL GAY INCEST:
Amateur Father & Son
Barebackin' Brothers
Bounced Czechs
Double Czech
Duplicated
Fuck Holes
My Brother & Me
Swallow

BISEXUAL:
Biceps
Bi Voyeur
Bi-ology
Bisexual Nation
The Hills Have Bis
Night Of The Bi Dolls
Sex Bi Lex
Switch Craft

GAY BAREBACKING/CUM EATING:
19 & Loving Cum
2003 Folsom Street Fair
Amateur Barebacking Video (VidKid Timo)
Animals
Ass Pounding Bareback
Ass Under Glass
Back To Nature
Bareback 1, 2, 3, 4
Bareback Alley
Bareback Ass Attack

Bareback Bareback & More Bareback
Bareback Billie
Bareback Boners
Bareback Boot Camp
Bareback Brig
Bareback Buffet
Bareback Fantasies
Bareback Grease Monkeys
Bareback Jocks
Bareback Leather Fuckfest
Bareback Master Inc. 2
Bareback Orgy
Bareback Orgy 2
Bareback Party
Bareback Pool Party
Bareback Ranch
Bareback Raunch
Bareback Sling Party
Bareback Studs
Bareback Surfers
Bareback Wood Workers
Barebackin' (3rd World)
Barebackin' Brothers
Barebackin' USA
Barebacking A Chinese Cocksucker
Barebacking A Latin Cocksucker
Barebacking A White Cocksucker 2
Barebacking A White Cocksucker 4
Barebacking A White Cocksucker 5
Barebacking A White Cocksucker 6
Barebacking A White Cocksucker 8
Barebacking A White Dick Sucker Redux
Barebacking USA 2
Barebacking With Jack Surf
Barebacking With Jeff Palmer
Barebacking With Jeff Palmer 2
Barebacking With Jeff Palmer 3
Beach Blanket Bareback
Berlin Dungeon
Berlin Raunch
Best of Hot Desert Knights 1 and 2
Big Boys
Big Muscles Big Cocks All Bareback
Bijou
Birthday Fuck Party
Black & White
Blue Collar Bareback
Blue Hotel
Body Heat
Bones For Cumpuppy
Boot Bareback
Boy Body Bareback
Brad McGuire's Porn Tape 1
Breed Me
Breeding Mike O'Neil
Butler's Best
Butler's Boys
Camping in Finland
Cock Jockey
Cock Boys After Hours
Cock Pig

College Jocks That Suck Cock
College Studs & Bareback Buds
Countryside Lovers
Countryside Lovers 2
Crimson Blood - Jap Torture
Cruise Collection 4
Cruising
Cum Canyon
Cum Crazy Jizz Eaters
Cum Eating With Alan Gregory
Cum Hungry
Cum In My Ass 1 and 2
Cum Sloppy Buttholes
Damon Blows America 1 through 7
Dangerous Games 2
Dawson's 20 Load Weekend
Dawson's 50 Load Weekend Parts 1 and 2
Dildo
Direct Deposit
Don't Freeze
Double Dipping
Drunk With Cum 1 and 2
Dungeon Ass Poppers
Dustin's Bareback Party
Eat Cum Before & After
Eat Cum 3
Eat Cum 4
Eat Cum 5
Eat It Hot
Ethan Bareback - Cruise Collection 23
Extreme Jail Barebacking
Fair Game
Farm Boys
Feed Me
Finland Fever
Folsom Daddies
Forced Entry Club 3
Forced, Used & Hammered
Frat Boys
From The Dawghouse 1, 2, 3
Ft. Lauderdale Cum
Fuck Factory
Fuck Machine
Fuck Me Frat Boy
Fuck Me Fuck You
Fuck Me Sir
Fuck My Black Ass
Fuck The Cum Out Of Me
Fucking Tourists #3-Bareback Revenge
Full Service
Gang Fucked Bareback
Gay Weekend
Gay Weekend 2
Gay Weekend 3
Gay Weekend 4
Gay Weekend 5
Gay Weekend 6
Gay Weekend 7
Gay Weekend 8
Give & Take
Glory Hole Cum Eater

Happy Birthday Bruce
Hard Mountain
Hardcock Alley
Hardcore
Heavy Ass Cream 1, 2, 3
Hog Heaven
Hole Milk
Hollywood Raw
Hot Tools
Hot Tub Bareback
Huge Cock Bareback
I'm Taking Your Ass Bareback
In The Sling
Jackhammered
Jackson Price Bare
Jamaine
Jeff Palmer Hardcore
Knocked Up
LA Boiling Point
LA Lovers Bareback
Latin Bareback
License To Fuck
Like Honey
Loaded Guns
Loaded Guns 2
Loaded Guns 3
Loaded Guns 4
Locker Room Cum Eater
Lovers
Lust Reort
Magic Book
Marines Bareback
Meat Rack
Muscle Guys
Muscle Men
Muscle Men Return
Nasty Men
New Orleans Cum
Nine Straight Loads One Hungry Mouth
NY Cum
Obsession
Old Reliable 401
Old Reliable In Private 2
Old Reliable In Private 3
Old Reliable In Private 5
100% Bareback Beef
Passions
Philly Cum
Pig Masters
Pig Sty Brown
Pigs At The Hoist
Pigs At The Troff
Piss Drinkers & Bareback Fuckers
Piss Piss & More Piss
Plantin Seed 1 and 2
Plow Master
Plowed
Porn Star Bareback
Power Boys
Power BOys 2
Power Boys 3

