Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FILED 08 APR 17 PM 3:55
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY:

DW Media, LLC., a Washington Limited Liability Company, Plaintiff

vs

Marc Keller, an individual and Lisa Keller, an individual, and TELERX Marketing, Inc., and Does 1-20, inclusive

Defendants

**SUMMONS IN A CIVIL ACTION**

Case No.

'08 CV 0711 IEG RBB

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Vincent Subia
7918-N El Cajon Blvd., # 308
La Mesa CA 91941
(619) 567-6965

An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

APR 17 2008
DATE

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)