ALLAN B. GELBARD, ESQ.
15760 Ventura Boulevard, Suite 801 Encino, CA 91436
Tel (818)386-9200 - Fax (818)386-9289

# UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DW Media, LLC., a Washington Limited Liability Company,<br><br>Plaintiff,<br>-v-<br>Marc Keller, an individual, Lisa Keller, an individual, TELERX Marketing, Inc., and<br>Does 1-20, inclusive,<br><br>Defendants. | **CASE NO: 08 CV 0711 IEG(RBB)**<br><br>**ORDER APPROVING SUBSTITUTION OF COUNSEL** |

The Court hereby orders that the request of Plaintiff DW Media, LLC to substitute Allan B. Gelbard, Esq., The Law Offices of Allan B. Gelbard, 15760 Ventura Blvd., Suite 801, Encino, CA 91436 T:(818)386-9200, F:(818)386-9289 as retained counsel of record in the above entitled action is hereby GRANTED.

IT IS SO ORDERED.

**DATED: May 21, 2008**

*Irma E. Gonzalez*
**IRMA E. GONZALEZ, Chief Judge**
**United States District Court**

-1-