# SHERIFFS RETURN

COST $50.00   PROTHONOTARY # 08007646

| | | |
|---|---|---|
| **DEFENDANT** | : | Marc Keller, c/o TELERX **Marketing, Inc.** |
| **DOCUMENT SERVED** | : | Summons & Complaint |
| **INDIVIDUAL SERVED** | : | Henry Cooper |
| **RELATIONSHIP TO DEFENDANT** | : | Person In Charge |
| **DATE AND PREVAILING TIME** | : | 5/2/08-07:25 hrs |
| **LOCATION** | : | 723 Dresher Road **Horsham, PA 19044** |

THE ABOVE DOCUMENT WAS SERVED ON THE DEFENDANT AS PER INFORMATION LISTED ABOVE IN THE COUNTY OF MONTGOMERY, COMMONWEALTH OF PENNSYLVANIA.

AFFIRMED AND SUBSCRIBED BEFORE ME ON THIS
DAY OF  DATE 5/12/08 SO ANSWERS,

                                                                   _John P. Durante_
                                         SHERIFF OF MONTGOMERY COUNTY

NOTARY PUBLIC
PATRICIA A. GIAMBRONE
Notary Public
NORRISTOWN BOROUGH, MONTGOMERY COUNTY
My Commission Expires Dec. 13, 2008

                                         BY _____Case_____
                                         DEPUTY SHERIFF

Summons in a Civil Action (Rev 11/97)

# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DW Media, LLC., a Washington Limited Liability Company, Plaintiff | **SUMMONS IN A CIVIL ACTION** |
| vs | Case No. |
| Marc Keller, an individual and Lisa Keller, an individual, and TELERX Marketing, Inc., and Does 1-20, inclusive | '08 CV 07 11 IFG RBB |
| Defendants | |

TO: (Name and Address of Defendant)

Marc Keller, an individual
C/O TELERX Marketing, Inc.
723 Dresher Road
Horsham, Pennsylvania 19044

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Vincent Subia
7918-N El Cajon Blvd., # 308
La Mesa CA 91941
(619) 567-6965

An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

By _____, Deputy Clerk

APR 17 2008
DATE

Summons in a Civil Action

Page 1 of 2

over for Return of Service

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

| RETURN OF SERVICE | | | |
|---|---|---|---|
| Service of the Summons and Complaint was made by me   CASE | | DATE   5\2\08 | |
| NAME OF SERVER   CASE | | TITLE   DEPUTY | |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:   AS LISTED

☐ Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

Name of person with whom the summons and complaint were left:   HENRY COOPER

☐ Return unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | | SERVICES | TOTAL $0.00 | |
|---|---|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:

Date 5/2/08       Signature of Server   Case

NORKISTOWN COURTHOUSE
Address of Server

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

ODMA-PCDOCS-WORDPERFECT-14443\1 May 5, 1999 (11:34am)

STATE OF PENNSYLVANIA,  
COUNTY OF MONTGOMERY, } SS.

I, **MARK LEVY, PROTHONOTARY** of the Court of Common Pleas of said County of Montgomery, in the State aforesaid (said Court being a Court of Record) DO HEREBY CERTIFY, that ................................................the NOTARY PUBLIC, before whom the within acknowledgment or deposition was made, was, at the time of taking, the same authorized by the laws of the State of Pennsylvania to take the acknowledgements anf proofs of deeds or conveyances for land, tenements and hereditaments situated, lying and being in the State of Pennsylvania. And further that I am well acquainted with the handwriting of such Notary and believe that the signature to the certificate of proof, acknowledgement or deposition is genuine.

IN TESTIMONY WHEREOF, I have set my hand and seal of the court at Norristown, this ......... Day of ..................... 20.....

_____  _____
**Mark Levy**  **1st Deputy**
**Prothonotary**  **Prothonotary**