ALLAN B. GELBARD, ESQ.
THE LAW OFFICES OF ALLAN B. GELBARD
15760 Ventura Boulevard, Suite 801
Encino, CA 91436
Tel:(818)386-9200
Fax:(818)386-9289
Bar # 184971

Attorney for Plaintiff
DW Media, LLC

# UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DW Media, LLC., a Washington Limited Liability Company,<br><br>　　　　　Plaintiff,<br>-v-<br>Marc Keller, an individual, Lisa Keller, an individual, TELERX Marketing, Inc., and<br>Does 1-20, inclusive,<br>　　　　　Defendants. | **CASE NO: 08 CV 0711 IEG(RBB)**<br><br>**PROOF OF SERVICE ON DEFENDANT LISA KELLER** |

Plaintiff attaches as Exhibit 1 hereto proof of service on defendant Lisa Keller.

　　　　　　　　　　　　　　　　THE LAW OFFICES OF ALLAN B. GELBARD

　　　　　　　　　　　　　　　　 s/Allan B. Gelbard, Esq.
　　　　　　　　　　　　　　　　Allan B. Gelbard, Esq.
　　　　　　　　　　　　　　　　Attorney for Plaintiff DW Media, LLC

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 15760 Ventura Boulevard, Suite 801, Encino, CA 91436. On __6/2/08__, I served the within

## PROOF OF SERVICE ON DEFENDANT LISA KELLER

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

[x] by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Encino, California addressed as set forth below.

☐ by causing personal delivery by _____ of the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

Joseph Knoieczny, Sr.
Gore & Konieczny, P.C.
2260 Butler Pike, Suite 100
Plymouth Meeting, PA 19462
Counsel for Defendants

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on __06/02/2008__, at Encino, California.

                      s/Allan B. Gelbard, Esq.
                      Allan B. Gelbard, Esq.

**ALLAN B. GELBARD, ESQ.**
15760 Ventura Boulevard, Suite 801 Encino, CA 91436
Tel (818)386-9200 - Fax (818)386-9289