## BUCKS COUNTY SHERIFF'S RETURN

OS
1 of 1

(4-30)

Bucks County Case # 200831008

Invoice to be mailed to
County Sheriff's Office

Attn: CALIFORNIA
VINCENT SUBIA, ESQ
7918-N EL CAJON BLVD #308
LE MESA CA 91941

VINCENT SUBIA, ESQ

Special Instructions

Notes

Filed 4/17/2008 in **CALIFORNIA**
Bucks Case # 200831008   Rec'd 4/29/2008
Special Instructions

Action Civil Action SUM & COM[PLAINT
Plaintiff DW MEDIA, LLC A WASHINGTON LLC CO
- VS -
Defendant LISA KELLER
3763 SWETLAND DRIVE
DOYLESTOWN, PA 18901

Address Served if Different

Served under Pa. R.C.P. #402
✓ (A) (i) Defendant personally served
___ (A) (2) (i) Family Member
___ (A) (2) (i) Adult in Charge of Residence
___ (A) (2) (ii) Manager/Clerk at Deft's Lodging
___ (A) (2) (iii) Person in Charge of Business
By Handling to Lisa Keller

___ By Posting

**Not Served**
___ 30 Days Ran Out           ___ Defendant Not Home
___ Defendant Moved           ___ Address Vacant
___ Defendant Unknown         ___ Deputy needs better address
___ Checked Post Office       ___ No Forwarding
___ Forwarding Address

Twp./Boro Plumstead
By Deputy Jirenson
Witness
At 0745 o'clock (AM / PM) on 5/5/08
The above document was served/not served on the defendant as per information listed above in the County of Bucks, Commonwealth of Pennsylvania.
So answers: _____
Sheriff of Bucks County

Affirmed and Subscribed before me on this day 5/7/08
_____
Prothonotary
Affirmed and subscribed before me on this day 5/7/08
_____
Notary Public
My Commission Exp

```
COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
RUTH H BURGESS, Notary Public
4/29/08  City of Doylestown Boro, Bucks County
1146     My Commission Expires January 9, 2011
1001
```

Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DW Media, LLC., a Washington Limited Liability Company, Plaintiff<br><br>vs<br><br>Marc Keller, an individual and Lisa Keller, an individual, and TELERX Marketing, Inc., and Does 1-20, inclusive<br><br>Defendants | **SUMMONS IN A CIVIL ACTION**<br>Case No.<br>'08 CV 07 11 IFG RBB |

TO: (Name and Address of Defendant)

Lisa Keller, an individual
3763 Swetland Drive
Doylestown, Pennsylvania 18901

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Vincent Subia
7918-N El Cajon Blvd., # 308
La Mesa CA 91941
(619) 567-6965

An answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

By _____, Deputy Clerk

APR 1 7 2008
DATE

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

over for return of service