## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

### NOTICE OF DOCUMENT DISCREPANCIES

FILED

2008 JUN 23  PM 2: 29

*This space for*
*Clerk's Office File Stamp*

SOUTHERN DISTRICT OF CALIFORNIA

TO:  ☐ U. S. DISTRICT JUDGE / ☐ U. S. MAGISTRATE JUDGE    Gonzalez

FROM:  C Puttmann,____ Deputy Clerk    RECEIVED DATE:— ~~X AM~~ 6/16/2008 DEPUTY

CASE NO.:  08cv711 IEG RBB____  DOCUMENT FILED BY:  Joseph M. Konieczny, Sr.

CASE TITLE:  DW Media, LLC et al v. Keller et al

DOCUMENT ENTITLED:  Defendants Marc Keller and Lisa Keller's Motion With Consent for Extension

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | Local Rule | Discrepancy |
|---|---|---|
| X | 5.1 | Missing time and date on motion and/or supporting documentation |
| ☐ | 5.3 | Document illegible or submitted on thermal facsimile paper |
| X | **5.4** | **Document not filed electronically. Notice of Noncompliance already issued.** |
| ☐ | 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| ☐ | 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ | 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| ☐ | 7.1 | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| ☐ | | Supplemental documents require court order |
| ☐ | | Default Judgment in sum certain includes calculated interest |
| ☐ | | OTHER: |

Date forwarded:    6/16/2008

### ORDER OF THE JUDGE / MAGISTRATE JUDGE
IT IS HEREBY ORDERED:

☑ The document is to be filed nunc pro tunc to date received.

☐ The document is NOT to be filed, but instead REJECTED. and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se or inmate? ☐ Yes.    Court Copy retained by chambers ☐

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1

CHAMBERS OF: Gonzalez

Dated: 6/20/08    By: Marwan Erekobay
cc: All Parties