**NUNC PRO TUNC**
**JUN 16 2008**

Joseph M. Konieczny, Sr.
Meetinghouse Business Center
2260 Butler Pike, Suite 100
Plymouth Meeting, PA 19462
(voice) 610-940-1962
(fax) 610-940-1963

FILED
2008 JUN 23 PM 2:30
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____KMW_____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DW Media, LLC, ) | Case No.: 08-cv-0711 IEG |
| Plaintiff, ) | |
| ) | **Defendants Marc Keller and Lisa** |
| vs. ) | **Keller's Motion With Consent for** |
| ) | **Extension of Time To File Responsive** |
| Marc Keller, ) | **Pleading Complaint** |
| Lisa Keller, and ) | |
| TELERX Marketing, Inc., ) | |
| ) | |
| Defendants. ) | |

Defendants Marc Keller and Lisa Keller ("the Kellers") respectfully move this court to extend until July 12, 2008 the deadline by which the Kellers must file a responsive pleading to plaintiff's complaint. Defendant Marc Keller was served on May 2, 2008. Defendant Lisa Keller was served on May 5, 2008. The extension of time is requested for the following reasons.

The parties are actively engaged in settlement discussions. At the onset of the litigation, plaintiff's counsel, Allan Gelbard, telephoned the Keller's undersigned counsel, and communicated a settlement offer. After studying the complaint and evidence contained therein, and after considering plaintiff's settlement offer, the Keller's sent plaintiff a written settlement counteroffer, which included an agreement in principal to the injunctive terms

demanded by plaintiff. The Keller's counteroffer also included a counteroffer to plaintiff's monetary demand. According to Mr. Gelbard, plaintiff is formally considering the Kellers' counteroffer and will respond thereto shortly. Thus, an extension of time is needed to explore an informal resolution to this matter. In the event a settlement is not reached, defendants will need the additional time to engage local counsel and have their principal counsel admitted *pro haec vice*.

The Kellers also note that their initial review and defense preparation was hindered due to Marc Keller's hospitalization immediately after service of process. Plaintiff was advised of this fact and initially stipulated to an extension until June 13, 2008. <u>Plaintiff has agreed</u> to a further extension until July 12, 2008.

The Kellers finally note that the third named defendant, TELERX Marketing, Inc., has not yet been served.

WHEREFORE, the Kellers respectfully request that the Court GRANT their motion and enter the proposed annexed Order.

Respectfully submitted,

Gore & Konieczny, P.C.

Date: June 12, 2008

_[signature]_
Joseph M. Konieczny, Sr. (Pa. 59,724)
Meetinghouse Business Center
2260 Butler Pike, Suite 100
Plymouth Meeting, PA 19462
610-940-1962 (voice)
610-940-1963 (fax)
jkonieczny@jmkpc.com

Attorneys for Marc Keller and Lisa Keller

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Defendants Marc Keller and Lisa Keller's Motion for Extension of Time to File Responsive Pleading to Plaintiff's Complaint was served by first-class, postage prepaid mail on plaintiff's counsel at the address set forth below and on the date listed below.

>Allan B. Gelbard, Esq.
>Law Offices of Allan B. Gelbard
>15760 Ventura Blvd., Suite 801
>Encino, CA 91436

Date: 6/17/2008

Joseph M. Konieczny, Sr.