FILED
2008 JUL -1  AM 11: 11
CLERK US D[ISTRICT COURT]
SOUTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| DW Media, LLC, | ) |
| Plaintiff, | ) |
| vs. | ) Case No.: 08-cv-0711 |
| Marc Keller, Lisa Keller, and TELERX Marketing, Inc., | ) |
| Defendants. | ) |

~~[PROPOSED]~~ ORDER

AND NOW, upon due consideration of Defendants Marc Keller and Lisa Keller's Motion for Extension of Time to File Responsive Pleading to Plaintiff's Complaint;

IT IS HEREBY ORDERED that Marc Keller and Lisa Keller's deadline for filing a responsive pleading to plaintiff's complaint is extended until July 12, 2008.

Dated: 6/30/08

_____
U.S. District Judge