ALLAN B. GELBARD, ESQ.
THE LAW OFFICES OF ALLAN B. GELBARD
15760 Ventura Boulevard, Suite 801
Encino, CA 91436
Tel:(818)386-9200
Fax:(818)386-9289
Bar # 184971

Attorney for Plaintiff
DW Media, LLC

# UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DW Media, LLC., a Washington Limited Liability Company,<br><br>Plaintiff,<br>-v-<br>Marc Keller, an individual, Lisa Keller, an individual, TELERX Marketing, Inc., and Does 1-20, inclusive,<br><br>Defendants. | **CASE NO: 08 CV 0711 IEG(RBB)**<br><br>**STIPULATION FOR ENTRY OF PERMANENT INJUNCTION and [PROPOSED] ORDER GRANTING PERMANENT INJUNCTION** |

WHEREAS Plaintiff DW Media, LLC (DW) is the holder of numerous copyrights in and to a catalog of audio-visual works; and,

WHEREAS DW is also the holder of various rights under state and federal trademark law; and,

WHEREAS DW asserts that Marc Keller has infringed on DW's copyrights and trademarks; and,

WHEREAS Marc Keller, as a part of a final binding settlement of claims, has agreed that he shall be permanently enjoined from any further infringement of DW's copyrights and/or trademarks;

///

1  THEREFORE, DW and Marc Keller, through counsel, hereby stipulate that the Court
2 enter the attached permanent injunction against Marc Keller

3  A  participating in the manufacture, distribution, copying, or dissemination, in any
4 format now known or subsequently devised, throughout the universe, of any counterfeit
5 and/or inauthentic copies of any DW works both individually and/or through his agents or
6 others acting in consort with him; and,

7  B  infringing on DW's trademarks, both individually and/or through his agents or
8 others acting in consort with him.

10 So Stipulated.

THE LAW OFFICES OF ALLAN B. GELBARD

13 Dated: 05/08/08                s/Allan B. Gelbard
14                                 Allan B. Gelbard, Esq.
                                   Attorney for Plaintiff DW Media, LLC

16                                 GORE & KONIECZNY, P.C.

17 Dated: 08/04/08                s/Joeseph Knoieczny, Sr.
                                   Joseph Konieczny, Sr.
18                                 Attorney for Defendant Marc Keller

20 ///
21 ///
22 ///

ALLAN B. GELBARD, ESQ.
15760 Ventura Boulevard, Suite 801 Encino, CA 91436
Tel (818)386-9200 - Fax (818)386-9289