# UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DW Media, LLC., a Washington Limited Liability Company,<br><br>Plaintiff,<br>-v-<br><br>Marc Keller, an individual, Lisa Keller, an individual, TELERX Marketing, Inc., and<br>Does 1-20, inclusive,<br><br>Defendants. | **CASE NO: 08 CV 0711 IEG(RBB)**<br><br>**ORDER GRANTING PERMANENT INJUNCTION** |

Good cause having been found, IT IS HEREBY ORDERED;

A    That Marc Keller is PERMANENTLY ENJOINED from participating in the manufacture, distribution, copying, or dissemination, in any format now known or subsequently devised, throughout the universe, of any counterfeit and/or inauthentic copies of any DW works, both individually and/or through his agents or others acting in consort with him; and,

B    That Marc Keller is PERMANENTLY ENJOINED from infringing on DW's trademarks, both individually and/or through his agents or others acting in consort with him.

**DATED: August 7, 2008**

_Irma E. Gonzalez_
**IRMA E. GONZALEZ, Chief Judge**
**United States District Court**

ALLAN B. GELBARD, ESQ.
15760 Ventura Boulevard, Suite 801 Encino, CA 91436
Tel (818)386-9200 - Fax (818)386-9289