ALLAN B. GELBARD, ESQ.
THE LAW OFFICES OF ALLAN B. GELBARD
15760 Ventura Boulevard, Suite 801
Encino, CA 91436
Tel:(818)386-9200
Fax:(818)386-9289
Bar # 184971

Attorney for Plaintiff
DW Media, LLC

# UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DW Media, LLC., a Washington Limited Liability Company,<br><br>Plaintiff,<br>-v-<br>Marc Keller, an individual, Lisa Keller, an individual, TELERX Marketing, Inc., and Does 1-20, inclusive,<br><br>Defendants. | **CASE NO: 08 CV 0711 IEG(RBB)**<br><br>**NOTICE OF DISMISSAL** |

PLEASE TAKE NOTICE that pursuant to F.R.Civ.P. 41, this action is dismissed in its entirety by Plaintiff D.W. Media, LLC.

Dated August 8, 2008                THE LAW OFFICES OF ALLAN B. GELBARD

                                     s/Allan B. Gelbard, Esq.
                                     Allan B. Gelbard, Esq.
                                     Attorney for Plaintiff DW Media, LLC

# CERTIFICATE OF SERVICE

I hereby certify that an exact copy of the foregoing document was provided via the Court's electronic filing notification system upon:

Joseph Knoieczny, Sr.
Gore & Konieczny, P.C.
2260 Butler Pike, Suite 100
Plymouth Meeting, PA 19462
Counsel for Defendants

Dated August 8, 2008

          THE LAW OFFICES OF ALLAN B. GELBARD

           s/Allan B. Gelbard, Esq.
          Allan B. Gelbard, Esq.
          Attorney for Plaintiff DW Media, LLC

ALLAN B. GELBARD, ESQ.
15760 Ventura Boulevard, Suite 801 Encino, CA 91436
Tel (818)386-9200 - Fax (818)386-9289