Power Boys 4
Power Boys 5
Power Boys 7
Power Boys 8
Power Boys 10
Power Boys 11
Power Boys 12
Pump It Up
Quest For Spooge
Raunch Lunch
Raw
Raw Ass Fuckers
Raw Auditions
Raw Shots
Real Men 1
Real Men 2
Raw Shots 2
Raw Wet & Raunchy
Reed Parker Bareback
Riding Billy Wild
San Diego Bareback
Seattle Bareback Boyz 1 and 2
Sex Party Guys
Sexual Harassment 2
Skin on Skin
Sleaze
Slurpin Jizz
Smooth Cute & Young
Snowballs 2
Sperminator 1 - solo
Sperminator 2 - solo
Squirt
Swallow
Swallow More
Takin' It Raw
A Taste of Piggy
Three Way Bareback
Trade 4 Trade
20 Load Weekend
2 Cocks In One Hole
2003 Folsom Street Fair
Up Your Hole
World's Hungriest Cumhole Contest
Young Hot & Bareback

GAY FISTING/HUGE DILDOS:
2 Twisted
Anal Tap
Ass Masters
Ass On The Line
At Arm's Length 1
Bad Ass
Bareback Raunch
Batter Up
Berlin Dungeon
Berlin Raunch
Bottoms Up
Call To Arms
Christopher Rage Custom Video 6
Christopher Rage Custom Video 9
Construction Zone 1, 2, 3

Dildo Movie
Drilled
Double Dipping
Dr. Goodglove
Drs. Orders 1 - Manipulation
Drs. Orders 2 - Dilation
Extreme Ass Play
Extreme Penetration
Fire In The Hole
Fist & Fire
Fist Fantasy
Fist Master
Fist Full
Fisted In Jersey
First Fist
Fists & Fetishes
Flying Sandwich
40 Plus
Gay Bizarre 2
Gay Extreme 4
Gay Latex
Gluteus Maxxximus
Gut Reaction
Hammered
Hand Over Fist
Handball Marathon 1, 2, 3
Handball USA
Hands In Ass
Heads or Tails 1
Heavy Equipment
Hellfire #1 and #2
Hog Heaven
Hole Hunters
Hot House Preview Video
Jackhammered
Jumpin' Jacks
Lovers
Manholes & More Manholes
Mega Fist
Mo' Better Butt
The Missing
The Mummy's Hand
Nutts for Butts
Pig Boy
Pig Masters
Pigs At The Troff
Pigs At The Troff 2
Pigs Gone Wild
Pleasure Hands
Plexus - 2 Volumes
Power Hole
Power Surge
Pushing It
Rear End Alignment
Screwed
Spank
Special Handling
A Taste of Piggy
Twisted
Up For Grabs
Up Your Hole

Wet Raw & Deep
The Wild Ones
Wood!
The Worlds Hungriest Cumhole Contest
Wrist Rider

PRECONDOM CLASSICS:
One, Two, Three
501
7 In A Barn
976-HOTT
Adam & Yves
Addickted
All American Man
All The Right Stuff
All The Way
Alleycats
Anything Goes
Baby It's You
The Back Row
Bad Bad Boys
Bad Mean Dangerous Encounters
Beached
Becoming Men
Below The Belt
Best of Jack Wrangler & Roger
Better Than Ever
Big Brother Is Watching
Big Man On Campus
The Big Surprise
Bigger Than Life
The Bigger They Come
Body Search
Boots & Saddles
Both Ways
Boynapped
Boys From New Jersey
Boys In The Sand
Boys In The Sand 2
Boys Of Company F
Boys Of Riverside Drive
Boys Of San Francisco
Boys Of The Slums
Brian's Boys
Brother Load
Brother Trouble
Brothers Should Do It
Bruised Angel
Busy Boys
California Blue
California Fox
California Summer
Caribbean Cruising
Carnival In Venice
Catching Up
Centurians Of Rome
Chained
Challenger
Chip Off The Old Block
Christopher Rage Custom Video 7
Christopher Rage Custom Video 9

Christopher Street Blues
The Class of 84
The Class of 84 Part 2
Class Reunion
Classified Capers
Click Click
Cocktails
Coming Out NY Style
Coming Soon
Cousins
Cruisin 57
Cum Shot Bears
Daddy Daddy
Daddy's Plaything
Dangerous
Delivery Boys
The Destroying Angel
The Diary
Dildo Action Club
Dirty Picture Show
Do Me Evil
Doing It
Don't Ask Don't Tell
Don't Fight It Kid
Dormitory Daze
Double Dealers
Down On It
Down On The Farm
Down Under
Dream Boys 1
Dream Boys 2
Drive
Dune Buddies
Duplicated
Dust Unto Dust
El Paso Wrecking Co
Erection Set
Erotic Adventures Of Hercules
Erotikus
Eureka Bound
Eyes Of A Stranger
Face To Face
Faces
Fade In
Fade Out
Falconhead
Falconhead 2
Family Affair
Fantasies of Brazil
A Few Good Men
Find This Man
Fire Island Fever
Flashback
Flashbacks
Flesh & Fantasy
Flesh & Fantasy 2
Flip Flop Fuckers
Forbidden Letters
Fountain Of Youth
Frat House Memories
Friends Are Best

Full Exposure
Games
Games Of Paris
Games Without Rules
Gay Loops
Gay Tarzan
Gemini
Getting Down
Getting Even
Getting It
Ghost Of A Chance
Gold Rush Boys
Golden Years
Good Hot Stuff
Goodjac Chronicles
Grease Monkeys
Greek Lightning
Greenhorn
Hand In The Fire
Handsome
Handy Man
Hard Money
Head Trips
Head Waiter
H.E.A.T.
Heat Waves
Heavy Equipment
Hercules
Hidden Instincts
High Riders
High Rollers
High Tech
His Master's Touch
Hollywood Liberty
Honorable Jones Comes Out
Hot House
Hot Lunch
Hot Male Mechanics
Hot On The Trail
Hot Properties
Hot Rods
Hot Trash
Hot Truckin'
How I Got The Story
Hungry Hole
Huge 2
Hustlers
The Hustlers
I Do
The Idol
In Hot Pursuit
Inches
Intense Heat
International Skin
Jack & Roger
Jobsite
Jocks
Jr Cadets
Juice
Just Blondes
Kansas City Trucking

Kept After School
Kid From LA
Kinky 6
Kip Noll & The Westside Boys
Kip Noll Superstar 1
Knockout
La Maison Bleue
LA Tool & Die
Larger Than Life
The Last Surfer
Le Coursier
Leather Bond
Left Handed
Leo & Lance
Little Brothers Coming Out
Log Jammin'
Long Johns
The Look
Lovers
Lovers & Friends
Main Attraction
Making It Huge
Male Stampede
Malibu Days Big Bear Nights
Man of the Year
Manhandlers
Marine Furlough
A Married Man
Married Men
A Matter of Size
Members Only
Men Come First
Men of the Meatrack
Men Of The Midway
Men Under The Hardhat
Men's Room
Michael Angelo & David
Mickey Finn
Morning Noon & Night
Moving
Mr Footlong's Encounters
Mueller Tapes
Muscle Bound
My Best Buddy
My Brother My Lover
My Brother The Brat
Naked Lunch
Naked Truth
Navy Blue
The New Marines
Night Alone With Al Parker
Night At The Adonis
Non Stop
Oasis
Oh Brother
On Top
One In A Billion
One Night Stand
One Size Fits All
Oral Extravaganza
Orgy

Outrage
Pacific Coast Highway
Palace Of Pleasure
Passing Strangers
Performance
Pier
Pizza Boy He Delivers
Pleasure Beach
Point Me Towards Tomorrow
Preppy Summer
Printer's Devils
Private Collections
Private Pleasures Of John Holmes
Rangers
Raw Country
Rawhide
Raunch
Raunch 2
Rear Deliveries
Red Ball Express
Revenge Of The Nighthawk
The Rivermen
Rockhard
Rodeo
Room Service Plus
Roommate
Rooms
Rough Cut
Rough Trades
Rugged Men
Sailor In The Wild
Sailor In The Wild 2
San Francisco Orgy
Schoolmates
Service Actif 1 and 2
Sex Drive
Screen Play
Screwed
Service Actif 1 and 2
Sex Magic
Sex Bazaar
Sgt Swann's Private Files
Shore Leave
Sign Of The Stallion
Skin Deep
Specimen
Splash Shots
Spring Break
Street Kids
Street Smart
Strictly Forbidden
Subway
Superstars
Surf & Turf
Surge Outtakes 2
Tequila Cardinot
That Boy Next Door
Thick & Creamy
3 Day Pass
Torch Song Toiletries
Tough & Tender

Traveling Journeymen
Trick Time
Tuesday Morning Workout
Turned On
Twelve At Noon
Witness To Life

GAY AMATEUR:
Aaron's Adventures In Russia 2
Aaron's 19th Birthday
AWOL Spunk
Back To Nature
Bangin' Zack
Bareback Sling Party
Barely 18
BB-2
BB-3
BB-4
BB-5
BB-6
BB-7
BB-8
BB-9
BB-11
BB-12
BB-13
BB-14
BB-15
BB-16
BB-17
BB-18
BB-19
BB-20
BB-25
BB-30
BB-40
BB-50
Best of Bareback #2
Best of Stallion
Black Master
Black 'N Tan
Boy JO
Brothers 6
Clay Goes All The Way
College Boy In Leather
College Jocks That Suck Cock
Cruise Collection 2
Cruise Collection 3
Cruise Collection 4
Cruise Collection 5
Cruise Collection 6
Cruise Collection 24
Cum Rag
David
Derrick's Secret
Dustin's Bareback Party
Eric Barebacking Videos - 1 through 15
Fantasy Boyz Lust Vol. II
40 Czech Cum Shots 3
Frat Initiations 14
Frat Rats

Fuck Machine
Fucking Tourists #3-Bareback Revenge
Hart's Toy Box
Hot In Florida 1
Hot In Florida 2
Hotel Hell
Howie Wowie
In The Playroom
Jack Buddies 1
Jack Buddies 2
Jack Buddies 3
Jack Buddies 4 - Clay & Jay
Jack Buddies 5 - Bart & Sam
Jack Buddies 6 - Travis & Cody, Cody & Clay
Jack Buddies 7 - The Yard Crew
Jack Buddies 8 - Ted & Cody, Ted & Marty
Jack Buddies 9 - Rick & Clay
Jack Buddies 10 - Derrick & Cameron
Jack Buddies 16 - Hart & Blair
Jack Buddies 17 - Austin & Blair
Jackin' It
Jason Jerks Off On Halloween
John X Cums To Vegas
John X Extreme Anal Exam
John's Muscle Bear Video
John's Nasty Video
Kink Dad
Kinky Khristmas Karol
Laid Back
Loco For Latins
The Loft Boys
The Lounge After Hours 1, 2, 3
Low Blows
Lucky-Fucking Good
Lucky-Heavy Duty
Make Room For Daddy 2
Male Whore
Man Juice
Mark's 1st Orgy
Massage Series 5 - Touch & Blow
Massage Series 14 - Smooth Moves
Men At Work
Midsummer Dreams
Milking The Mummy
Muscle Buffet
Muscle Man's JO Video 1 and 2
Muscle Matters
MuscleMatt Collection 1, 5, 6, 7, 9, 11, 12, 15, 17, Best of
My Master's Presents
Naked Firemen 2
NYC Bukkake
Old Reliable 15
Old Reliable 17
Old Reliable 26
Old Reliable 29
Old Reliable 30
Old Reliable 32
Old Reliable 38
Old Reliable 45
Old Reliable 57
Old Reliable 60

Old Reliable 63
Old Reliable 64
Old Reliable 65
Old Reliable 66
Old Reliable 72
Old Reliable 73
Old Reliable 100
Old Reliable 103
Old Reliable 105
Old Reliable 300
Old Reliable 312
Old Reliable 401 (In Private 1)
Old Reliable In Private 2
Old Reliable In Private 3
Old Reliable In Private 4
Old Reliable In Private 5
On The Verge
101 Cum Shotz
Psycho Sex Pigs
Pueris Collection 25
Pueris Collection 27
Pueris Collection 28
Pueris Collection 29
Pueris Collection 39
Pig Boy
Pins - amateur pins through nuts video
Rammin' Orgy
Redneck Fuck
Rough & Ready
Rough Stuff
Sabu 1, 2, 3, 4
Seattle Army Boyz
Seattle Bareback Boyz 1 and 2
Seattle Boyz House Party
Seattle Boyz Skyline Orgy
Seattle Boyz Truth or Dare
Seattle College Boyz 1 and 2
Seattle Frat Boyz
Seattle Navy Boyz
Seattle Solo Sessions
Seattle Wet Summer
Serviced Men
Showguys #132 Mario Ortiz & Matt Hyland
Showguys #143 - Asoka & Chris James
Showguys #150 - Matt Hyland & Dakota Brittain
Side By Side 4, 5, 6, 7
Signature Series Blair
Signature Series Boyd
Signature Series Cameron
Signature Series Charlie
Signature Series Cuba
Signature Series Grant
Signature Series Hart
Signature Series Kevin Wilson
Signature Series Logan
Signature Series Luke
Signature Series Mike Scott
Signature Series Nick
Signature Series Russell
Signature Series Sam
Signature Series Ted

Signature Series Van
Signature Series Woody
Sin
Skeet'n Eat
Solo Men 1 through 5
Stallion
Stallions Piss Video
Straight Guys - Gay For A Day
Straight Men Cum For The Camera
Strokin' It North
There He Blows
Twisty's Hotel Sex - Las Vegas
Twisty's Hotel Sex - New York
Vice Cops
Watersports Boys
Working Men

BESTIALITY:
A Boy & His Dog
Gay Horse 1
Gay Horse 2
Men With Animals
Pussy Full Of Mice

STRAIGHT SEX:
Anal Pirates
Bad Daddy
Chasin' Tail 2
China & Silk
The Devil Inside Her
Drunk Wife
Enjoy 4
Fetish Whores
GGG 20000 - Sperm Princess
GGG-20041 - facials
Good Pussy Gloria & A 6 Pack
Gooey Buns 3
Hardcore Climax
MMV-18019
Nasty Prospects
Nasty Prospects 2
No Limits
No Limits 2
No Limits 3
No Limits 8
Piss & Sperm Buster
Post Office Sluts
Private Gladiator 1, 2, 3
Sliders
Sliders 4
Sliders 5
Southern Belle Bitch Returns
Sperm Bar
Steel vagina/Southern Belle Bitch
Trailer Park Chick

STRAIGHT FISTING:
Barbara & Kyle - mutual husband & wife ass/pussy fisting
Husband Fisted By Wife & Bottle - segments include scat

STRAIGHT SCAT/VOMIT/PISS: May not include all 3 subjects, inquire for details. Many tapes just feature one of

these subjects
Anja
Atomic Farts Inside The Mouth
BAE-2
BAE-3
BAE-4
BAE-5
BAE-7
BAE-8
BAE-9
BAE-10
BAE-11
BAE-12
BAE-13
BAE-14
BAE-15
BAE-16
BAE-17
BAE-18
BAE-19
BAE-20
BAE-21
BAE-22
BAE-23
BAE-24
BAE-25
BAE-26
BAE-27
BAE-28
BAE-29
BAE-30
BAE-31
BAE-32
BAE-33
BAE-35
BAE-46
BAE-47
BAE-48
BCS-2
BCS-4
BCS-6
BCS-9
BCS-10
BCS-11
The Betrayed Husband
Bon Appetit
Brazil Vacation
BZ-504
BZ-512
BZ-512
Carnival
Check Point Charley
CNK-01
DB-04
DB-2905
DNASS-07
DNASS-09
Doc's Girls 2
Dog Piss & Shit Lovers
EN-02
Extreme Atomic Farts Inside The Mouth

Fart Domination 2
Fart Punishment
Forbidden
Game Threesome
Giga
Grauzone 56
Grauzone 67
Grauzone 82
Grauzone 87
Grauzone 92
Grenzgeriech 18
Grenzgeriech 40
HB-01
Hedonia 1 through 5
Humiliated Blonde
Husband Fisted By Wife & Bottle
It's My Turn To Play This Game
Japanese Slave Girl
Kaviar Slave
Kelvin's First Time
Kit Kat Club 6
Kit Kat Club 8
Kit Kat Club 9
Kit Kat Club 11
Kit Kat Club 24
Kit Kat Club 25
Kit Kat Club 28
Kit Kat Club 31
Kit Kat Club 33
Kit Kat Club 34
Kit Kat Club 37
Kit Kat Club 38
Kit Kat Club 39
Kit Kat Club 40
Kit Kat Club 41
Kit Kat Club 43
Kit Kat Club 46
Kit Kat Club 50
Kit Kat Club51
Lisa
LOK-01
LV-16
LV-35
Male Toilet Slave 1 and 2
Merciless Dominatrix
Modelling Job
ND9019
ND9021
ND9022
Oh De Toilet 4
Oh De Toilet 9
Oh De Toilet 27
Pancakes
Panty Hose Kaviar
PE-02
PE-03
PE-04
PE-05
PE-06
PE-07
PE-10

PE-13
Piss Shit & Vomit 1
Pleasure Farts
Pleasureable Moments
PO1
Prostitute
Punished Voyeur
Queens of Filth
Raunch Reporter
Raunch Restaurant
Raunch Tub Couples
Rich Scat
Scat Hospital
Scat Imagination
Scat Mommy
Scheiss Mich An
SGA-04
Shit Master 5
Sperrgebiet 11
Sperrgebiet 12
Sperrgebiet 14
Sperrgebiet 34
Tartor Toilet 112
Toilet Men 1-6
Troop Of Scat
Unter Aller Sau 9
Vito's Piss Mich An

STRAIGHT RAPE/BONDAGE/S&M/TORTURE:
Aggressive School Girls
Anal Rape
Ass Smothered Male
Bad Destiny
Brazil Bukkake 1, 2, 3, 4
Brutal Treatment
Bullwhipped Bastard
Call Me Mr. Grey
Contessa
Corporate Punishment 2 - Downsizing
Cruel Game
The Destroyers
The Devil Smiles
Drink It Asshole
Ekkos of Pain
Enema X-treme
Failing To Pass Inspection
Felix The Lucky Slave 6
Fetish Games
Fetish Games (EF-05)
Give Me Your Money
A Good Time Gone Bad
He/She Is Taught A Lesson
I Want More Bitch
The Intruders
Jap Cum Whore
Lawn Service
Mad Monk
Male Ass Slave
Male Flogging
Maniac Electrician
Maniac Photographer

Party Piercing
Pierce Party 2
Piercing Party
Pins - slave boy has 12 inch pins shoved through his nuts - also nut whipping
Piss Boy
Please M'am
Police Slut
Proving His Devotion 1, 2, 3
Pussy Full Of Mice
Put Your Tongue In My Ass
Queens of Kink
Rape At Fitness Club
Rape At Police Station
Rapist Couple
Rapist Revenge
Serial Attack
Smash My Nuts
Strangled Nightmares
Strap On
Titty Pin Cushion
Transformed By Amazon Woman
Twelve Inch Needles Through Nuts!
The Ultimate Revenge (Females abuse Men)
A Walk To Remember
Warning! It's Pain Time - also includes vomit and scat
You Are My Slave

LESBIAN BONDAGE/S&M/TORTURE:
The Abuse Continues
Abusive Kidnapping
After School Humiliation
Ass Licking Games
Ass Licking Punishment
Ass Licking School
Ass Worship
Cum In
Don't Cry
Electrifying Relationship
Feel My Taste
Forced Anal In Action 1 and 2
Hard Punishment
I Don't Mind The Pain
Lesbian Forced Anal 4
Naughty Exam
Rape Stories
Sister Domination

STRAIGHT/LESBIAN PISS:
Angel Piss Whores 1 and 2
Arschkanone im Einsatz
BCS-2
BCS-4
BCS-6
BCS-9
BCS-10
BCS-11
Bizarre Inferno
Crazy Girls
Cruel Beauties
Dr. Perverse
Drink It Asshole

Drink It Bitch
Extreme Nympho
Family Piss
Fetish Whores
German Piss Girl
Golden Showers 2
Horny Pissing
Hot Shower
I Drink Piss
Klinik Und Palmen
Max Hardcore Guzzlers 1
Max Hardcore Golden Guzzlers 5
Merciless
orgy Of Piss
Panties Watersports
Pee Sisters
Perverse Spiele
Piss Boy
Piss Camping
Piss Swallowing Competition 1 and 2
Piss Connection
Piss Family
Piss Fountain
Piss Junkies
Piss Lessons
Piss Lovers
Piss Mafia
Piss Nurses
Piss Payback
Piss Power
Piss Punishment
Piss Stories
Piss To Cum
Pissed Of Love
Pissing Petra
Saury's Hot Shower
Slaves At Risk
A Special Toast For Us
Uromania 1 through 12
Warning! It's Pain Time
Wet Dating

STRAIGHT/LESBIAN FEET:
Biggest Foot Job Orgasm
Foot Jerk
Foot Job Fantasy
Foot Job Stories
Foot Lovers
Footman
A New Experience

LESBIAN VOMIT/SCAT/TIT MILK: may not include all 3 subjects, contains at least one - inquire for details
The Advertisement
After The Love
Amanda's Career
Bad Bad Girls
Beat Me Then Feed Me
Before & After Lunch
Brazil Vacation
Broken Rules
Carnival Party

Cheese My Ass
Cheesing Party
College Girls Punishment
Cruel Enema
Delicious Dessert
Delicious Meeting
Delicious Vomit
Diabolic Scat Sex
Dinner For You
Dirty Afternoon
Disobedient
Doctor Check Up
Don't Cry
Don't You Dare Disobey Me
Eat My Kaviar & My Feet Now
Enema Now
Enema Vulcan Shit
Extreme
Extreme Pervisity Kaviar 1 and 2
Extreme Scat
Extreme Vomit Humiliation 2
Fart Seduction
Farting Movie
Fatal Scat
Friends Playing With Enemas
Girls In Paradise
Grim Enema
Ignored
Josie's Birthday Party Swallow It All
Kaviar Breakfast
Kaviar Hospital
Kiss & Vomit
Kiss Me
Lesbian Revenge
Lesbian Scat Feast
Lesbian Scat Fisting
Let's Shit On The Thief
Lick A Farting Ass
A Little Girl Cruelly Tortured
Lolita Kaviar
Milk In The Ass
My Favorite Teacher
Nasty & Agressive Girls
Nosey Maid
Outdoor Piss & Poop
The Party Continues
Pay Back Scat
Pay Up Bitch
Playing With Farts 1 and 2
Playful Scat Children
PO-003
Public Panty Poop
The Punishment
Punishment At Angel's House
Reward Banquet
Scat Anal Fisting
Scat Angels
Scat Basketball
Scat Cabaret
Scat Circus
Scat Cowgirls 3, 4, 5

Scat Dinner
Scat Farm
Scat Foot Massage
Scat Hospital
Scat Kitchen
Scat Maid
Scat Museum
Scat Punishment 2
Scat Shake
Scat Sisters
Scat Sisters 2
Scat Street Domination
Scat Styles
Scat Witches 2
Scent of Love
Sexy Massage
She Male Domination
She Male Scat House
Shit & Fist Fucking 1
Shit & Fist Fucking 2
Shit & Fist Fucking 3
Shit Gang 1 through 8
Slave Renata
Slave's Lunch Time
Sleeping Dark Beauty
Spreading the Juice
Table Manners
Toilet Girl
Vomit Gang
Waitress In Trouble
Wedding Gift
Your Slavery Day Has Come

LESBIAN FISTING:
Deep Sensation
Ecstasy Around The Pool
Fisting Punishment
In The Hands Of Pleasure
The Punishment
Rape & Fist Fucking 5
Rape & Fisting Stories

LESBIAN SEX:
Ass Licking Fanatics
Horny Lesbians
Lovers Of Pleasure
Nasty Tongues
Naughty Angel
Panty Worship
Sexy Lesbian Dancer
Sexy Massage

MENSTUAL SEX:
LOK-01
Period Girl

From: "Customer Service" <customerservice@dickwadd.com>
To: "'Dick Wadd'" <dick@dickwadd.com>
Subject: FW: Wet Raw & Deep

---

**From:** Todd in Bendover Customer Service [mailto:todd@bendoverproducts.com]
**Sent:** Monday, May 08, 2006 1:32 PM
**To:** customerservice@dickwadd.com
**Subject:** FW: Wet Raw & Deep

---

**From:** BadDadnPA@aol.com [mailto:BadDadnPA@aol.com]
**Sent:** Sunday, May 07, 2006 3:31 PM
**To:** tebianco@adelphia.net
**Subject:** Re: Wet Raw & Deep

Todd, I only have it on VHS - I am able to transfer some stuff onto DVDR if that is an option - we would need to keep things between us.

Complaint Exhibit 24

From: "Customer Service" <customerservice@dickwadd.com>
To: "'Dick Wadd'" <dick@dickwadd.com>
Subject: FW: Wet Raw & Deep

---

**From:** Todd in Bendover Customer Service [mailto:todd@bendoverproducts.com]
**Sent:** Monday, May 08, 2006 1:32 PM
**To:** customerservice@dickwadd.com
**Subject:** FW: Wet Raw & Deep

Hey Vince, your movies are cheap on DVD!

T

---

**From:** BadDadnPA@aol.com [mailto:BadDadnPA@aol.com]
**Sent:** Sunday, May 07, 2006 6:39 PM
**To:** tebianco@adelphia.net
**Subject:** Re: Wet Raw & Deep

I can put it onto DVDR for you, that is not a problem.  I just want to make sure we keep it between us.  I would transfer Pigs At The Trough for $15

Complaint Exhibit 25

# TopTenREVIEWS™
### We Do the Research So You Don't Have To.

Software | Web Service

**Video Editing
Software Reviews
2006**
Listed in order of rating

GOLD    PowerDirector
SILVER  ShowBiz DVD
BRONZE  VideoStudio
    #4  Premiere Elements
    #5  Easy Media Creator
    #6  Studio Plus
    #7  WinDVD Creator
    #8  Nero
    #9  Vegas Movie Studio
        DVD
    #10 DVD Movie Factory
    #11 PowerProducer
    #12 MoviePlus
    #13 Digital Studio
    #14 Muvee Auto Producer
    NA  VideoWave
    NA  MyDVD Studio

**ARTICLES**

Video Editing Terms and
Definitions
Copying VHS to DVD
Video Editing FAQ
Video Editing 101
Understanding DVD Formats



**Capture the Memories
this Holiday Season!**

**VIDEO EDITING SOFTWARE REVI**

## Copying VHS to DVD

*By Author's name*

Most of us have old VHS home videos that have been collecting dust in the back of the closet for years. Breathing new life into these home movies is one of the most common reasons people start video editing. This article will answer basic questions about converting your VHS tapes to DVD.

How does it work? To transfer a home VHS movie to a DVD, the movie must be transferred from the VHS analog tape to the computer, where it can be edited and enhanced. Once the movie is tweaked to perfection, you publish (or burn) the final version to a DVD.

## Video Editing Hardware You Need

Capturing and digitizing video is similar to copying VHS tapes. You plug colored wires into the video source-your video player and tape or movie camera. The other ends of the wires go to the back of your computer, into the video capture card. We'll assume you understand how to use your camcorder and the connecting wires that come with it. Below, we'll focus on the computer hardware you need to make a successful copy from VHS to DVD.

### Computer Memory, Speed, and Disc Space

Video editing is a power-hungry task. The more memory your computer has and the faster your CPU is, the quicker and easier the job will be. We recommend at least a 2.8 GHZ CPU and at least 512 MB of RAM.

Movies captured from VHS are temporarily stored on the computer hard drive during editing, hogging your hard drive space. **To manage this, you will want ample disc space-at least 40 to 120 GB of storage.** Hard drives are inexpensive; consider buying a large one just for video editing.

**Click here for a
side compariso
Software Revie**



Ads by Goooooogle

**Video to DVD - $3**
Convert all Your T.
Service; Live Chat
www.VideoSilo.net

**Convert VHS to D**
Do it Yourself - Ea
Quality Copies - V
trafficmatt.com/convert-

Complaint Exhibit 26

PS 1/3

Ads by Gooooooogle

**Transfer Your
VHS to DVD**
Easily Transfer
Your VHS Movies
to DVDs. Learn
How at PC World.
Tips.PCWorld.com

**Move Tapes &
Film to DVD**
Preserve your
memories forever!
Transfer your tapes
and film to DVD
www.DiscBurn.com

**Transfer your
VHS to DVD.**
Ur family video
collection to DVD,
Convert your
business videos to
DVD
makemydvdnyc.com

**VHS to DVD
conversion**
Turn your Hi8, VHS
into DVD's Audio /
Video Lock, Plug
and Play!
www.canopus.com/

Advertise on this site



Email will only be sent
notifying you of new
review sites
Privacy Policy

FIRST NAME:

LAST NAME:

EMAIL:



## DVD Burner

Unlike CD burners that have only one format, DVD burners and DVD discs come in
DVD+R. Video editing software can burn to both formats, but not all DVD burners a
discs. Check the specifications on both your DVD burner and your DVD discs to be sure

If you plan to watch your finished DVD on a DVD player connected to a television, I suc
and discs. DVD-R is the format used by most commercial DVD manufacturers and so is
DVD players.

## Video Capture Tools

Your computer must have a video capture card (or a similar device) that can capture
signal from the VHS tape to a digital format.

Here are three choices for capturing and digitizing video:

- **A Video Capture Card** records (captures) and converts (digitizes) the video.
  choice for high-end video editing. A quality capture card gives you customizabl
  If you are not comfortable opening your computer to install a video capture
  simpler method. Capture cards cost from $100 to $10,000.

- **An External Capture Device** is a small box that sits between your VHS tape
  This is the best choice for a computer beginner. Connecting data cords run
  through this box, then to a USB port or FireWire port on your computer. This
  VHS video without adding a video capture card inside your computer. These d
  affordable-from $50 to $150-but don't give you as much editing freedom or po
  offer.

- **Graphics Cards with Video Capturing Capabilities** are a new commodity b
  card manufacturers. These cards incorporate video capturing capabilities so yo
  video card. This is the perfect choice for those purchasing a new computer, l
  than buying a video card and a separate capture card. A single card also
  computer.

## Video Editing Software

To copy VHS tapes to DVD, you will need video editing software that can capture analo
burn (publish) the video to a final format, such as a DVD.

You can compare video editing software features, strengths, and weaknesses on our Vi
in our Reviews. In general, high-ranked products were strong in all three areas (captu
Top products made the many editing choices understandable and tempting to try.

But if your are not into spicing up your video with transitions, sound effects, back
animations, lower-ranked products do a fine job of transferring VHS to DVD.

Once you have all your tools in place and learn to use them, you can archive your old
DVDs.

*©2006 TopTenREVIEWS, Inc.*



Sponsored Links

Photolmpact 10

Ulead Photolmpact 10 delivers total image and photo editing for the PC. Easily manage and enhance dig
stunning graphics and produce high-impact Web pages for recreational or professional use.
http://www.ulead.com

EarthLink Internet Access

Why wait? Move to Earthlink. Dial-up access, Cable access, and DSL access. Solutions for the home or b
http://www.earthlink.net

Spam Filter Review

Comprehensive Side-by-Side comparison of the Top 15 Spam Filters.
www.spam-filter-review.toptenreviews.com

Internet Filter Review

Comprehensive Side-by-Side comparison of the Top 10 Internet Filters.
Internet Filter Review

Privacy Software Review

Comprehensive Side-by-Side comparison of the Top 22 Privacy Software Products.
www.privacy-software-review.com

Want to become a sponsor?
Click on the link to email us about becoming a sponsor.

Digital Studio, DVD Movie Factory, Easy Media Creator, MoviePlus, Muvee Auto Producer, MyD
PowerDirector, PowerProducer, Premiere Elements, ShowBiz DVD, Studio Plus, Vegas Movie S
VideoWave, WinDVD Creator, have all been reviewed with the latest versions of Video Edi

A side-by-side Video Editing Software Review comparison is available on the Homepage.

Looking for reviews on other software categories or products? Visit www.toptenreviews.com



Home   Resources   About Us   Contact us   Advertising   Sitemap   TopTenR
Privacy Policy



Copyright ©2006 TopTenREVIEWS, Inc. All Rights Reserved.
Reproduction in whole or in part in any form or medium without express written permission of TopT

Untitled

Marc Keller
3763 Swetland Drive
Doylestown, PA 18901

September 13, 2006

Dear Sir:

I am in receipt of your letter dated September 8, 2006.

I wish to resolve this matter amicably and agree to the terms set forth in your letter.

As such, I will immediately cease and desist copying, distributing and displaying any and all films in the DW Media film library and
will enter into a stipulated permanent injunction as stated.

I've sold a total of 5 titles, two of which I have provided documentary evidence, which is enclosed herein –
Ambush on the Rocks and Stump.

The other three transactions were completed via email. I have made a diligent search of my computer to provide you with copies of the emails, but I no longer have access to them.

Also enclosed is a cashier's check in the sum of $1,250.00.

I am hoping this closes this matter and I can assure you that you will not have an issue with me going forward.

I look forward to hearing from you.


Marc Keller

Complaint Exhibit 27

naughtybids.com

**Keyword Search**

Search for:

Search in: Title

Search for: Any

Search in: All

Search country: All

Search categories: [All]

[Submit]

**Seller Search**

Search for seller
enter seller's user name or email address

Include completed items.
○ No
○ Last day
○ Last 2 days
○ Last 7 days
○ Last 14 days
○ Last 30 days
○ All

[Submit]

**Bidder Search**

Search for bidder
enter bidder's user name or email address

Include completed items. □
Only if a winner □

[Submit]

**Feedback Search**

Search for user:
enter user's user name

[Submit]

NaughtyBids.com

**17814 matches found for your search on peelover**

| Item | Price | Bids | Time Left |
|---|---|---|---|
| Classic Collection 2d Stud Strips, Massage, Suck, Fuck, Eat Cum, Feet | $25.00 | 0 | 10/15/2006 4:22:34 PM |
| Massage Series 5 Touch & Blow-Men Are Oiled Massaged Fingered Cum! | $25.00 | 0 | 10/15/2006 4:19:47 AM |
| Check Point Charley #2 : Nasty Whore Stripped & Fucked By Police | $25.00 | 1 | 10/16/2006 3:19:42 AM |
| Sex Clubs of San Francisco - Hot Gay Sex! | $20.00 | 1 | 10/16/2006 6:43:52 AM |
| Dildo Action Club-Hot Gay Toy Fucking! | $20.00 | 1 | 10/16/2006 6:43:58 AM |
| Old Reliable 64 - Hot Homo Hairy Wrestling Seal Amazing Cum! | $20.00 | 1 | 10/16/2006 6:44:10 AM |
| Cadinot-PRESSBOOK-Young Michael Lucas!! Hot Young Gay Sex! | $25.00 | 1 | 10/16/2006 6:44:15 AM |
| Real Husband & Wife Mutual Fucking DVD! Hot Gay Takes It In The Ass! | $25.00 | 1 | 10/16/2006 6:44:21 AM |
| Cobra: Top To Bottom-Hot Straight Amateur Fucked! Dildo Play! Cum! | $25.00 | 1 | 10/16/2008 10:22:19 AM |
| Horny Brothers - Donnie Russo - Hot Gay Fucking & Sucking! | $25.00 | 0 | 10/17/2006 12:13:38 AM |
| Victoria Swallows-Amateur Slut MILF Loves Cock! Hot Fucking! | $25.00 | 0 | 10/17/2006 12:13:39 AM |
| Red White & Blue-Blue Blake's Gay Pig Slut Hot Cum Eating! | $25.00 | 0 | 10/17/2006 7:29:31 AM |
| Go For The Flow-Nasty & Hot & Wet Gay Sex! Nasty Cock & Ass Play | $25.00 | 0 | 10/17/2006 7:29:31 AM |
| Brown Hanky 4-Hasty Gay Raunch! Hungry Gay Whores! Messy Sex! | $15.00 | 0 | 10/17/2006 7:29:31 AM |
| The Marine from Moscow-Hot Amateur Fucking! Bareback Spec-Cum Eating | $20.00 | 0 | 10/17/2006 7:29:31 AM |
| Hot Amateur Real Daddy & Boy Suck & Fuck! DVD | $15.00 | 0 | 10/17/2006 7:29:31 AM |
| Pedro Me Please-Hot Paul! Amazing Bodies | $20.00 | 0 | 10/17/2006 7:29:31 AM |
| Initiation Rites-Whipping/Restraints/Bondage Training! Gay Classic! | $20.00 | 0 | 10/17/2006 7:29:31 AM |
| Homemade Hidden Camera Video - Gay - Hot Uncut Cocks On Film DVD | $25.00 | 0 | 10/17/2006 7:29:31 AM |
| Rough Forest Fuck! Hot Slut Captured & Fucked While Dad Watches | $25.00 | 0 | 10/17/2006 7:29:31 AM |
| Hidden Camera-European Mens Room 2! Cocks Out In Public! DVD | $25.00 | 0 | 10/17/2006 7:29:31 AM |
| Dawson's 50 Load Weekend Part 1-Bareback! Hot Gay Bukkake! Eating | $20.00 | 0 | 10/17/2006 7:29:32 AM |
| John X Masturbates & Models Underwear-Hot Hairy Asshole Fucked-Dildo! | $20.00 | 0 | 10/17/2006 7:29:32 AM |
| Johns Hairy Video - Hot Hairy Stud Jacks Off! Ole Ass Play-Cum Eating | $20.00 | 1 | 10/17/2006 7:29:32 AM |

Sidebar categories: ANIME · AUDIO/VIDEO · BONDAGE · BULK LOTS · CD-ROMS · CELEBRITIES · CLOTHING · COLLECTOR CARDS · DOMAIN NAMES · DVDS · EROTIC ART · FIGURINES · FOR WOMEN · GAY · GAY LESBIAN · MAGAZINES · MISCELLANEOUS · NON ADULT · NOVELTIES · & PANTIES · PHOTOGRAPHS · PERSONAL ADS · SEXUAL AIDS · TOYS · UNDERWEAR · VIDEOS · SEARCH · CONTACT

Navigation: =1·2·3·4·5·6 · 20 · 40 · 60 · 80 · 100 · 120 · 140 · 160 · 180 · 200 · 220 · 240 · 260 · 280 · 300 · 320 · 340 · 360 · 380 · 400 · 420 · 440 · 460 · 480 · 500 · 520 · 540 · 560 · 580 · 600 · 620 · 640 · 660 · 700   713

HOME · YOUR ACCOUNT · LOGOUT · PLACE LISTINGS · FAQS



**UNITED STATES
DISTRICT COURT**
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION

**# 149925      — MS**

**April 17, 2008
15:55:54**

**Civ Fil Non-Pris**
USAO #.: O8CV0711-IEG
Judge..: IRMA E GONZALEZ
Amount.:                    $350.00 CK
Check#.: BC0940

**Total—>   $350.00**

FROM: SPOKANE COUNTY

JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

## DEFENDANTS

*FILED*
*APR 17 PH 3:5*
*CLERK*
*SOUTHERN DISTRICT*
*BY:*
*DEPUTY*

'08 CV 0711 IEG RBB

(b) County of Residence of First Listed Plaintiff **Spokane County, WA**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant **Bucks County, PA**
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1  U.S. Government Plaintiff

☒ 3  Federal Question (U.S. Government Not a Party)

☐ 2  U.S. Government Defendant

☐ 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☒ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☒ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | **IMMIGRATION** | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - Alien Detainee | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
17 U.S.C. Sec. 501 et. seq.

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY

(See instructions):

JUDGE

DOCKET NUMBER

DATE
04/16/2008

SIGNATURE OF ATTORNEY OF RECORD

## FOR OFFICE USE ONLY

RECEIPT # **149925**    AMOUNT **$350**    APPLYING IFP _____    JUDGE _____    MAG. JUDGE _____

MS  4/17